AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Clifford Stevens, et al.,

               V.

Builders Square, Inc., et al.,

Case Number:   1:00-cv-00901

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE AND FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>NOVEMBER 13, 2003 at 9:00 AM |

SPECIAL INSTRUCTIONS:

1. **All parties must bring their client or a representative with full settlement authority.**

2. **The Settlement Conference set for 11/19/03 at 3:00 PM is hereby VACATED.**

       KENNETH J. MURPHY, CLERK

       s/Kevin Moser
       Kevin Moser
       Case Manager
       (513) 564-7620

cc: Raymond Becker, Esq.   Jamie Neal, Esq.   Jennifer Bouchard, Esq.   John Tate, Esq.
    Joseph Thomas, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.