UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CLIFFORD STEVENS, ET AL

vs.

Case No. 1:00-cv-00901

BUILDERS SQUARE INC, ET AL

## NOTICE OF JURY VOIR DIRE

Take notice that the above-entitled case has been set for jury selection on Monday, December 8, 2003 at 2:30 p.m. in Courtroom #708 before Magistrate Judge Timothy S. Hogan. Trial will begin on Tuesday, December 9, 2003 at 9:30 a.m. before Judge S. Arthur Spiegel.

**KENNETH J. MURPHY**
**Clerk, U.S. District Court**

November 18, 2003

s/Linda Wilmoth
Deputy Clerk

cc: Magistrate Judge Hogan
    Judge Spiegel
    All Counsel