## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **CLIFFORD STEVENS and CYNTHIA L. STEVENS,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**BUILDERS SQUARE, INC, et al.,**<br><br>    **Defendants.** | **CIVIL ACTION NO. C-1-00-901**<br>**(Spiegel, J.)**<br><br><br>**FINAL PRETRIAL ORDER** |

### APPENDIX F (TO FINAL PRETRIAL ORDER)

### EXHIBITS OF PLAINTIFFS

| NUMBER | DESCRIPTIONS | OFFERED | ADMITTED | PROFFERED |
|---|---|---|---|---|
| I | Discovery documents Provided by Cuprum | | | |
| II | Opinion of James Sunderlin dated May 15th 1999 with attached photographs 1-40 | | | |
| III | Curriculum Vitae of Dr. Diatte | | | |
| IV | Curriculum Vitae of Dr. Hill | | | |
| V | Medical Records and Opinions provided pertaining to injuries and treatment of Mr. Stevens, including drawings of human | | | |

|  |  |
|---|---|
|  | spine, transverse process |
| VI | Curriculum Vitae of Dr. Jayaraman |
| VII | Notes of and photographs taken by Dr. Jayaraman |
| VIII | Labels on ladder |
| IX | Data on Rung Lock # F 2925 and F 1657 |
| X | Copy of letter dated 1.14.99 addressed to Davidson Manufacturing Company from Crawford. |
| XI | Copy of letter dated 1.20.99 addressed to Walter Haggerty by William James of Edward Cooke and Associates. |
| XII | United States Court cases involving One or more of the Defendants |