UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CLIFFORD STEVENS, et al.** | : | **CIVIL ACTION NO. C-1-00-901** |
| | : | (Spiegel, J.) |
| Plaintiffs, | : | |
| | : | |
| v. | : | **DEFENDANTS' SUPPLEMENTAL** |
| | : | **EXHIBIT SUBMISSION** |
| **DAVIDSON LADDERS, INC, et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

  Pursuant to section III.F. of the Final Pretrial Order, defendants Davidson Ladders, Inc., Davidson Ladders Tennessee, Inc., Davidson Manufacturing Corporation, Louisville Ladder Corp., Louisville Ladder Group, LLC, Cuprum S.A. de C.V., and Emerson Electric Co., by counsel, supplement their exhibit submission with the attached revised list of Exhibits of Defendants and one additional exhibit, Exhibit M.

  The materials contained in Exhibit M, ladder test data, were included on defendants' original exhibit list, which was filed as part of the final pretrial order. However, this exhibit was omitted from defendants' exhibit submission earlier today. Defendants intend to use Exhibit M at the trial of this matter.

/s/ Jamie K. Neal
John L. Tate
Jamie K. Neal
STITES & HARBISON
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone: 502/587-3400

Joseph P. Thomas
Jennifer Jansen Bouchard
ULMER & BERNE, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
Telephone: 513/762-6200

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2003, I electronically filed the foregoing and attachments with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Raymond Becker
324 Reading Road
Cincinnati, Ohio 45202-1366

/s/ Jamie K. Neal
Counsel for Defendants

**EXHIBITS OF DEFENDANTS**

| NUMBER | DESCRIPTION | OFFERED | ADMITTED | PROFFERED |
|---|---|---|---|---|
|  | Twelve-foot sample extension ladder (for demonstrative purposes only)[1] |  |  |  |
| A | ANSI A14.2 (1990) |  |  |  |
| B | Underwriter Laboratories Inc. Report |  |  |  |
| C | Ladder design drawings, specifications, and descriptive information |  |  |  |
| D | Rung lock design drawings, specifications, and descriptive information |  |  |  |
| E | Photographs of the incident ladder |  |  |  |
| F | Photographs of the accident site |  |  |  |
| G | Diagram, with measurements, of the accident site |  |  |  |
| H | Curriculum vita of Mike Van Bree |  |  |  |
| I | Curriculum vita of Dr. Dennis McGarry |  |  |  |
| J | Notes from Mike Van Bree's inspection of the incident ladder |  |  |  |
| K | Aluminum reference materials |  |  |  |
| L | Fracture surface reference materials |  |  |  |
| M | Ladder test data |  |  |  |

---

[1] Retained by counsel due to size.