## CONTROL DE CALIDAD
## REPORTE DE PRUEBAS
## ESCALERA DE EXTENSION

INSPECTOR(ES) _FCO. JAVIER REYES Y CRUZ CASTILLO_  HOJA __1 DE 4__

FECHA __AGOSTO - 7 - 84__     CARGA DE TRABAJO __225 LBS__

CLAVE __G-405-28__      LONGITUD __28'__

LARGUERO 10431   PELDAÑO 10105

### PRUEBA DE RESISTENCIA A LA FLEXION.

|   |   | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 36.3 KG. | | 58.15 cm | 13.3 cm |
| 2) ALTURA CON LA CARGA DE 102.4 KG | | 80.9 | 40.5 |
| 3) MAX. DEFLEXION (2-1) | | 22.25 | 22.2 |
| 4) MAX. DEFLEXION PROMEDIO | | | 22.275 |
| 5) MAX. DEFLEXION PERMISIBLE | | | 41.7 cm |

ULTIMA CARGA DE PRUEBA 123.8 KG.

POSICION N: 1 ___OK___
POSICION N: 2 ___OK___
POSICION N: 3 ___OK___



CARGA DE PRUEBA



OK

### PRUEBA DE CARGA INCLINADA

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DE LA SECCION MOVIL DESPUES DEL TRASLAPE CON LA ESCALERA EXTENDIDA COMPLETAMENTE.
RESULTADO: OK

### PRUEBA DE CARGA A COLUMNA Y HERRAJES

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO: OK

### PRUEBA DE TACONES, TRAMPAS, COLUMNA Y HERRAJES.

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO:    PRUEBA RIEL DERECHO    _OK_
              PRUEBA RIEL IZQUIERDO  _OK_

### PRUEBA MECANICA DE TRAMPAS

6,000 CICLOS
RESULTADO:

10 237

# CUPRUM
## CONTROL DE CALIDAD
## REPORTE DE PRUEBAS
## ESCALERA DE EXTENSION

INSPECTOR (ES) __FCO. JAVIER REYES Y CRUZ _____

FECHA __AGOST 7-89__          HOJA __2 DE 4__

CLAVE __0-405-28__            TRASLAPE __36"__

CARGA DE TRABAJO __300 LBS__  ANCHO EXTERIOR __43.4cm__

LONGITUD __28'__             LONGITUD EFECTIVA __25'__

## PRUEBA DE DEFLEXION

|  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE **13.6** K. (EN RIEL DERECHO) | 58.6 cm | 19.0 cm |
| 2) CON **24.9** KG. (EN RIEL DERECHO) | 64.5 | 23.9 |
| 3) MAX. DEFLEXION EN RIEL DERECHO (2-1) | 5.9 | |
| 4) DEFLEXION DEL RIEL IZQUIERDO CON EL RIEL DERECHO CARGADO (2-1) | | 4.9 |
| 5) ALTURA DESPUES DE LA PRECARGA DE **13.6** KG. (EN RIEL IZQUIERDO) | 58.7 | 18.9 |
| 6) CON **24.9** KG. (EN RIEL IZQUIERDO) | 63.45 | 24.9 |
| 7) MAXIMA DEFLEXION EN RIEL IZQUIERDO (6-5) | | 5.9 |
| 8) DEFLEXION DEL RIEL DERECHO CON EL RIEL IZQUIERDO CARGADO (6-5) | 4.75 | |

MAX. DEFLEXION ADMISIBLE DEL RIEL CARGADO __11.4cm__

ANGULO DE TORSION ADMISIBLE GRADOS __4.3°__    SEN DE A 0.07491

$$\theta = \frac{DIFERENCIA\ EN\ DEFLEXION}{ANCHO\ EXTERIOR\ DE\ LA\ ESCALERA} = \frac{(7-8)\ o\ (3-4)}{ANCHO\ EXTERIOR} = \frac{1.15}{43.4} = 0.00649$$

OK

## PRUEBA DE DESVIO LATERAL

|  | SECC. BASE | SECC. MOVIL |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE **13.6** KG. | 70.05 cm | 70.3 cm |
| 2) ALTURA CON LA CARGA DE **24.9** KG. | 71.3 | 71.9 cm |
| 3) DESVIO LATERAL VISIBLE (2-1) | 1.55 | 1.65 cm |
| 4) MAX. DESVIO ADMISIBLE | 3.15 cm | |
| 5) ALTURA DESPUES DE QUITAR LA CARGA | 70.1 | 70.35 |
| 6) DEFLEXION PERMANENTE (5-1) | 0.05 | 0.05 cm |
| 7) MAX. DEFLEXION PERMANENTE ADMISIBLE | 0.396 cm | |

OK

NOTA: SI EL DESVIO LATERAL DE LAS SECCIONES BASE Y MOVIL SON DIFERENTES AMBAS SECCIONES ESTARAN DENTRO DEL PROBADAS.

**10-238**

CUPRUM
CONTROL DE CALIDAD
REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR (ES) FCO. JAVIER REYES y CRUZ CASTILLO   HOJA  3 DE 4

FECHA     AGOSTO-7-84               CARGA DE TRABAJO   225 LBS

CLAVE     G-405-28                  LONGITUD    28'

PRUEBA DE RESISTENCIA DEL PELDAÑO

CARGA DE **385.6** KG. APLICADA AL CENTRO DEL PELDAÑO

MAX. DEFLEXION PERMANENTE ADMISIBLE $= \frac{L}{75} = \frac{38.4cm}{75} = 0.512cm$

RESULTADO: DEFORMACION PERMANENTE $= 0.060'' = 0.152$ cm

OK

PRUEBA DE RESISTENCIA AL CORTE PELDAÑO-LARGUERO

CARGA DE **408.2** KG.        OK
RESULTADO:

PRUEBA DE TORSION DE PELDAÑO

200 LB-IN EN INCREMENTOS DE 200 LB-IN. 10 CICLOS DE CARGA APLICADA
RESULTADO:

PRUEBA DE FLEXION DE LARGUERO EN VOLADIZO

a) DISTANCIA ENTRE RIELES ANTES DE LA CARGA                    43.2 cm
b) CARGA   136.1 KG APLICADA AL EXTREMO DEL RIEL SUPERIOR
c) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA                  43.2
         DEFORMACION PERMANENTE (1-3)                          0
d) CARGA   136.1 APLICADA AL EXTREMO DEL RIEL INFERIOR
e) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA                  43.2
         DEFORMACION PERMANENTE (5-3)                          0
         DEFORMACION PERMANENTE ADMISIBLE          $\frac{1}{4}'' = 0.6$ cm
RESULTADO:           OK

PRUEBA DE CORTE DE LARGUERO EN VOLADIZO

a) DISTANCIA ENTRE LARGUEROS ANTES DE LA CARGA                 43.2 cm
   DISTANCIA ENTRE LARGUEROS DESPUES DE LA CARGA               43.25 cm
         DEFORMACION PERMANENTE                                0.35 cm
   MAXIMA DEFORMACION PERMANENTE ADMISIBLE          $\frac{1}{4}'' = 0.635$ cm
                    OK

**10 239**

CUPRUM

**CONTROL DE CALIDAD**
**REPORTE DE PRUEBAS**
**ESCALERA DE EXTENSION**

INSPECTOR(ES) ECO JAVIER REYES Y CRUZ CASTILLO    HOJA 4 DE 4

FECHA   AGOSTO 7-84     CARGA DE TRABAJO 225 LBS

CLAVE   G-405-28      LONGITUD 28'

PRUEBA ___ TOTAL DE UNA SECCION DE LA ESCALERA

SE COLOCA EN EL SENTIDO DE LAS MANECILLAS DEL RELOJ ___ ANGULO DE TORSION 7°
LECTURA EN EL OTRO SENTIDO CONTRARIO A LAS MANECILLAS ___ ANGULO DE TORSION
MAXIMO ANGULO AL TORSION ADMISIBLE 20°

α    **ok**

PRUEBA ___ DE ALINEAMIENTO

_____ FUERZA DE ESTILAMIENTO _____

      DESVIACION TOTAL _____
      DESPLAZAMIENTO ADMISIBLE    1/4"
      RESULTADO

PRUEBA ___ EXTENSION DE UNA MULTISECCION

     2 DE 4K
FUERZA PARA EXTENDER LA ESCALERA UN PELDAÑO   1 DE 2K     19 32 1/2
PESO DE LA SECCION MOVIL                          1k
MAXIMA FUERZA ADMISIBLE 3 VECES EL PESO DE LA SECCION MOVIL   22 1/2

**o k**

PRUEBA DE LIMITES DE PRUEBA

CARGA DE **408.2** LB ... APLICADA AL PRIMER PELDAÑO ... DESPUES DEL PELDAÑO
APLICANDO ... LA PRIMERA Y LUEGO REMOVIENDO LA CARGA

**o k**

EN ESTA PRUEBA LOS DOS EXTREMOS DEL PELDAÑO EN CONTACTO CON LAS
TRAMPAS SUFRIERON HUNDIMIENTO MARCADO DEBIDO AL DISEÑO DE LAS
TRAMPAS F-1849 YA QUE ESTAS TIENEN CONTACTO EN UN SOLO PUNTO
CON EL PELDAÑO, CONSIDERO QUE LAS TRAMPAS DEBEN SER PLANAS
EN ESA AREA COMO LAS TRAMPOS USADAS EN ... DE ... F-1653)
PARA QUE DESCANSEN LAS TRAMPAS POR COMPLETO EN EL PELDAÑO.

RESULTADO DE LA PRUEBA 
   ACEPTADA [✗]
   RECHAZADA [ ]

**10 240**

REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR(ES) _José L. Alonso_    HOJA _1 DE 4_
FECHA _19-IV-85_                  CARGA DE TRABAJO _225 LBS_
CLAVE _G 405-28_                  LONGITUD _28'_

## PRUEBA DE RESISTENCIA A LA FLEXION

|                                            | RIEL DERECHO | RIEL IZQUIERDO |
|--------------------------------------------|--------------|----------------|
| 1) ALTURA DESPUES DE LA PRECARGA DE 76.7 KG. | 64.7 cm     | 36.5 cm        |
| 2) ALTURA CON LA CARGA DE 102.4 KG         | 91.1 cm      | 62.3 cm        |
| 3) MAX. DEFLEXION (2-1)                     | 26.4 cm      | 25.8 cm        |
| 4) MAX. DEFLEXION PROMEDIO                  | 26.1 cm      |                |
| 5) MAX. DEFLEXION PERMISIBLE                | 41.7 cm      |                |

ULTIMA CARGA DE PRUEBA _127.0 KG._

POSICION N° 1 _____OK_____
POSICION N° 2 _____OK_____
POSICION N° 3 _____OK_____





## PRUEBA DE CARGA INCLINADA

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DE LA SECCION MOVIL DES-
PUES DEL TRASLAPE CON LA ESCALERA EXTENDIDA COMPLETAMENTE.
RESULTADO: _OK_

## PRUEBA DE CARGA A COLUMNA Y HERRAJES

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO: _OK_

## PRUEBA DE TRAMPA SIMPLE

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO: _OK_  PRUEBA RIEL DERECHO    _OK_
                 PRUEBA RIEL IZQUIERDO  _OK_

## PRUEBA CICLICA DE TRAMPAS

6,000 CICLOS
RESULTADO:

**10 241**

# REPORTE DE PRUEBAS
## ESCALERA DE EXTENSION

INSPECTOR (ES) __Jose L. Alonso N.__

FECHA ___19- IV -85___   HOJA __2 DE 4__

CLAVE ___G 405-28___   TRASLAPE __36"__

CARGA DE TRABAJO __225 LBS__   ANCHO EXTERIOR __43.2 cm__

LONGITUD ___28'___   LONGITUD EFECTIVA __25'__


## PRUEBA DE DEFLEXION

| | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL DERECHO) | 78.6cm | 30.2cm |
| 2) CON 24.9 KG. (EN RIEL DERECHO) | 86.8 cm | 36.6cm |
| 3) MAX. DEFLEXION EN RIEL DERECHO (2-1) | 8.2 cm | |
| 4) DEFLEXION DEL RIEL IZQUIERDO CON EL RIEL DERECHO CARGADO (2-1) | | 6.4 cm |
| 5) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL IZQUIERDO) | 77.2cm | 28.7cm |
| 6) CON 24.9 KG. (EN RIEL IZQUIERDO) | 83.3cm | 36.7cm |
| 7) MAXIMA DEFLEXION EN RIEL IZQUIERDO (6-5) | | 8 cm |
| 8) DEFLEXION DE RIEL DERECHO CON EL RIEL IZQUIERDO CARGADO (6-5) | 6.1 cm | |

MAX. DEFLEXION ADMISIBLE DEL RIEL CARGADO __11.4cm__
ANGULO A DE TORSION ADMISIBLE   GRADOS __4.3°__   SEN DE A __0.03703__

$$SEN A = \frac{DIFERENCIA\ EN\ DEFLEXION}{ANCHO\ EXTERIOR\ DE\ LA\ ESCALERA} = \frac{(7-8)\ o\ (3-4)}{ANCHO\ EXTERIOR} = \frac{1.9}{43.2} = .04$$

OK

## PRUEBA DE PANDEO LATERAL

| | SECC. BASE | SECC. MOVIL |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG | 62.4 cm | 65.3 cm |
| 2) ALTURA CON LA CARGA DE 24.9 KG | 65 cm | 68.1 cm |
| 3) DEFLEXION VISIBLE (2-1) | 2.6 cm | 2.8 cm |
| 4) MAX. DEFLEXION ADMISIBLE | 3.15 cm | |
| 5) ALTURA AL REMOVER LA CARGA | 62.45 | 65.3 cm |
| 6) DEFORMACION PERMANENTE (5-1) | 0.05 cm | 0 cm |
| 7) MAX. DEFORMACION PERMANENTE ADMISIBLE | 0.396 cm | |

OK

SI LA SECCION TRANSVERSAL DE LAS SECCIONES BASE Y MOVIL SON DIFERENTES, AMBAS SECCIONES DEBERAN SER PROBADAS.

10 242

REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR (ES) _Jose L. Alonso_    HOJA __3 DE 4__
FECHA __19-IV-85__    CARGA DE TRABAJO __225 LBS__
CLAVE __G 405-28__    LONGITUD __28'__

PRUEBA DE RESISTENCIA DEL PELDAÑO

CARGA DE 385.6 KG. APLICADA AL CENTRO DEL PELDAÑO

MAX. DEFLEXION PERMANENTE ADMISIBLE $= \dfrac{L}{75} = \dfrac{40.5}{75} = 0.54_{CM}$

RESULTADO:    DEFORMACION PERMANENTE $= 0.028" = 0.07$ cm

PRUEBA DE RESISTENCIA AL CORTE PELDAÑO - LARGUERO

CARGA DE 408.2 KG.
RESULTADO:    OK

PRUEBA DE TORSION DE PELDAÑO

600 Lb-in EN INCREMENTOS DE 300 Lb-in  10 CICLOS DE CARGA ALTERNADA
RESULTADO:

PRUEBA DE PANDEO DE LARGUERO EN VOLADIZO

1) DISTANCIA ENTRE RIELES ANTES DE LA CARGA    43.2 cm
2) CARGA DE 136.4 KG APLICADA AL EXTREMO DEL RIEL SUPERIOR
3) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA    43.1 cm
        DEFORMACION PERMANENTE (1-3)    0.1 cm
4) CARGA DE 136.4 KG APLICADA AL EXTREMO DEL RIEL INFERIOR
5) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA    43.2 cm
        DEFORMACION PERMANENTE (5-3)    0.1 cm
        DEFORMACION PERMANENTE ADMISIBLE    1/4" = 0.635 cm
    RESULTADO:    OK

PRUEBA DE CAIDA DE LARGUERO, EN VOLADIZO

DISTANCIA ENTRE LARGUEROS ANTES DE LA CAIDA    43.4 cm
DISTANCIA ENTRE LARGUEROS DESPUES DE LA CAIDA    43.3 cm
        DEFORMACION PERMANENTE    0.1 cm
    MAXIMA DEFORMACION PERMANENTE ADMISIBLE    1/4"        OK



10 243

CONTROL DE CALIDAD
REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR (ES) _ECO. JAVIER REYES Y CRUZ CASTILLO_ HOJA _1 DE 4_

FECHA _AGOSTO-7-84_                    CARGA DE TRABAJO _225 LBS_

CLAVE _G-405-28_                       LONGITUD _28'_

LARGUERO 10431   PELDAÑO 10105

## PRUEBA DE RESISTENCIA A LA FLEXION

|  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 36.3 KG. | 58.15 cm | 58.2 cm |
| 2) ALTURA CON LA CARGA DE 102.4 KG | 80.4 | 40.5 |
| 3) MAX. DEFLEXION (2-1) | 22.25 | 22.3 |
| 4) MAX. DEFLEXION PROMEDIO |  | 22.275 |
| 5) MAX. DEFLEXION PERMISIBLE |  | 41.7 cm |

ULTIMA CARGA DE PRUEBA 127.0 KG.

POSICION N° 1 ___OK___
POSICION N° 2 ___OK___
POSICION N° 3 ___OK___



CARGA DE
PRUEBA



## PRUEBA DE CARGA INCLINADA

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DE LA SECCION MOVIL DESPUES DEL TRASLAPE CON LA ESCALERA EXTENDIDA COMPLETAMENTE.
RESULTADO: OK

## PRUEBA DE CARGA A COLUMNA Y HERRAJES

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO: OK

## PRUEBA DE TACONES, TRAMPAS, COLUMNA Y HERRAJES

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO:       PRUEBA RIEL DERECHO    OK
                 PRUEBA RIEL IZQUIERDO  OK

PRUEBA DINAMICA DE TRAMPAS

6,000 CICLOS
RESULTADO:

10 237

## CUPRUM
### CONTROL DE CALIDAD
### REPORTE DE PRUEBAS
### ESCALERA DE EXTENSION

INSPECTOR (ES) ___FCO. JAVIER REYES Y CRUZ PRIETO___
FECHA ___AGOST. 7.84___              HOJA ___2 DE 4___
CLAVE ___CE-408-28___                TRASLAPE ___36"___
CARGA DE TRABAJO ___225 LBS___       ANCHO EXTERIOR ___43.4cm___
LONGITUD ___28'___                   LONGITUD EFECTIVA ___25'___

### PRUEBA DE DEFLEXION

|  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 K. (EN RIEL DERECHO) | 58.6 cm | 19.00cm |
| 2) CON 24.9 KG. (EN RIEL DERECHO) | 64.5 | 23.9 |
| 3) MAX. DEFLEXION EN RIEL DERECHO (2-1) | 5.9 | |
| 4) DEFLEXION DEL RIEL IZQUIERDO CON EL RIEL DERECHO CARGADO (2-1) | | 4.3 |
| 5) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL IZQUIERDO) | 58.7 | 18.9 |
| 6) CON 24.9 KG. (EN RIEL IZQUIERDO) | 63.55 | 24.9 |
| 7) MAXIMA DEFLEXION EN RIEL IZQUIERDO (6-5) | | 5.9 |
| 8) DEFLEXION DEL RIEL DERECHO CON EL RIEL IZQUIERDO CARGADO (6-5) | 4.35 | |

MAX. DEFLEXION ADMISIBLE DEL RIEL CARGADO ___11.4cm___
ANGULO DE TORSION ADMISIBLE  GRADOS ___4.3°___  SEN DE A ___0.0749___

$$Sen \ A = \frac{DIFERENCIA \ EN \ DEFLEXION}{ANCHO \ EXTERIOR \ DE \ LA \ ESCALERA} = \frac{(7-8) \ o \ (3-4)}{ANCHO \ EXTERIOR} = \frac{1.12cm}{43.4} = 0.02649$$

OK

### PRUEBA DE PANDEO LATERAL

|  | SECC. BASE | SECC. MOVIL |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. | 70.25 cm | 70.2 cm |
| 2) ALTURA CON LA CARGA DE 24.9 KG. | 71.8 | 71.9 cm |
| 3) DEFLEXION VISIBLE (2-1) | 1.55 | 1.65 cm |
| 4) MAXIMA DEFLEXION ADMISIBLE | | 3.15cm |
| 5) ALTURA RETIRANDO LA CARGA | 70.5 | 70.55 |
| DEFLEXION PERMANENTE (5-1) | 0.05 | 0.05 cm |
| 6) MAXIMA DEFLEXION PERMANENTE ADMISIBLE | | 0.3175cm |

OK

YA SEA QUE EL MATERIAL DE LAS SECCIONES BASE Y MOVIL SON DIFERENTES
AMBAS SECCIONES SE BENEFICIAN DE PRUEBAS.

**10 238**

CUPRUM

CONTROL DE CALIDAD

REPORTE DE PRUEBAS

ESCALERA DE EXTENSION

INSPECTOR (ES) FCO. JAVIER REYES Y CRUZ CASTILLO    HOJA  3 DE 4

FECHA    AGOSTO-7-84                CARGA DE TRABAJO  225 LBS

CLAVE    G-405-28                   LONGITUD  28'

PRUEBA DE RESISTENCIA DEL PELDAÑO

CARGA DE **385.6** KG. APLICADA AL CENTRO DEL PELDAÑO

MAX. DE FLEXION PERMANENTE ADMISIBLE $= \frac{L}{75} = \frac{38.4}{75} = 0.512 cm$

RESULTADO :    DEFORMACION PERMANENTE = 0.060" = 0.152 cm

OK

PRUEBA DE RESISTENCIA AL CORTE PELDAÑO-LARGUERO

CARGA DE **408.2** KG.    OK
RESULTADO :

PRUEBA DE TORSION DEL PELDAÑO

200 LB-in EN INCREMENTOS DE 300 LB-in. 10 CICLOS DE CARGA ALTERNADA
RESULTADO :

PRUEBA DE PANDEO DE LARGUERO EN VOLADIZO

a) DISTANCIA ENTRE RIELES ANTES DE LA CARGA                    43.2 cm
b) CARGA DE **136.1** KG APLICADA AL EXTREMO DEL RIEL SUPERIOR
c) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA                   43.2
            DEFORMACION PERMANENTE (1-3)                          O
d) CARGA DE **136.1** KG APLICADA AL EXTREMO DEL RIEL INFERIOR
e) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA                    43.2
            DEFORMACION PERMANENTE (5-4)                          O
RESULTADO :    DEFORMACION PERMANENTE ADMISIBLE      $\frac{1}{4}" = 0.635 cm$

OK

PRUEBA DE CORTE DE LARGUERO EN VOLADIZO

DISTANCIA ENTRE LARGUEROS ANTES DE LA CARGA                     43.2 cm
DISTANCIA ENTRE LARGUEROS DESPUES DE LA CARGA                   42.85 cm
            DEFORMACION PERMANENTE                              0.35 cm
            MAXIMA DEFORMACION PERMANENTE ADMISIBLE   $\frac{1}{4}" = 0.635 cm$

OK

CUPRUM
CONTROL DE CALIDAD
REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR(ES) FCO JAVIER REYES Y CRUZ CASTILLO   HOJA  4 DE 4
FECHA   AGOSTO 7 8 4               CARGA DE TRABAJO  225 LBS
CLAVE   C-405-28                   LONGITUD   28'

PRUEBA    TORSION A UNA SECCION DE LA ESCALERA

[faded handwritten text] ... ANGULO DE TORSION  7°
... SENTIDO CON ARCO A LA MANECILLAS ... ANGULO DE TORSION  8°
... ANGULO DE TORSION ADMISIBLE  20°

                            OK

PRUEBA  2  DE NIVELAMIENTO

[faded handwritten text] ... EN EL TERCER PELDAÑO DESPUES ...
... FUERZA DE ESTICAMIENTO ...
... DESPLAZAMIENTO TOTAL                    7½"
... DESPLAZAMIENTO ADMISIBLE
MEDIDA ...

PRUEBA   [ESTABILIDAD DE UNA MULTISECCION]

FUERZA APLICADA [SOBRE] LA ESCALERA EN EL PELDAÑO  2 DE 2E   12 424
PESO DE LA SECCION MOVIL              1 DE 2E             11 Kg
[MAXIMA CARGA ADMISIBLE] ; VECES EL PESO DE LA SECCION MOVIL   22½

                            OK

PRUEBA  4  CARGA DE IMPACTO

CARGA DE 408.2 [LBS] APLICADA AL PRIMER PELDAÑO EN EL DESPUES DEL TRABAJO
RELAIZANDO [CON LA RAMPA] Y LUEGO REMOVIENDO LA CARGA

              OK

EN ESTA PRUEBA LOS DOS EXTREMOS DEL PELDAÑO EN CONTACTO CON LAS
TRAMPAS SUFRIERON HUNDIMIENTO MARCADO DEBIDO AL DISEÑO DE LAS
TRAMPAS F-1849 YA QUE ESTAS TIENEN CONTACTO EN UN SOLO PUNTO
CON EL PELDAÑO EXTERIOR, CONSIDERO QUE LAS TRAMPAS DEBEN SER PLANAS
EN ESA AREA COMO LAS TRAMPAS USADAS EN ESC. DE MANO I (F-1659)
PARA QUE DESCANSEN LAS TRAMPAS POR COMPLETO EN EL PELDAÑO

RESULTADO DE LA PRUEBA
  ACEPTADA   ☑
  RECHAZADA  ☐                               10 240

CONTROL DE CALIDAD
REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR(ES) _JOSE L. ALONSO_   HOJA _1 DE 4_
FECHA _18-IV-85_   CARGA DE TRABAJO _225 LBS_
CLAVE _A 405-28_   LONGITUD _28'_

## PRUEBA DE RESISTENCIA A LA FLEXION

|  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 76.7 KG. | 64.7 cm | 36.5 cm |
| 2) ALTURA CON LA CARGA DE 1024 KG | 91.1 cm | 62.3 cm |
| 3) MAX. DEFLEXION (2-1) | 26.4 cm | 25.8 cm |
| 4) MAX. DEFLEXION PROMEDIO | | 26.1 cm |
| 5) MAX. DEFLEXION PERMISIBLE | | 41.7 cm |

ULTIMA CARGA DE PRUEBA 127.0 kg.

POSICION N: 1    OK
POSICION N: 2    OK
POSICION N: 3    OK





## PRUEBA DE CARGA INCLINADA

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DE LA SECCION MOVIL DESPUES DEL TRASLAPE CON LA ESCALERA EXTENDIDA COMPLETAMENTE.
RESULTADO:   OK

## PRUEBA DE CARGA A COLUMNA Y HERRAJES

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO:   OK

## PRUEBA DE TRAMPA SIMPLE

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO: OK   PRUEBA RIEL DERECHO    OK
                    PRUEBA RIEL IZQUIERDO    OK

## PRUEBA CICLICA DE TRAMPAS

6,000 CICLOS
RESULTADO:

10 241

## REPORTE DE PRUEBAS
### ESCALERA DE EXTENSION

INSPECTOR (ES) _Jose L. Alonso N._

FECHA _19- IV -85_          HOJA _2 DE 4_

CLAVE _6. 405-28_          TRASLAPE _36"_

CARGA DE TRABAJO _225 LBS_          ANCHO EXTERIOR _43.2 cm_

LONGITUD _28'_          LONGITUD EFECTIVA _25'_

### PRUEBA DE DEFLEXION

|  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL DERECHO) | 78.6 cm | 30.2 cm |
| 2) CON 24.9 KG. (EN RIEL DERECHO) | 86.8 cm | 36.6 cm |
| 3) MAX. DEFLEXION EN RIEL DERECHO (2-1) | 8.2 cm | |
| 4) DEFLEXION DEL RIEL IZQUIERDO CON EL RIEL DERECHO CARGADO (2-1) | | 6.4 cm |
| 5) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL IZQUIERDO) | 77.2 cm | 28.7 cm |
| 6) CON 24.9 KG. (EN RIEL IZQUIERDO) | 83.3 cm | 36.7 cm |
| 7) MAXIMA DEFLEXION EN RIEL IZQUIERDO (6-5) | | 8 cm |
| 8) DEFLEXION DE RIEL DERECHO CON EL RIEL IZQUIERDO CARGADO (6-5) | 6.1 cm | |

MAX. DEFLEXION ADMISIBLE DEL RIEL CARGADO _11.4 cm_

ANGULO A DE TORSION ADMISIBLE   GRADOS _4.3°_     SEN DE A _0.03703_

$$SEN A = \frac{DIFERENCIA\ EN\ DEFLEXION}{ANCHO\ EXTERIOR\ DE\ LA\ ESCALERA} = \frac{(7-8)\ o\ (3-4)}{ANCHO\ EXTERIOR} = \frac{1.9}{43.2} = .04$$

OK

### PRUEBA DE PANDEO LATERAL

|  | SECC. BASE | SECC. MOVIL |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG | 62.4 cm | 65.3 cm |
| 2) ALTURA CON LA CARGA DE 24.9 KG | 65 cm | 68.1 cm |
| 3) DEFLEXION VISIBLE (2-1) | 2.6 cm | 2.8 cm |
| 4) MAX. DEFLEXION ADMISIBLE | 3.15 cm | |
| 5) ALTURA AL REMOVER LA CARGA | 62.45 | 65.3 cm |
| 6) DEFORMACION PERMANENTE (5-1) | 0.05 cm | 0 cm |
| 7) MAX. DEFORMACION PERMANENTE ADMISIBLE | 0.396 cm | |

OK

SI LA SECCION TRANSVERSAL DE LAS SECCIONES BASE Y MOVIL SON DIFERENTES; AMBAS SECCIONES DEBERAN SER PROBADAS.

10 242

REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR (ES) _Jose L. Alonso_     HOJA _3 DE 4_
FECHA _19 - IV -85_                  CARGA DE TRABAJO _225 LBS_
CLAVE _G 405 - 28_                   LONGITUD _28'_


PRUEBA DE RESISTENCIA DEL PELDAÑO

CARGA DE 385.6 KG. APLICADA AL CENTRO DEL PELDAÑO

MAX. DEFLEXION PERMANENTE ADMISIBLE = $\frac{L}{75} = \frac{40.5}{75} = 0.54 cm$

RESULTADO:   DEFORMACION PERMANENTE = 0.028" = 0.07/cm


PRUEBA DE RESISTENCIA AL CORTE PELDAÑO-LARGUERO

CARGA DE 408.2 KG.
RESULTADO:   OK


PRUEBA DE TORSION DE PELDAÑO

600 Lb-in EN INCREMENTOS DE 300 Lb-in  10 CICLOS DE CARGA ALTERNADA
RESULTADO:


PRUEBA DE PANDEO DE LARGUERO EN VOLADIZO

| | |
|---|---|
| 1) DISTANCIA ENTRE RIELES ANTES DE LA CARGA | 43.2 cm |
| 2) CARGA DE 136.4 KG APLICADA AL EXTREMO DEL RIEL SUPERIOR | |
| 3) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA | 43.1 cm |
| DEFORMACION PERMANENTE (1 -3) | 0.1 cm |
| 4) CARGA DE 136.4 KG APLICADA AL EXTREMO DEL RIEL INFERIOR | |
| 5) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA | 43.2 cm |
| DEFORMACION PERMANENTE (5-3) | 0.1 cm |
| DEFORMACION PERMANENTE ADMISIBLE | 1/4" = 0.635 cm |

RESULTADO:   OK

PRUEBA DE CAIDA DE LARGUERO, EN VOLADIZO

| | |
|---|---|
| DISTANCIA ENTRE LARGUEROS ANTES DE LA CAIDA | 43.4 cm |
| DISTANCIA ENTRE LARGUEROS DESPUES DE LA CAIDA | 43.3 cm |
| DEFORMACION PERMANENTE | 0.1 cm |
| MAXIMA DEFORMACION PERMANENTE ADMISIBLE | 1/4" |

OK



10 243

REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR _José L. Alonso_    HOJA _4 DE 4_
FECHA _19-IV-85_    CARGA DE TRABAJO _225 LBS_
CLAVE _G 405-28_    LONGITUD _28'_

PRUEBA DE TORSION A UNA SECCION DE LA ESCALERA

1,200 Lb-in EN EL SENTIDO DE LAS MANECILLAS DEL RELOJ   ANGULO DE TORSION _8_
1,200 Lb-in EN EL SENTIDO CONTRARIO A LAS MANECILLAS DEL RELOJ   ANGULO DE TORSION _9_

   MAXIMO ANGULO DE TORSION ADMISIBLE 20°
   RESULTADO : OK

PRUEBA DE DESLIZAMIENTO

CARGA DE 113.3 KG. APLICADA AL TERCER PELDAÑO DESPUES DEL TRASLAPE CON LA ESCALERA
EXTENDIDA COMPLETAMENTE, FUERZA DE ESTIRAMIENTO HORIZONTAL DE PULGADA A UNA
PULGADA DEL PISO.
   DESPLAZAMIENTO TOTAL    _____
   DESPLAZAMIENTO ADMISIBLE    _____
RESULTADO :

PRUEBA DE EXTENSION DE UNA MULTISECCION

FUERZA PARA EXTENDER LA ESCALERA UN PELDAÑO    _8.4 Kg._
PESO DE LA SECCION MOVIL    _9 Kg._
MAXIMA FUERZA ADMISIBLE ; 2 VECES EL PESO DE LA SECCION MOVIL   _18 Kg._

      OK

PRUEBA DE LADEO DE TRAMPA

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE

RESULTADO : OK

CONTROL DE CALIDAD
REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR(ES) ARTURO MEJIA G.22      HOJA    1 DE 4
FECHA    11-II-86                    CARGA DE TRABAJO  225 LBS
CLAVE    G-405-32                    LONGITUD   32'
   CON LARG. 10431  ALEACION 6005 T6 EXA.

PRUEBA DE RESISTENCIA A LA FLEXION

|                                                        | RIEL DERECHO | RIEL IZQUIERDO |
|--------------------------------------------------------|--------------|----------------|
| 1) ALTURA DESPUES DE LA PRECARGA DE 76.7 KG.           | 66.5 cm      | 25.5 cm        |
| 2) ALTURA CON LA CARGA DE 102.1 KG                     | 95.95        | 55.25 cm       |
| 3) MAX. DEFLEXION (2-1)                                | 29.45        | 29.75          |
| 4) MAX. DEFLEXION PROMEDIO                             |              | 29.6 cm        |
| 5) MAX. DEFLEXION PERMISIBLE                           |              | 49.8 cm        |

ULTIMA CARGA DE PRUEBA 129.0 KG.

POSICION N° 1      OK
POSICION N° 2      OK
POSICION N° 3      OK



PRUEBA DE CARGA INCLINADA

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DE LA SECCION MOVIL DES
PUES DEL TRASLAPE CON LA ESCALERA EXTENDIDA COMPLETAMENTE.
   RESULTADO:       OK

PRUEBA DE CARGA A COLUMNA Y HERRAJES

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
   RESULTADO:         OK

PRUEBA DE TACONES, TRAMPAS, COLUMNA Y HERRAJES.

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
   RESULTADO :     PRUEBA RIEL DERECHO       OK
                   PRUEBA RIEL IZQUIERDO     OK
PRUEBA CICLICA DE TRAMPAS

   6,000 CICLOS
   RESULTADO:

CONTROL DE CALIDAD
REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR (ES) _Arturo Mejia_
FECHA _11-II-86_          HOJA _2 DE 4_
CLAVE _G-405-32_          TRASLADE _4'_
CARGA DE TRABAJO _225 LBS_   ANCHO EXTERIOR _43.3 cm_
LONGITUD _32'_            LONGITUD EFECTIVA _28'_

PRUEBA DE DEFLEXION

|  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL DERECHO) | 66.65 cm | 25.8 cm |
| 2) CON 249 KG. (EN RIEL DERECHO) | 75.0 cm | 32.8 cm |
| 3) MAX. DEFLEXION EN RIEL DERECHO (2-1) | 8.35 cm | |
| 4) DEFLEXION DEL RIEL IZQUIERDO CON EL RIEL DERECHO CARGADO (2-1) | | 7.0 cm |
| 5) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL IZQUIERDO) | 66.7 cm | 25.85 cm |
| 6) CON 249 KG. (EN RIEL IZQUIERDO) | 73.9 cm | 33.75 cm |
| 7) MAXIMA DEFLEXION EN RIEL IZQUIERDO (6-5) | | 7.9 |
| 8) DEFLEXION DE RIEL DERECHO CON EL RIEL IZQUIERDO CARGADO (6-5) | 7.2 | |

MAX. DEFLEXION ADMISIBLE DEL RIEL CARGADO _14.0 cm_
ANGULO A DE TORSION ADMISIBLE GRADOS _4.7°_   SEN DE A _0.08194_

$$SEN A = \frac{DIFERENCIA EN DEFLEXION}{ANCHO EXTERIOR DE LA ESCALERA} = \frac{(7-8) ó (3-4)}{ANCHO EXTERIOR} = \frac{1.35}{43.3} = 0.0...$$

OK

PRUEBA DE PANDEO LATERAL

|  | SECC. BASE | SECC. MOVIL |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG | 84.9 cm | 85.2 cm |
| 2) ALTURA CON LA CARGA DE 249 KG | 87.4 cm | 87.4 cm |
| 3) DEFLEXION VISIBLE (2-1) | 2.5 cm | 2.2 cm |
| 4) MAX. DEFLEXION ADMISIBLE | 3.35 cm | |
| 5) ALTURA AL REMOVER LA CARGA | 84.9 cm | 85.4 cm |
| 6) DEFORMACION PERMANENTE (5-1) | 0 | 0.2 cm |
| 7) MAX. DEFORMACION PERMANENTE ADMISIBLE | 0.457 cm | |

SI LA SECCION TRANSVERSAL DE LAS SECCIONES BASE Y MOVIL SON DIFERENTES AMBAS SECCIONES DEBERAN SER PROBADAS.

OK

10 246

# CONTROL DE CALIDAD

## REPORTE DE PRUEBAS
## ESCALERA DE EXTENSION

INSPECTOR (ES) _ARTURO MEJIA_          HOJA _3 DE 4_
FECHA _11-II-86_                       CARGA DE TRABAJO _225 LBS_
CLAVE _G-405-32_                       LONGITUD _32'_

## PRUEBA DE RESISTENCIA DEL PELDAÑO

CARGA DE **385.6** KG. APLICADA AL CENTRO DEL PELDAÑO

MAX. DEFLEXION PERMANENTE ADMISIBLE $= \dfrac{L}{75} = \dfrac{41cm}{75} = 0.546cm$

13-II-86

RESULTADO :    DEFORMACION PERMANENTE = 0

                            OK

## PRUEBA DE RESISTENCIA AL CORTE PELDAÑO-LARGUERO

13-II-86  CARGA DE **408.2** KG.
RESULTADO :

## PRUEBA DE TORSION DE PELDAÑO

600 Lb-in EN INCREMENTOS DE 300 Lb-in  10 CICLOS DE CARGA ALTERNADA
RESULTADO :

## PRUEBA DE PANDEO DE LARGUERO EN VOLADIZO

|   |   |
|---|---|
| 1) DISTANCIA ENTRE RIELES ANTES DE LA CARGA | 43.0 cm |
| 2) CARGA DE **136.1** KG APLICADA AL EXTREMO DEL RIEL SUPERIOR | |
| 3) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA | 43.0 cm |
| DEFORMACION PERMANENTE (1-3) | 0 |
| 4) CARGA DE **136.1** KG APLICADA AL EXTREMO DEL RIEL INFERIOR | |
| 5) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA | 43.0 cm |
| DEFORMACION PERMANENTE (5-3) | 0 |
| DEFORMACION PERMANENTE ADMISIBLE | 1/4" = 0.635 |

14-II-86

RESULTADO :
                            OK

## PRUEBA DE CAIDA DE LARGUERO EN VOLADIZO

18-II-86

|   |   |
|---|---|
| DISTANCIA ENTRE LARGUEROS ANTES DE LA CAIDA | 45.7 cm |
| DISTANCIA ENTRE LARGUEROS DESPUES DE LA CAIDA | 45.4 cm |
| DEFORMACION PERMANENTE | 0.3 cm |
| MAXIMA DEFORMACION PERMANENTE ADMISIBLE | 1/4" = 0.635 |

                            OK

**10 247**

CONTROL DE CALIDAD
REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR(ES) ARTURO MEJIA        HOJA  4 DE 4
FECHA  11-II-86                   CARGA DE TRABAJO 225 LBS
CLAVE  G.405.32                   LONGITUD  32'

PRUEBA DE TORSION A UNA SECCION DE LA ESCALERA

1,200 Lb-in EN EL SENTIDO DE LAS MANECILLAS DEL RELOJ      ANGULO DE TORSION 7°
1,200 Lb-in EN EL SENTIDO CONTRARIO A LAS MANECILLAS DEL RELOJ  ANGULO DE TORSION 8°
MAXIMO ANGULO DE TORSION ADMISIBLE 28°

13-II-86   RESULTADO:                      OK

PRUEBA DE DESLIZAMIENTO

CARGA DE 113.3 KG. APLICADA AL TERCER PELDAÑO DESPUES DEL TRASLAPE CON LA ESCALERA
EXTENDIDA COMPLETAMENTE, FUERZA DE ESTIRAMIENTO HORIZONTAL DE 22.6 KG.
A UNA PULGADA DEL PISO.
     DESPLAZAMIENTO TOTAL
     DESPLAZAMIENTO ADMISIBLE            ¼"
RESULTADO:          NO ES UNA ESC. DE 10'

PRUEBA DE EXTENSION DE UNA MULTISECCION

15-II-86  FUERZA PARA EXTENDER LA ESCALERA UN PELDAÑO 19,00×10  F.COM. = 19.665
PESO DE LA SECCION MOVIL                                      10.5 Kg
MAXIMA FUERZA ADMISIBLE ; 2 VECES EL PESO DE LA SECCION MOVIL  21 L.
                            OK

PRUEBA DE LADEO DE TRAMPA

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE
18-II-86  REMOVIENDO UNA TRAMPA Y LUEGO REMOVIENDO LA OTRA.
RESULTADO:          OK

10 248

## REPORTE DE PRUEBAS
## ESCALERA DE EXTENSION

INSPECTOR (ES) _Arturo Mejia_      HOJA _1 DE 4_

FECHA _4 - V - 87_      CARGA DE TRABAJO _225 LBS_

CLAVE _T 405 - 28_      LONGITUD _28'_

## PRUEBA DE RESISTENCIA A LA FLEXION

|  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRE-CARGA DE 76.7 KG. | 66.2 cm | 32.9 cm |
| 2) ALTURA CON LA CARGA DE 102.4 KG | 91 cm | 58.1 cm |
| 3) MAX. DEFLEXION (2 - 1) | 24.8 cm | 25.2 cm |
| 4) MAX. DEFLEXION PROMEDIO | 25 cm | |
| 5) MAX. DEFLEXION PERMISIBLE | 41.7 cm | |

ULTIMA CARGA DE PRUEBA  127.0 KG.

POSICION N: 1    OK
POSICION N: 2    OK
POSICION N: 3    OK





CARGA DE PRUEBA

LADO DE ASCENSO

3½"    6"

SECCION MOVIL
SECCION BASE

BARRA SOPORTE

CARGA DE PRUEBA N: 3    CARGA DE PR. EBA N: 2    CARGA DE PRUEBA N: 1

BARRA SOPORTE DE 1" DE RADIO

OK

## PRUEBA DE CARGA INCLINADA

CARGA DE _405.2_ KG. APLICADA AL PRIMER PELDAÑO LIBRE DE LA SECCION MOVIL DESPUES DEL TRASLAPE CON LA ESCALERA EXTENDIDA COMPLETAMENTE.

RESULTADO:  OK

## PRUEBA DE CARGA A COLUMNA Y HERRAJES

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.

RESULTADO:  OK

## PRUEBA DE TRAMPA SIMPLE

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.

RESULTADO: OK    PRUEBA RIEL DERECHO    OK
                 PRUEBA RIEL IZQUIERDO    OK

## PRUEBA CICLICA DE TRAMPAS

6,000 CICLOS
RESULTADO:

10 249

# REPORTE DE PRUEBAS
## ESCALERA DE EXTENSION

INSPECTOR (ES) _ARTURO MEDIA_
FECHA _4-V-87_            HOJA _2 DE 4_
CLAVE _G 405-28_         TRASLADE _36"_
CARGA DE TRABAJO _225 LBS._   ANCHO EXTERIOR _43.2cm_
LONGITUD _28'_           LONGITUD EFECTIVA _25'_

## PRUEBA DE DEFLEXION

|  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL DERECHO) | 75.2 cm | 32.4 cm |
| 2) CON 24.9 KG (EN RIEL DERECHO) | 81.7 cm | 37.6 cm |
| 3) MAX. DEFLEXION EN RIEL DERECHO (2-1) | 6.5 cm | |
| 4) DEFLEXION DEL RIEL IZQUIERDO CON EL RIEL DERECHO CARGADO (2-1) | | 5.2 cm |
| 5) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL IZQUIERDO) | 72.8 cm | 30.2 cm |
| 6) CON 24.9 KG. (EN RIEL IZQUIERDO) | 78.4 cm | 27 cm |
| 7) MAXIMA DEFLEXION EN RIEL IZQUIERDO (6-5) | | 6.1 cm |
| 8) DEFLEXION DE RIEL DERECHO CON EL RIEL IZQUIERDO CARGADO (6-5) | 5.6 cm | |

MAX. DEFLEXION ADMISIBLE DEL RIEL CARGADO _11.4 cm_
ANGULO A DE TORSION ADMISIBLE  GRADOS _4.3°_   SEN DE A _0.07__

$$SEN\ A = \frac{DIFERENCIA\ EN\ DEFLEXION}{ANCHO\ EXTERIOR\ DE\ LA\ ESCALERA} = \frac{(7-8)\ o\ (3-4)}{ANCHO\ EXTERIOR} = \frac{1.3}{43.2} = .03$$

OK

## PRUEBA DE PANDEO LATERAL

|  | SECC. BASE | SECC. MOVIL |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG | 78.6 cm | 75.2 cm |
| 2) ALTURA CON LA CARGA DE 24.9 KG | 81.5 cm | 77.9 cm |
| 3) DEFLEXION VISIBLE (2-1) | 2.9 cm | 2.7 cm |
| 4) MAX. DEFLEXION ADMISIBLE | 3.15 cm | |
| 5) ALTURA AL REMOVER LA CARGA | 78.7 cm | 75.2 cm |
| 6) DEFORMACION PERMANENTE (5-1) | 0.1 cm | 0 |
| 7) MAX. DEFORMACION PERMANENTE ADMISIBLE | 0.396 cm | |

OK

SI LA SECCION TRANSVERSAL DE LAS SECCIONES BASE Y MOVIL SON DIFERENTES;
AMBAS SECCIONES DEBERAN SER PROBADAS.

10 250

## REPORTE DE PRUEBAS
### ESCALERA DE EXTENSION

INSPECTOR (ES) _ARTURO MEJIA_     HOJA _3 DE 4_
FECHA _4 - V - 87_     CARGA DE TRABAJO _225 LBS_
CLAVE _G 405 - 28_     LONGITUD _28'_

---

PRUEBA DE RESISTENCIA DEL PELDAÑO

CARGA DE 385.6 KG. APLICADA AL CENTRO DEL PELDAÑO

MAX. DEFLEXION PERMANENTE ADMISIBLE $= \dfrac{L}{75} = \dfrac{40.9}{75} = 0.545\,cm$

RESULTADO:    DEFORMACION PERMANENTE = 0.006"

OK

PRUEBA DE RESISTENCIA AL CORTE PELDAÑO - LARGUERO

CARGA DE 408.9 KG.
RESULTADO:   OK

PRUEBA DE TORSION DE PELDAÑO

600 Lb-in EN INCREMENTOS DE 300 Lb-in  10 CICLOS DE CARGA ALTERNADA
RESULTADO:

PRUEBA DE PANDEO DE LARGUERO EN VOLADIZO

1) DISTANCIA ENTRE RIELES ANTES DE LA CARGA                            43.1 cm
2) CARGA DE 136.1 KG APLICADA AL EXTREMO DEL RIEL SUPERIOR
3) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA                          43 cm
                    DEFORMACION PERMANENTE (1-3)                        0.0 cm
4) CARGA DE 136.1 KG APLICADA AL EXTREMO DEL RIEL INFERIOR
5) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA                          43.1 cm
                    DEFORMACION PERMANENTE (5-3)                        0.1 cm
           DEFORMACION PERMANENTE ADMISIBLE                            1/4" = 0.635

RESULTADO:  OK

PRUEBA DE CAIDA DE LARGUERO EN VOLADIZO

DISTANCIA ENTRE LARGUEROS ANTES DE LA CAIDA                           46.1 cm
DISTANCIA ENTRE LARGUEROS DESPUES DE LA CAIDA      OK                 46.0 cm
           DEFORMACION PERMANENTE                                     0.1 cm
    MAXIMA DEFORMACION PERMANENTE ADMISIBLE                           1/4" = 0.635

10 251

REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR _Arturo Mejia_          HOJA _4 DE 4_
FECHA _8-V-87_                     CARGA DE TRABAJO _225 LBS_
CLAVE _G 405-28_                  LONGITUD _28'_

PRUEBA DE TORSION A UNA SECCION DE LA ESCALERA

1,200 Lb-in EN EL SENTIDO DE LAS MANECILLAS DEL RELOJ    ANGULO DE TORSION _9°_
1,200 Lb-in EN EL SENTIDO CONTRARIO A LAS MANECILLAS DEL RELOJ   ANGULO DE TORSION _8°_

   MAXIMO ANGULO DE TORSION ADMISIBLE _20°_
   RESULTADO :
                    OK

PRUEBA DE DESLIZAMIENTO

CARGA DE 113.3 KG. APLICADA AL TERCER PELDAÑO DESPUES DEL TRASLAPE CON LA ESCALERA
EXTENDIDA COMPLETAMENTE, FUERZA DE ESTIRAMIENTO HORIZONTAL DE 22.6 KG. A UNA
PULGADA DEL PISO.
       DESPLAZAMIENTO TOTAL             _____
       DESLIZAMIENTO ADMISIBLE          _____
   RESULTADO :

PRUEBA DE EXTENSION DE UNA MULTISECCION

FUERZA PARA EXTENDER LA ESCALERA UN PELDAÑO                      _15 Kg_
PESO DE LA SECCION MOVIL                                        _12 Kg_
MAXIMA FUERZA ADMISIBLE ; 2 VECES EL PESO DE LA SECCION MOVIL   _24 Kg_
                    OK

PRUEBA DE LADEO DE TRAMPA

CARGA DE 408.1 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAP

   RESULTADO :   OK

10 252

## REPORTE DE PRUEBAS
## ESCALERA DE EXTENSION

INSPECTOR(ES) _Carlos Robledo_    HOJA _____ 1 0 5 4

FECHA ___9-V-89___    CARGA DE TRABAJO _225 LB_

CLAVE ___C.405.___    LONGITUD ___28'___

## PRUEBA DE RESISTENCIA A LA FLEXION

|  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 76.6 KG. | 43.2 cm | 27.1 |
| 2) ALTURA CON LA CARGA DE 102 KG | 70.3 cm | 53.9 cm |
| 3) MAX. DEFLEXION (2-1) | 27.1 cm | 26.8 cm |
| 4) MAX. DEFLEXION PROMEDIO |  | 26.9 cm |
| 5) MAX. DEFLEXION PERMISIBLE |  | 41.6 cm |

ULTIMA CARGA DE PRUEBA _127 kg._

POSICION N° 1 _____ OK

POSICION N° 2 _____ OK

POSICION N° 3 _____ OK



## PRUEBA DE CARGA INCLINADA

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DE LA SECCION MOVIL DES-
PUES DEL TRASLAPE CON LA ESCALERA EXTENDIDA COMPLETAMENTE.

RESULTADO:    OK

## PRUEBA DE CARGA A COLUMNA Y HERRAJES

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.

RESULTADO:    OK

## PRUEBA DE TRAMPA SIMPLE

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.

RESULTADO:    PRUEBA RIEL DERECHO _____ OK

             PRUEBA RIEL IZQUIERDO _____ OK

## PRUEBA CICLICA DE TRAMPAS

6,000 CICLOS

RESULTADO:

# REPORTE DE PRUEBAS
## ESCALERA DE EXTENSION

INSPECTOR (ES) ___CARLOS ROBLES___

| | |
|---|---|
| FECHA ___9-V-89___ | HOJA ___2 DE 4___ |
| CLAVE ___0.405___ | TRASLAPE ___3'___ |
| CARGA DE TRABAJO ___225 LB.___ | ANCHO EXTERIOR ___43 cm___ |
| LONGITUD ___28'___ | LONGITUD EFECTIVA ___25'___ |

## PRUEBA DE DEFLEXION

|  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL DERECHO) | 64.9 cm | 64.2 cm |
| 2) CON 24.9 KG. (EN RIEL DERECHO) | 72.3 cm | 70.5 cm |
| 3) MAX. DEFLEXION EN RIEL DERECHO (2-1) | 7.4 cm | |
| 4) DEFLEXION DEL RIEL IZQUIERDO CON EL RIEL DERECHO CARGADO (2-1) | | 6.3 cm |
| 5) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL IZQUIERDO) | 64.7 cm | 64.9 cm |
| 6) CON 24.9 KG. (EN RIEL IZQUIERDO) | 71.2 cm | 71.5 cm |
| 7) MAXIMA DEFLEXION EN RIEL IZQUIERDO (6-5) | | 6.6 cm |
| 8) DEFLEXION DE RIEL DERECHO CON EL RIEL IZQUIERDO CARGADO (6-5) | 6.5 cm | |

MAX. DEFLEXION ADMISIBLE DEL RIEL CARGADO ___11.4 cm___

ANGULO A DE TORSION ADMISIBLE   GRADOS ___4.5___       SEN DE A ___0.07406___

$$\text{SEN A} = \frac{\text{DIFERENCIA EN DEFLEXION}}{\text{ANCHO EXTERIOR DE LA ESCALERA}} = \frac{(7-8)\ 0'\ (3-4)}{\text{ANCHO EXTERIOR}} = \frac{6.1}{43} = 0.0255$$

CK

## PRUEBA DE PANDEO LATERAL

|  | SECC. BASE | SECC. MOVIL |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG | 116.9 cm | 117.6 cm |
| 2) ALTURA CON LA CARGA DE 24.9 KG | 119.1 cm | 119.9 cm |
| 3) DEFLEXION VISIBLE (2-1) | 2.2 cm | 2.3 cm |
| 4) MAX. DEFLEXION ADMISIBLE | | 2.16 cm |
| 5) ALTURA AL REMOVER LA CARGA | 116.9 cm | 117.6 cm |
| 6) DEFORMACION PERMANENTE (5-1) | 0 | 0 |
| 7) MAX. DEFORMACION PERMANENTE ADMISIBLE | | 0.50 cm |

OK

SI LA SECCION TRANSVERSAL DE LAS SECCIONES BASE Y MOVIL SON DIFERENTES;
AMBAS SECCIONES DEBERAN SER PROBADAS.

10 254

# REPORTE DE PRUEBAS
## ESCALERA DE EXTENSION

INSPECTOR (ES) _Carlos Romero_    HOJA _3 de 4_

FECHA _9. V. 89_    CARGA DE TRABAJO _225 Lbs._

CLAVE _G 405_    LONGITUD _28'_

## PRUEBA DE RESISTENCIA DEL PELDAÑO

CARGA DE _385.5_ KG. APLICADA AL CENTRO DEL PELDAÑO

MAX. DEFLEXION PERMANENTE ADMISIBLE $= \frac{L}{75} = \frac{41.7}{75} = 0.556 cm = 0.216$

RESULTADO:    DEFORMACION PERMANENTE $= 0.132$

OK

## PRUEBA DE RESISTENCIA AL CORTE PELDAÑO - LARGUERO

CARGA DE _405. KG._

RESULTADO:

## PRUEBA DE TORSION DE PELDAÑO

600 Lb·in EN INCREMENTOS DE 300 Lb·in 10 CICLOS DE CARGA ALTERNADA

RESULTADO:

## PRUEBA DE PANDEO DE LARGUERO EN VOLADIZO

| | |
|---|---|
| 1) DISTANCIA ENTRE RIELES ANTES DE LA CARGA | 42.8 cm |
| 2) CARGA DE 136.2 KG APLICADA AL EXTREMO DEL RIEL SUPERIOR | |
| 3) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA | 42.8 cm |
|      DEFORMACION PERMANENTE (1-3) | 0 |
| 4) CARGA DE 136.2 KG APLICADA AL EXTREMO DEL RIEL INFERIOR | |
| 5) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA | 42.8 cm |
|      DEFORMACION PERMANENTE (5-3) | 0 |
|      DEFORMACION PERMANENTE ADMISIBLE | 1/4" |

RESULTADO: OK

## PRUEBA DE CAIDA DE LARGUERO, EN VOLADIZO

| | |
|---|---|
| DISTANCIA ENTRE LARGUEROS ANTES DE LA CAIDA | 48 cm |
| DISTANCIA ENTRE LARGUEROS DESPUES DE LA CAIDA | 43 cm |
|      DEFORMACION PERMANENTE | 0 |
|      MAXIMA DEFORMACION PERMANENTE ADMISIBLE | 1/4" |

OK

REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR _Carlos Robledo_   HOJA _4 LEY_
FECHA _7-V-39_   CARGA DE TRABAJO _225 LBS._
CLAVE _5405_   LONGITUD _28'_

PRUEBA DE TORSION A UNA SECCION DE LA ESCALERA

1,200 Lb.in EN EL SENTIDO DE LAS MANECILLAS DEL RELOJ   ANGULO DE TORSION _5_
1,200 Lb.in EN EL SENTIDO CONTRARIO A LAS MANECILLAS DEL RELOJ   ANGULO DE TORSION _7_

MAXIMO ANGULO DE TORSION ADMISIBLE 20°
RESULTADO:   OK

PRUEBA DE DESLIZAMIENTO

CARGA DE 113.3 KG. APLICADA AL TERCER PELDAÑO DESPUES DEL TRASLADE CON LA ESCALE
EXTENDIDA COMPLETAMENTE, FUERZA DE ESTIRAMIENTO HORIZONTAL DE 22.6 KG. A UN
PULGADA DEL PISO.

    DESPLAZAMIENTO TOTAL _____
    DESPLAZAMIENTO ADMISIBLE _____
RESULTADO:

PRUEBA DE EXTENSION DE UNA MULTISECCION

FUERZA PARA EXTENDER LA ESCALERA UN PELDAÑO   _15 Kg._
PESO DE LA SECCION MOVIL   _12 Kg._
MAXIMA FUERZA ADMISIBLE; 2 VECES EL PESO DE LA SECCION MOVIL   _24 Kg._

PRUEBA DE LADEO DE TRAMPA

CARGA DE 408.8 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAD
RESULTADO: OK

10 256



# CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL          DATE 31- Oct. 96

INSPECTED BY. Jo A. J. D.L.I          SHEET____4____OF____5____

LADDER MODEL G-405    LENGTH 28    DUTY RATING 225 Lbs TYPE II

OVERLAP 3"        EFFECTIVE LENGTH 25'      OUTSIDE WIDTH 13"

DESCRIPTION Esc. de Ext.          MANUF. DATE: 16-Oct. 96

---

VII.- SINGLE LOCK LOAD TEST:
     PRUEBA DE TRAMPA SIMPLE:

       (800)(900)(1000)(1000)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERLAP.
       (362.8)(408)(453.6)(453.6)KG. APLICADA AL 1er. PELD. SOBRE TRASLAPE

                              RIGHT RUNG SET
                 RESULTS:      PELD. DER.           OK
                 RESULTADO:
                              LEFT RUNG SET
                              PELD. IZQ.                OK

III.- LOCK TIP LOAD TEST
      LADEO DE TRAMPA

       (800)(900)(1000)(1200)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERLAP.
       (362.8)(408.2)(453.6)(544.3)KG. APLICADOS AL 1er. PELD. S/TRASLAP

                 RESULTS:               OK
                 RESULTADO:

IX.-   RUNG LOCK CYCLING TEST:
       PRUEBA DE CICLAJE:

       MINIMUM 6,000 CYCLES            RESULTS:         OK
       MINIMO 6,000 CICLOS             RESULTADO:

  X.-  RUNG BENDING STRENGHT TEST:
       FLEXION DE PELDANO:                              [*]

**X.-   RUNG BENDING STRENGHT TEST:**
**FLEXION DE PELDAÑO:**

(800) (850) (900) (1000) LB APPLIED TO RUNG.
(362.8)(385.5)(408.2)(453.6)KG. APLICADOS AL PELDAÑO

RESULTS:     MAXIMUM DEFLECTION     .020"
             DEFLEXION MAXIMA

             MAXIMUM ALLOWABLE PERMANENT DEFORMATION   .018"



# CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

**DEPARMENT:** QUALITY CONTROL          **DATE** 31- Oct- 96
**INSPECTED BY.** G.B.I. D.L.I          **SHEET** 5 **OF** 5
**LADDER MODEL** (1) 405    **LENGTH** 28'   **DUTY RATING** 225 Lbs **TYPE** II
**OVERLAP** 3'          **EFFECTIVE LENGTH** 25'          **OUTSIDE WIDTH** 17"
**DESCRIPTION** Esc. de ext.          **MANUF. DATE:** 16- Oct- 96

---

**XIII.- SIDE RAIL CANTILEVER TEST:**
CANTILIVER:

1) DISTANCE BETWEEN RAILS BEFORE LOADING
   DIST. ENTRE LAR. ANTES DE LA CARGA                                    17"

2) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF UPPER RAILS
   (90.7)(136)(181.4)(226.8)KG. APLICADA AL LAR. SUP.                    16.750"

3) DISTANCE BETWEEN RAILS AFTER LOADING UPPER RAILS
   DISTANCIA ENTRE LAR. DESPUES DE CARGAR EL LAR. SUP.                   17"

4) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF LOWER RAILS
   (90.7)(136)(181.4)(226.8) KG. APLICADA AL LAR. INF.                   17.250"

5) DISTANCE BETWEEN RAILS AFTER LOADING LOWER RAILS.
   DIST. ENTRE LAR. DESPUES DE APLICAR CARGA AL LAR. INF.                17"

                                    (3 - 1)    UPPER RAIL SET
                                               DEF. PERMANENTE            0"
ALLOWABLE SET    1/4                (5 - 3)    LOWER RAIL SET
TOL. PERMITIDA   ____                          DEF. PERMANENTE            0"

**XIV.-** SIDE RAIL CANTILEVER DROP TEST: INITIAL SET 17.062" RESULT:
CAIDA LIBRE:                         FINAL SET 17"        RESULTADO: OK

**XV.-** LADDER SECTION TWIST TEST:
TORSION A UNA SECCION:

|  |  | PRELOAD<br>PRECARGA | LOAD<br>CARGA |
|---|---|---|---|
| 600 IN. LB PRELOAD (PRECARGA)<br>1200 IN. LB CLOCKWISE | TWIST ANGLE<br>ANGULO DE TORSION | 2° | 5° |
| 600 IN. LB PRELOAD (PRECARGA)<br>1200 IN. LB COUNTERCLOCKWISE | TWIST ANGLE<br>ANGULO DE TORSION | 3° | 5° |

600 IN. LB PRELOAD (PRECARGA)        ANGULO DE TORSION _____
600 IN. LB COUNTERCLOCKWISE          TWIST ANGLE
                                     ANGULO DE TORSION _3°_      5°

ALLOWABLE TWIST ANGLE  (22)  (20)  (18)  (14)  DEGREE
TOL. DE TORSION        (22)  (20)  (18)  (14)  GRADOS

RESULTS:
RESULTADO: _____

XVI.-   FOOT SLIP TEST:
        DESLIZAMIENTO DE TACONES:

        (200)(225) (250)  (300)LB LOAD  APPLIED TO THIRD HIGHEST FLY RUNG OF
        A FULLY  EXTENDED LADDER, 50 LB HORIZONTAL PULL,1 IN. ABOVE SURFACE.
        (90.7) (102.2) (113.4)(136.0)KG, CON CARGA APLICADA AL TERCER PELDANO
        MAS ALTO CON LA ESCALERA COMPLETAMENTE EXTENDIDA,Y ESTIRANDOLA CON
        UNA CARGA DE 22.7 KG. A UNA ALTURA DE 1 PULG.

        AMOUNT OF MOVEMENT(MOVIMIENTO)
        ALLOWABLE SLIP (TOLERANCIA): __1/4__

XVII.-  MULTISECTION  EXTENSION TEST:     TEST 1  TEST 2  TEST 3   AVERAGE
        EXTENSION DE UNA MULTISECCION:    PRUEBA1 PRUEBA2 PRUEBA3  PROMEDIO

        FORCE TO EXTEND LADDER ONE RUNG
        FUERZA PARA EXTENDER UN PELDANO   12.2 Kg. 12.4 Kg. 12.6 Kg. 12.4 Kg.

        WEIGHT OF FLY SECTION
        PESO DE LA SECCION MOVIL          ____ ____ ____     11 Kg.

        MAXIMUM ALLOWABLE FORCE ≡  2X WEIGHT OF FLY
        MAXIMA FUERZA APLICABLE ≡  2X PESO DE LA SECCION MOVIL

                                                      10 298

CUPRUM

# EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL    DATE 29 - OCTUBRE - 97
INSPECTED BY: D.L.I. - J.H.R.    SHEET _____1_____ OF ___5___
LADDER MODEL G-225    LENGTH 28'    DUTY RATING 225 LBS TYPE II
OVERLAP ___3'___    EFECTIVE LENGTH 25'    OUTSIDE WIDTH 17"
DESCRIPTION ESC. EXTENSION ALUMINIO MANUF. DATE: SEPT. -97

CONSTRUCTION DETAILS:
DETALLES DE CONSTRUCCION:

MARKING:
MARCADO O ETIQUETADO:

ANSI USE INSTRUCTIONS
INSTRUCTIVO DE USO ANSI                         ( /)YES  ( )NO

LOCATION
LOCALIZACION _____6'_____

SEPARATION CAUTION MARKING
MARCA DE PRECAUCION AL SEPARAR SECC.           ( /)YES  ( )NO

IF NO, ARE STOPS PROVIDED?
SI NO, ESTA PROVISTA DE TOPES?                  ( /)YES  ( )NO

OR DOES FLY SECTION HAVE ALL RUNGS?
O TIENE LA SECC. MOVIL TODOS LOS PELDANOS?     ( /)YES  ( )NO

EFFECTIVE WORKING LENGTH
LONG. EFECTIVA DE TRABAJO                        ( /)YES  ( )NO

DUTY RATING
INDICA CARGA DE TRABAJO                          ( /)YES  ( )NO

RUNG SPACING                  MANUF.DATE CODE    ( /)YES  ( )NO
ESPACIO ENTRE PELD. 12"       FECHA DE FABN.

MANUF. ID LOCATION CODE       ( /)YES  ( )NO
LOCALIZACION DEL FABRICANTE

MINIMUM CLEAR WIDTH           PULLEY DIAMETER     1.240"
ANCHO MINIMO (SECC. MOVIL) 14.187"   DIAM. DE POLEA

SINGLE SECTION LENGTH         BASE SECTION END CAPS    SI
LONG. SECCION RECTA  168"     TAPAS EN SECC. BASE

ROPE DIAMETER
DIAM. DE CORDON   .320"

RUNG AND RAIL DIMENSIONS:
DIMENSIONES DE LARGUERO Y PELDANO:

| | RUNG | RAIL |
|---|---|---|
| SHAPE (PERFIL No. ) | 11864 | 10421 |
| FLANGE WIDTH / ANCHO DEL PATIN | | .943" |
| FLANGE THICKNESS / ESPESOR DE PATIN | .069" | .088" |
| WEB HEIGHT / ALTURA DEL ALMA | | 3" |
| WEB THICKNESS / ESPESOR DEL ALMA | .08" | .080" |
| ALLOY / ALEACION | 6063 T6 | 6105 T6 |
| HARDNESS / DUREZA | 12 WB. | 15 WB |

COMMENTS:
COMENTARIOS: _____

10 299

# EXTENSION LADDER TEST SHEET

**DEPTARMENT:** QUALITY CONTROL    **DATE** 29-OCTUBRE-97

**INSPECTED BY.** D.L.I. - J.M.R.    **SHEET** 2 **OF** 5

**LADDER MODEL** G-465    **LENGTH** 28'    **DUTY RATING** 225 LBS. **TYPE** II

**OVERLAP** 3'    **EFFECTIVE LENGTH** 25'    **OUTSIDE WIDTH** 17"

**DESCRIPTION** ESC. EXTENSION ALUM. MANUF.. DATE: SEPT-97

| | | "A" LOADED RAIL / LAR. CARGADO | "B" UNLOADED RAIL / LAR. DESCARGADO |
|---|---|---|---|
| **I.- DEFLEXION TEST: / PRUEBA DE DEFLEXION:** | OK | | |
| 1) UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD RIGHT RAIL / ALT. EN LAR. DER. S/CARGA DESPUES DE LA PRECARGA DE (13.6 KG.) | | 66.187" | 66.125" |
| 2) WITH (50) (55) (60) (70) LB RIGHT RAIL / LAR. DER. CON (22.6)(24.9)(27.2)(31.7) | | 68.875" | 68.375" |
| 3) ACTUAL DEFLECTION (2 MINUS 1) / DEFLEXION MAXIMA (2 MENOS 1) | | 2.682" | 2.250" |
| 4) UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD LEFT RAIL / ALT. DE LAR. IZQ. S/CARGA DESPUES DE LA PRECARGA DE (13.6) KG. | | 66.250" | 66.312" |
| 5) WITH (50) (55) (60) (70) LB LEFT RAIL / LAR. IZQ. CON (22.6)(24.9)(27.2)(31.7) | | 68.875" | 68.500" |
| 6) ACTUAL DEFLECTION (5 MINUS 4) / DEFLEXION MAXIMA (5 MENOS 4) | | 2.625" | 2.188" |
| ALLOWABLE ACTUAL DEFLECTION LOADED RAIL / MAX. DEF. PERMISIBLE EN LARGUERO CARGADO | | 4.50" | 4.50" |
| ALLOWABLE TWIST ANGLE "A" / ANG. DE TORSION "A" PERMITIDA | | DEGREE GRADOS 4.3° | SIN A SEN A 0.07492 |

$$SIN "A" = \frac{DIFF. IN DEFLECTION / DIF. EN DEFLEXION "A" - "B"}{OUTSIDE WIDTH OF LADDER / ANCHO EXT. DE LA ESC. = OUTSIDE WIDTH / ANCHO EXTERIOR}$$

$$SENO A = \frac{2.682" - 2.350"}{17} = \frac{.438}{17} = 0.02576 = 1.28°$$

| **II.- SIDE SWAY TEST: / PANDEO LATERAL:** | BASE | FLY |
|---|---|---|
| 1) DISTANCE FROM REF. AFTER 30 LB PRELOAD / ALT. DE REF. DESPUES DE (13.6) KG. PRECARGA | 86.875" | 87.093" |
| 2) DISTANCE FROM REF. WITH (50) (55) (60) (70) LB / ALT. DE REF. CON (22.6)(24.9)(27.2)(31.7) | 87.625" | 87.750" |
| 3) MAXIMUM DEFLECTION (2 MINUS 1) / DEFLEXION MAXIMA (2 MENOS 1) | .750" | .843" |
| 4) ALLOWABLE MAXIMUM DEFLECTION / MAXIMA DEFLEXION PERMITIDA | 1.24" | 1.24" |
| 5) DISTANCE FROM REF. W/O WEIGHT / DISTANCIA DE REF. SIN CARGA | 86.937" | 87.125" |
| 6) PERMANENT SET (5 MINUS 1) / DEF. OBTENIDA. | .062" | .032" |
| 7) ALLOWABLE SET. / DEF. PERMITIDA. | OK .156" | |

IF THE CROSS SECTION OF THE BASE AND FLY SECTIONS ARE DIFFERENT, BOTH SECTIONS ARE TO BE TESTED.

SI LA SECCION BASE ES DIFERENTE DE LA SECCION MOVIL, AMBAS SECCIONES DEBERAN SER PROBADAS.

10 300

# CUPROM          EXTENSION LADDER TEST SHEET

DEPARMENT:   QUALITY CONTROL          DATE _29·OCTUBRE-97_

INSPECTED BY: _D.L.I. - J.H.P._     SHEET ___3___ OF ___5___

LADDER MODEL _G-405_  LENGTH _28'_  DUTY RATING _225 LBS._ TYPE _II_

OVERLAP ___3'___   EFFECTIVE LENGTH _25'_   OUTSIDE WIDTH _17"_

DESCRIPTION _ESC. EXTENSION ALUMINIO_ MANUF. DATE: _SEPT-97_

---

**III.- HORIZONTAL BENDING TEST:**
**PRUEBA DE FLEXION:**     (OK)

|  | "B" RIGHT RAIL | "A" LEFT RAIL |
|---|---|---|
| 1) UNLOADED HEIGHT FROM REF. AFTER (150) (165) (188) (225)LB ALT DE REF. DESPUES DE LA PRECARGA DE (68.0)(76.6)(85.2)(102.0) KG. | 66.375" | 66.312" |
| 2) DISTANCE FROM REF. WITH (200) (225) (250) (300) LB ALT DE REF. CON (90.7)(102.0)(113.6)(136) KG. | 76.125" | 76.062" |
| 3) MAXIMUM DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | 9.750" | 9.750" |
| 4) MAXIMUM AVERAGE DEFLECTION DEFLEXION MAXIMA PROMEDIO | 9.750" | |
| 5) MAXIMUM DEFLECTION ALLOWABLE DEFLEXION MAXIMA PERMISIBLE | 16.1" | |

**IV.- ULTIMATE LOAD TEST:**
**PRUEBA DE CARGA ULTIMA:**

(250) (280) (310) (375) LB APPLIED
(113.4)(127.0)(140.6)(170.1)KG. APLICADOS

TEST LOAD No.1 (OK)   TEST LOAD No.2 (OK)   TEST LOAD No.3 (OK)
CARGA POS.No.1         CARGA POS.No.2        CARGA POS.No.3



**V.- INCLINE LOAD TEST:**
**PRUEBA DE CARGA INCLINADA:**

(800) (900) (1000)(1000) LB.LOAD APPLIED TO FIRST RUNG ABOVE OVERLAP ON A FULLY EXTENDED LADDER.
(362.8) (408.2) (453.6) KG. APLICADOS AL PRIMER PELDANO SOBRE E TRASLAPE DE UNA ESCALERA EXTENDIDA COMPLETAMENTE.

RESULTS:
RESULTADOS: ___(OK)___

**VI.- COLUMN AND HARDWARE LOAD TEST:**
**COLUMNA Y HERRAJES:**

(800) (900) (1000) (1200)LB.LOAD APPLIED TO FIRST RUNG ABOVE OVERLA
(362.8) (408.2)(453.6)(544.3)KG. APLICADOS AL 1er.PELD. SOBRE EL TRASLA

RESULTS:
RESULTADOS: ___(OK)___

CUPRUM                    EXTENSION LADDER TEST SHEET

DEPARMENT:   QUALITY CONTROL          DATE 29-OCTUBRE-97
INSPECTED BY: D.L.I.-J.M.R.       SHEET ___4___ OF ___5___
LADDER MODEL G-405    LENGTH 28'  DUTY RATING 225 LBS TYPE II
OVERLAP ___3___    EFFECTIVE LENGTH 25'    OUTSIDE WIDTH 17"
DESCRIPTION ESC.EXTENSION Aluminio MANUF. DATE: SEPT 97

---

**VII.-  SINGLE LOCK LOAD TEST:**
**PRUEBA DE TRAMPA SIMPLE:**

(800)(900)(1000)(1000)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERL
(362.8)(408.)(453.6)(453.6)KG. APLICADA AL 1er.PELD. SOBRE TRASLAPE

RESULTS:          RIGHT RUNG SET
RESULTADO:        PELD. DER.          OK

                  LEFT RUNG SET
                  PELD IZQ.           OK

**VIII.-  LOCK TIP LOAD TEST**
**LADEO DE TRAMPA**

(800)(900)(1000)(1200)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERL
(362.8)(408.2)(453.6)(544.3)KG. APLICADOS AL 1er. PELD. S/TRASLAP
RESULTS:
RESULTADO:        OK

**IX.-  RUNG LOCK CYCLING TEST:**
**PRUEBA DE CICLAJE:**

MINIMUM 6,000 CYCLES          RESULTS:
MINIMO 6,000 CICLOS           RESULTADO: _____

**X.-  RUNG BENDING STRENGHT TEST:**
**FLEXION DE PELDAÑO:**

(800)(850)(900)(1000) LB APPLIED TO RUNG,
(362.8)(385.5)(408.2)(453.6)KG. APLICADOS AL PELDAÑO

RESULTS:    0."        MAXIMUM DEFLECTION
                       DEFLEXION MAXIMA      0.519

            MAXIMUM ALLOWABLE PERMANENT DEFORMATION
            MAXIMA DEFORMACION PERMANENTE PERMITIDA   0.220"

L/100    (L/75)    L/50    L/25      RUNG LENGTH 16.500"

**I.-  RUNG TO SIDE RAIL SHEAR STRENGTH TEST:**
**CORTE DE PELDAÑO:**

RESULTS:
RESULTADOS:       OK

**II.-  RUNG TORQUE TEST:**
**TORQUE DE PELDAÑO:**

600 IN. LB CLOCKWISE AND  COUNTERCLOCKWISE IN 300 IN. LB. INCREMENTS
FOR 10 CYCLES:    OK

# CUPRUM   EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL   DATE 29 OCTUBRE 97

INSPECTED BY: DL.I.- J.M.R.   SHEET 5 OF 5

LADDER MODEL G-205   LENGTH 28'   DUTY RATING 225 LBS TYPE II

OVERLAP 3'   EFFECTIVE LENGTH 25'   OUTSIDE WIDTH 17"

DESCRIPTION ESC. EXTENSION ALUMINIO   MANUF. DATE: SEPT. 9

---

**XIII.- SIDE RAIL CANTILEVER TEST:**
CANTILEVER:

1) DISTANCE BETWEEN RAILS BEFORE LOADING
DIST. ENTRE LAR. ANTES DE LA CARGA  OK   15.125"

2) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF UPPER RAILS
(90.7)(136)(181.4)(226.8)KG. APLICADA AL LAR. SUP.   14.875"

3) DISTANCE BETWEEN RAILS AFTER LOADING UPPER RAILS
DISTANCIA ENTRE LAR. DESPUES DE CARGAR EL LAR. SUP.   15.125"

4) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF LOWER RAILS
(90.7)(136)(181.4)(226.8) KG. APLICADA AL LAR. INF.   15.375"

5) DISTANCE BETWEEN RAILS AFTER LOADING LOWER RAILS.
DIST. ENTRE LAR. DESPUES DE APLICAR CARGA AL LAR. INF.   15.125"

(3 - 1)   UPPER RAIL SET
DEF. PERMANENTE   0

ALLOWABLE SET 1/4   (5 - 3)   LOWER RAIL SET
TOL. PERMITIDA   DEF. PERMANENTE   5

**XIV.-** SIDE RAIL CANTILEVER DROP TEST: INITIAL SET 15.125" RESULT: OK
CAIDA LIBRE:   FINAL SET 15.062 RESULTADO:
.063

**XV.-** LADDER SECTION TWIST TEST:
TORSION A UNA SECCION:

|  | PRELOAD PRECARGA | LOAD CARGA |
|---|---|---|
| 600 IN. LB PRELOAD (PRECARGA) 1200 IN. LB CLOCKWISE   TWIST ANGLE ANGULO DE TORSION | 2° | 6° |
| 600 IN. LB PRELOAD (PRECARGA) 1200 IN. LB COUNTERCLOCKWISE   TWIST ANGLE ANGULO DE TORSION | 4° | 7° |

ALLOWABLE TWIST ANGLE (22) (20) (18) (14) DEGREE
TOL. DE TORSION   (22) (20) (18) (14) GRADOS

RESULTS:
RESULTADO:   OK

**XVI.-** FOOT SLIP TEST:
DESLIZAMIENTO DE TACONES:

(200)(225) (250) (300)LB LOAD APPLIED TO THIRD HIGHEST FLY RUNG OF
A FULLY EXTENDED LADDER, 50 LB HORIZONTAL PULL, 1 IN. ABOVE SURFACE
(90.7) (102.2) (113.4)(136.0)KG. CON CARGA APLICADA AL TERCER PELDANO
MAS ALTO CON LA ESCALERA COMPLETAMENTE EXTENDIDA,Y ESTIRANDOLA CON
UNA CARGA DE 22.7 KG. A UNA ALTURA DE 1 PULG.

AMOUNT OF MOVEMENT(MOVIMIENTO)
ALLOWABLE SLIP (TOLERANCIA):   1/4

**XVII.-** MULTISECTION EXTENSION TEST:
EXTENSION DE UNA MULTISECCION:

| | TEST 1 PRUEBA1 | TEST 2 PRUEBA2 | TEST 3 PRUEBA3 | AVERAGE PROMEDIO |
|---|---|---|---|---|
| FORCE TO EXTEND LADDER ONE RUNG FUERZA PARA EXTENDER UN PELDANO | 11 Kg | 11 Kg | 10.8 Kg | 10.9 Kg |
| HEIGHT OF FLY SECTION PESO DE LA SECCION MOVIL | | | | 10.2 Kg |

MAXIMUM ALLOWABLE FORCE = 2X HEIGHT OF FLY
MAXIMA FUERZA PERMITIBLE = 2X PESO DE LA SECCION MOVIL   OK

10 303



DETALLE "A"

⚠ NOTA: SE ACEPTARAN +0.002" EN EL ESPESOR SOLO EN 4 PUNTOS MAXIMO

⚠ 1.52-1.73
    0.060"-0.068"
PAREDES DE                    EXCEPTO LAS ESPECIFICADAS
RADIOS NO ESPECIFICADOS SON DE 0.8 MM. (.031")
MATAR FILOS A 0.38 MM. (.015")

DUREZA 12 IND.

| SUP. EXP. | CODIGO | PROYECTO |
|---|---|---|
| 12.53 cm. | | EX-171 |

11864

| REVISIONES | | Fecha | |
|---|---|---|---|
| ⚠ | SE AGREGO NOTA | 23-2-95 | |
| ⚠ | ERA 0.060"-0.066" | 16-2-95 | |
| ⚠ | ERA 1.625"±0.010" | 16-2-95 | |
| ⚠ | ERA 1.283"±0.010" | 16-2-95 | |

| ESTIMADOS | | | | |
|---|---|---|---|---|
| PESO | 0.533 | kg. m | ALEACION | 6063 |
| PERIMETRO | 12.53 | cms. | TEMPLE | 6 |
| AREA | 1.97 | cms.2 | PORTA DADO | |
| CIRCULO | 4.17 | cms. | ACERO | |
| FACTOR | 13.78 | | CAVIDADES | |

| CUPRUM | DIBUJO MECANICO |
|---|---|
| NOMBRE DEL PRODUCTO | PELDANO TIPO "D" 225 LBS. |
| CLIENTE | CUPRUM ENSAMBLE |
| ACOTACIONES ☑ mm(PLG) | ESCALA  2:1 |
| DIBUJO  ESTHELA MTZ | APROBO  ING. A. REYNA |
| ACEPTADO | FECHA  16-FEB-95 |

Se aplican las tolerancias comerciales a menos
que se especifiquen otras.

10 304

CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL          DATE 21- Mayo- 98
INSPECTED BY. D. LOZANO I          SHEET 1 OF 5
LADDER MODEL C.405    LENGTH 28'    DUTY RATING 225 LBS. TYPE II
OVERLAP 3'    EFECTIVE LENGTH 25'    OUTSIDE WIDTH 17'
DESCRIPTION Ecc. EXTENSION ALUMINIO    MANUF. DATE: Mayo 98

CONSTRUCTION DETAILS:
DETALLES DE CONSTRUCCION:

MARKING:
MARCADO O ETIQUETADO:

ANSI USE INSTRUCTIONS          ( ✓ )YES ( )NO
INSTRUCTIVO DE USO ANSI

LOCATION          6' PERFIL IZQUIERDO
LOCALIZACION

SEPARATION  CAUTION  MARKING          ( ✓ )YES ( )NO
MARCA DE PRECAUCION AL SEPARAR SECC.

IF NO; ARE STOPS PROVIDED?          ( ✓ )YES ( )NO
SI NO; ESTA PROVISTA DE TOPES?

OR DOES FLY SECTION HAVE ALL RUNGS?          ( ✓ )YES ( )NO
O TIENE LA SECC. MOVIL TODOS LOS PELDANOS?

EFFECTIVE WORKING LENGTH          ( ✓ )YES ( )NO
LONG. EFECTIVA DE TRABAJO

DUTY RATING          ( ✓ )YES ( )NO
INDICA CARGA DE TRABAJO

RUNG SPACING   12"    MANUF. DATE CODE   ( ✓ )YES ( )NO
ESPACIO ENTRE PELD.          FECHA DE FABN.

MANUF. ID LOCATION CODE   ( ✓ )YES ( )NO
LOCALIZACION DEL FABRICANTE

MINIMUM CLEAR WIDTH  14.125"    PULLEY DIAMETER   1.440"
ANCHO MINIMO (SECC. MOVIL)          DIAM. DE POLEA

SINGLE SECTION LENGTH  168"    BASE SECTION END CAPS  SI
LONG. SECCION RECTA          TAPAS EN SECC. BASE

ROPE DIAMETER  0.320"
DIAM. DE CORDON

RUNG AND RAIL DIMENSIONS:
DIMENSIONES DE LARGUERO Y PELDANO:

|  | RUNG | RAIL |
|---|---|---|
| SHAPE (PERFIL No.) | 11864 | 10426 |
| FLANGE WIDTH / ANCHO DEL PATIN | 0.067" | 0.950" |
| FLANGE THICKNESS / ESPESOR DE PATIN |  | 0.086" |
| WEB HEIGHT / ALTURA DEL ALMA | 0.064"-0.067" | 3.005" |
| WEB THICKNESS / ESPESOR DEL ALMA |  | 0.078" |
| ALLOY / ALEACION | 6063-T6 | 6165-T6 |
| HARDNESS / DUREZA | 13 wo | 16 wo. |

**10 305**

COMMENTS:
COMENTARIOS: _____

# CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

**CUPRUM**

DEPTARMENT: QUALITY CONTROL     DATE: *21·Mayo·98*

INSPECTED BY: *D. LOZANO T.*     SHEET __2__ OF __5__

LADDER MODEL: *G 405*   LENGTH: *28'*   DUTY RATING: *225 LBS.*   TYPE: *II*

OVERLAP: *3'*   EFFECTIVE LENGTH: *25'*   OUTSIDE WIDTH: *17"*

DESCRIPTION: *ESC. EXTENSION ALUMINIO* MANUF.. DATE: *Mayo·98*

---

| I.- DEFLEXION TEST:<br>PRUEBA DE DEFLEXION: | "A"<br>LOADED RAIL<br>LAR.CARGADO | "B"<br>UNLOADED RAIL<br>LAR.DESCARGADO |
|---|---|---|
| 1) UNLOADED HEIGHT FROM REF.AFTER 30 LB PRELOAD RIGHT RAIL ALT.EN LAR. DER. S/CARGA DESPUES DE LA PRECARGA DE (13.6) KG. | 65.812" | 65.937" |
| 2) WITH (50)(55)(60)(70)LB RIGHT RAIL LAR. DER CON (22.6)(24.9)(27.2)(31.7) | 68.312" | 68.125" |
| 3) ACTUAL DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | 2.500" | 2.188" |
| 4) UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD LEFT RAIL ALT. DE LAR. IZQ. S/CARGA DESPUES DE LA PRECARGA DE 13.6 KG. | 65.937" | 65.812" |
| 5) WITH (50)(55)(60)(70)LB LEFT RAIL. LAR. IZQ. CON (22.6)(24.9)(27.2)(31.7) | 68.500" | 67.875" |
| 6) ACTUAL DEFLECTION (5 MINUS 4) DEFLEXION MAXIMA (5 MENOS 4) | 2.562" | 2.062" |
| ALLOWABLE ACTUAL DEFLECTION LOADED RAIL MAX. DEF. PERMISIBLE EN LARGUERO CARGADO | 4.50" | 4.50" |
| ALLOWABLE TWIST ANGLE "A" ANG. DE TORSION "A" PERMITIDA | DEGREE 4.3° GRADOS | SIN A 0.07498 SEN A |

DIFF. IN DEFLECTION
DIF. EN DEFLEXION     "A" - "B"

$$SIN\ "A" = \frac{\text{DIFF. IN DEFLECTION}}{\text{OUTSIDE WIDTH OF LADDER}} = \frac{\text{"A" - "B"}}{\text{OUTSIDE WIDTH}}$$
ANCHO EXT. DE LA ESC.   ANCHO EXTERIOR

$$Sen\ A = \frac{2.562" - 2.062"}{17"} = \frac{0.500"}{17"} = 0.0294 \quad 1.40°$$

---

| II.-SIDE SWAY TEST:<br>PANDEO LATERAL: | BASE | FLY |
|---|---|---|
| 1) DISTANCE FROM REF. AFTER 30 LB PRELOAD ALT. DE REF. DESPUES DE (13.6) KG.PRECARGA | 86.875" | 86.875" |
| 2) DISTANCE FROM REF. WITH (50)(55)(60)(70)LB ALT. DE REF. CON (22.6)(24.9)(27.2)(31.7) | 87.687" | 87.562" |
| 3) MAXIMUM DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | 0.812" | 0.687" |
| 4) ALLOWABLE MAXIMUM DEFLECTION MAXIMA DEFLEXION PERMITIDA | 1.24" | 1.24" |
| 5) DISTANCE FROM REF. W/O WEIGHT DISTANCIA DE REF. SIN CARGA | 86.906" | 86.906" |
| 6) PERMANENT SET (5 MINUS 1) DEF. OBTENIDA. | 0.031" | 0.031" |
| 7) ALLOWABLE SET. DEF. PERMITIDA | 0.156" | |

IF THE CROSS SECTION OF THE BASE AND FLY SECTIONS ARE DIFFERENT, BOTH SECTIONS ARE TO BE TESTED.

SI LA SECCION BASE ES DIFERENTE DE LA SECCION MOVIL, AMBAS SECCIONES DEBERAN SER PROBADAS.

**10 306**

Case 1:01-cv-00699-SAS    Document 48-2    Filed 12/01/2003    Page 40 of 90



CUPRUM

CUPRUM S.A. DE C. V.

## EXTENSION LADDER TEST SHEET

| | |
|---|---|
| DEPARMENT: QUALITY CONTROL | DATE 21- Mayo - 98 |
| INSPECTED BY. D. LOZANO I. | SHEET 3 OF 5 |
| LADDER MODEL G 405    LENGTH 28' | DUTY RATING 225 LBS. TYPE II |
| OVERLAP 3'    EFFECTIVE LENGTH 25' | OUTSIDE WIDTH 17" |



## CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL          DATE 21- Mayo-98
INSPECTED BY. D. LOZANO I.          SHEET ____4____ OF ____5____
LADDER MODEL G 405    LENGTH 28'  DUTY RATING 225 LBS. TYPE II
OVERLAP 3'      EFFECTIVE LENGTH 25'    OUTSIDE WIDTH 17"
DESCRIPTION Esc. EXTENSION Aluminio  MANUF. DATE: Mayo-98

VII.- SINGLE LOCK LOAD TEST:
      PRUEBA DE TRAMPA SIMPLE:

      (800)(900)(1000)(1000)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERLAP.
      (362.8)(408.)(453.6)(453.6)KG. APLICADA AL 1er.PELD. SOBRE TRASLAPE

                          RESULTS:        RIGHT RUNG SET
                          RESULTADO:      PELD. DER.        OK

                                          LEFT RUNG SET
                                          PELD IZQ.         OK

VIII.- LOCK TIP LOAD TEST
       LADEO DE TRAMPA

      (800)(900)(1000)(1200)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERLAP.
      (362.8)(408.2)(453.6)(544.3)KG. APLICADOS AL 1er. PELD. S/TRASLAP

                          RESULTS:
                          RESULTADO:  OK

IX.-  RUNG LOCK CYCLING TEST:
      PRUEBA DE CICLAJE:

      MINIMUM 6,000 CYCLES          RESULTS:
      MINIMO 6,000 CICLOS           RESULTADO:   OK

X.-   RUNG BENDING STRENGHT TEST:
      FLEXION DE PELDANO:

                                                                    [*]
      (800)(850)(900)(1000) LB APPLIED TO RUNG.

(800) (850) (900) (1000) LB APPLIED TO RUNG.
(362.8) (385.5) (408.2) (453.6) KG. APLICADOS AL PELDANO

RESULTS:    OK          MAXIMUM DEFLECTION
                        DEFLEXION MAXIMA        0.029"

                        MAXIMUM ALLOWABLE PERMANENT DEFORMATION   0.220"
                        MAXIMA DEFORMACION PERMANENTE PERMITIDA

L/100    L/75    L/50    L/25        RUNG LENGTH  16.500"

I.-    RUNG TO SIDE RAIL SHEAR STRENGTH TEST:
       CORTE DE PELDANO:

       RESULTS:         OK
       RESULTADOS:

II.-   RUNG TORQUE TEST:
       TORQUE DE PELDANO:

       600 IN. LB CLOCKWISE AND  COUNTERCLOCKWISE IN 300 IN. LB. INCREMENTS
       FOR 10 CYCLES:    OK

10 308

# CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL     DATE 21- Mayo · 98
INSPECTED BY D. LOZANO I.     SHEET 5 OF 5
LADDER MODEL G 405 LENGTH 28' DUTY RATING 225 LBS. TYPE II
OVERLAP 3' EFFECTIVE LENGTH 25' OUTSIDE WIDTH 17"
DESCRIPTION Esc. Extension Aluminio     MANUF. DATE: Mayo-98

---

**XIII.- SIDE RAIL CANTILEVER TEST:**
CANTILIVER:

1) DISTANCE BETWEEN RAILS BEFORE LOADING
DIST. ENTRE LAR. ANTES DE LA CARGA          OK     15.185"

2) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF UPPER RAILS
(90.7)(136)(181.4)(226.8)KG. APLICADA AL LAR. SUP.     15"

3) DISTANCE BETWEEN RAILS AFTER LOADING UPPER RAILS
DISTANCIA ENTRE LAR. DESPUES DE CARGAR EL LAR. SUP.     15.185"

4) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF LOWER RAILS
(90.7)(136)(181.4)(226.8) KG. APLICADA AL LAR. INF.     15.018"

5) DISTANCE BETWEEN RAILS AFTER LOADING LOWER RAILS
DIST. ENTRE RAILS DESPUES DE APLICAR CARGA AL LAR. INF.     15.185

UPPER RAIL SET
(3 - 1)     DEF. PERMANENTE     0

ALLOWABLE SET 1/4     (5 - 3)     LOWER RAIL SET
TOL. PERMITIDA          DEF. PERMANENTE     0

**XIV.-** SIDE RAIL CANTILEVER DROP TEST: INITIAL SET 15.185" RESULT:
CAIDA LIBRE:     FINAL SET 15.093" RESULTADO: OK
0.092"

**XV.-** LADDER SECTION TWIST TEST:
TORSION A UNA SECCION:

| | | PRELOAD PRECARGA | LOAD CARGA |
|---|---|---|---|
| 600 IN. LB PRELOAD (PRECARGA) 1200 IN. LB CLOCKWISE | TWIST ANGLE ANGULO DE TORSION | 5° | 7° |
| 600 IN. LB PRELOAD (PRECARGA) 1200 IN. LB COUNTERCLOCKWISE | TWIST ANGLE ANGULO DE TORSION | 3° | 7° |

ALLOWABLE TWIST ANGLE (22) (20) (18) (14) DEGREE
TOL. DE TORSION     (22) (20) (18) (14) GRADOS

RESULTS:
RESULTADO: OK

**XVI.-** FOOT SLIP TEST:
DESLIZAMIENTO DE TACONES:
(200)(225)(250)  (300)LB LOAD APPLIED TO THIRD HIGHEST FLY RUNG OF
A FULLY EXTENDED LADDER, 50 LB HORIZONTAL PULL,1 IN. ABOVE SURFACE.
(90.7)(182.2)(113.4)(136.8)KG. CON CARGA APLICADA AL TERCER PELDAÑO
MAS ALTO CON LA ESCALERA COMPLETAMENTE EXTENDIDA,Y ESTIRANDOLA CON
UNA CARGA DE 22.7 KG. A UNA ALTURA DE 1 PULG.
AMOUNT OF MOVEMENT(MOVIMIENTO)
ALLOWABLE SLIP (TOLERANCIA): 1/4

**XVII.-** MULTISECTION EXTENSION TEST:     TEST 1 TEST 2 TEST 3 AVERAGE
EXTENSION DE UNA MULTISECCION:     PRUEBA1 PRUEBA2 PRUEBA3 PROMEDIO
FORCE TO EXTEND LADDER ONE RUNG
FUERZA PARA EXTENDER UN PELDAÑO     12.7Kg 12.9Kg 13.8Kg 12.8Kg
HEIGHT OF FLY SECTION
PESO DE LA SECCION MOVIL     10.9Kg.
MAXIMUM ALLOWABLE FORCE = 2X WEIGHT OF FLY
FUERZA APLICABLE = 2X PESO DE LA SECCION MOVIL     10 309



*Escaleras*

# ESCALERAS S. DE R. L. DE C.V.
# EXTENSION LADDER TEST SHEET

| | | | |
|---|---|---|---|
| **DEPARMENT:** | CALIDAD Y NORMAS | **DATE** | 2 - JUNIO - 99 |
| **INSPECTED BY** | D. LOZANO J | **SHEET** | 1 OF 5 |
| **LADDER MODEL** | 405 **LENGTH** 28' | **DUTY RATING** 225 lb **TYPE** II |
| **OVER LAP** | 3' **EFECTIVE LENGTH** 25' | **OUTSIDE WIDTH** 16.133" |
| **DESCRIPTION** | ESC. EXTENSION AL. | **MANUF. DATE:** MAYO-99 |

## CONSTRUCTION DETAILS
## DETALLES DE CONSTRUCCION:

### MARKINGS :
### MARCADO O ETIQUETADO:

| | | |
|---|---|---|
| ANSI USE INSTRUCTIONS INSTRUCTIVO DE USO ANSI | ( ✓ ) YES | ( ) NO |
| LOCATION LOCALIZACION | 6' PERFIL Jza. | |
| SEPARATION CAUTION MARKING MARCA DE PRECAUCION AL SEPARAR SECC. | ( ✓ ) YES | ( ) NO |
| IF NOT, ARE STOPS PROVIDED? SI NO, ESTA PROVISTA DE TOPES? | ( ✓ ) YES | ( ) NO |
| OR DOES FLY SECTION HAVE ALL RUNGS? O TIENE LA SECC. MOVIL TODOS LOS PELDAÑOS | ( ✓ ) YES | ( ) NO |
| EFFECTIVE WORKING LENGTH LONG. EFECTIVA DE TRABAJO | ( ✓ ) YES | ( ) NO |
| DUTY RATING INDICA CARGA DE TRABAJO | ( ✓ ) YES | ( ) NO |
| RUNG SPACING ESPACIO ENTRE PELD 12" MANUF. DATE CODE FECHA DE FABN. | ( ✓ ) YES | ( ) NO |
| MANUF. ID LOCATION CODE LOCALIZACION DEL FABRICANTE | ( ✓ ) YES | ( ) NO |

| | | | |
|---|---|---|---|
| MINIMUM CLEAR WIDTH ANCHO MINIMO (SECC. MOVIL) | 14.187" | PULLEY DIAMETER DIAM. DE POLEA | 1.440" |
| SINGLE SECCION LENGTH LONG. SECCION RECTA | 168" | BASE SECTION END CAPS TAPAS EN SECC. BASE | SI |
| ROPE DIAMETER DIAM. DE CORDON | 0.330" | | |

### RUNG AND RAIL DIMENSIONS:
### DIMENSIONES DE LARGUERO Y PELDAÑO:

| | RUNG | RAIL |
|---|---|---|
| (PERFIL No.) SHAPE | 11864 | 10421 |
| FLANGE WIDTH ANCHO DEL PATIN | 0.063"-0.067" | 0.949" |
| FLANGE THICKNESS ESPESOR DE PATIN | | 0.093" |
| WEB HIGH ALTURA DEL ALMA | 0.063"-0.067" | 2.008" |
| WEB THICKNESS ESPESOR DEL ALMA | | 0.082" |
| ALLOY ALEACION | 6063-T6 | 6105-T6 |
| HARDNESS DUREZA | 13 ws | 16 ws |

### COMMENTS :
### COMENTARIOS:

FO-10-021

# ESCALERAS S. DE R. L. DE C.V.
# EXTENSION LADDER TEST SHEET

*Escaleras*

| | | | |
|---|---|---|---|
| DEPARMENT: | CALIDAD Y NORMAS | DATE | 2 - JUNIO - 99 |
| INSPECTED BY | D. LOZANO I | SHEET | 2 OF 5 |
| LADDER MODEL | 40.5 LENGTH 28' | DUTY RATING 225 lb TYPE II |
| OVER LAP | 3' EFECTIVE LENGTH | 25' |
| DESCRIPTION | ESC. EXTENSION AL. | OUTSIDE WIDTH 16.937" |
| | | MANUF. DATE: | MAYO - 99 |

| | "A" LOADED RAIL LAR. CARGADO | "B" UNLOADED RAIL LAR. DESCARGADO |
|---|---|---|
| **I.- DEFLEXION TEST** **PRUEBA DE DEFLEXION:** | | |
| 1) UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD RIGHT RAIL ALT EN LAR. DER S/CARGA DESPUES DE LA PRECARGA DE 13.6 KG. | 65.750" | 65.750" |
| 2) WITH (50)(55)(60)(70) LB RIGHT RAIL LAR. DER CON (22.6)(24.9)(27.2)(31.7) | 68.250" | 67.812" |
| 3) ACTUAL DEFLEXION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | 2.500" | 2.062" |
| 4) UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD LEFT RAIL ALT. DE LAR. IZQ. S/CARGA DESPUES DE LA PRECARGA DE 13.6 KG. | 65.937" | 66" |
| 5) WITH (50)(55)(60)(70) LB LEFT RAIL LAR.IZQ. CON (22.6)(24.9)(27.2)(31.7) | 68.437" | 68.062" |
| 6) ACTUAL DEFLEXION (5 MINUS 4) DEFLEXION MAXIMA (5 MENOS 4) | 2.500" | 2.062" |
| ALLOWABLE ACTUAL DEFLEXION LOADED RAIL MAX. DEF. PERMISIBLE EN LARGUERO CARGADO | 4.5" | 4.5" |
| ALLOWABLE TWIST ANGLE "A" ANG. DE TORSION "A" PERMITIDA | DEGREE GRADOS 4.3° | SIN A SEN A 0.07498 |

$$\text{SIN "A"} = \frac{\text{DIFF. IN DEFLEXION}}{\text{OUTSIDE WIDTH OF LADDER}} = \frac{\text{"A" - "B"}}{\text{OUTSIDE WIDTH}}$$

DIF. EN DEFLEXION / ANCHO EXT. DE LA ESC = ANCHO EXTERIOR

$$\text{SEN } A = \frac{2.500" - 2.062"}{16.937"} = \frac{0.438"}{16.937"} = 0.0267 = 1.32°$$

| | BASE | FLY |
|---|---|---|
| **II. SIDE SWAY TEST:** **PANDEO LATERAL:** | | |
| 1) DISTANCE FROM REF. AFTER 30 LB PRELOAD ALT. DE REF. DESPUES DE 13.6 KG. PRECARGA | 87.187" | 87" |
| 2) DISTANCE FROM REF. WITH (50)(55)(60)(70) LB ALT. DE REEF CON (22.6)(24.9)(27.2)(31.7) | 87.875" | 87.687" |
| 3) MAXIMUM DEFLEXION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | 0.688" | 0.687" |
| 4) ALLOWABLE MAXIMUM DEFLEXION MAXIMA DEFLEXION PERMITIDA | 1.24" | 1.24" |
| 5) DISTANCE FROM REF. W/O WEIGHT DISTANCIA DE REF. SIN CARGA | 87.187" | 87.062" |
| 6) PERMANENT SET (5 MINUS 1) DEF. OBTENIDA. | 0 | 0.062" |
| 7) ALLOWABLE SET. DEF. PERMITIDA | 0.156" | |

IF THE CROSS SECTION OF THE BASE AND FLY SECTIONS ARE DIFFERENT, BOTH SECTIONS ARE TO BE TESTED.
SI LA SECCION BASE ES DIFERENTE DE LA SECCION MOVIL, AMBAS SECCIONES DEBERAN SER PROBADAS.

FO-10-025

# ESCALERAS S. DE R. L. DE C.V.
## EXTENSION LADDER TEST SHEET

| DEPARMENT: | CALIDAD Y NORMAS | DATE | 2 - JUNIO - 99 | | |
|---|---|---|---|---|---|
| INSPECTED BY | D. LOZANO J | SHEET | 3 | OF | 5 |
| LADDER MODEL | 405 | LENGTH 28' | DUTY RATING 225 lb | TYPE | II |
| OVER LAP | 3' | EFECTIVE LENGTH 25' | | OUTSIDE WIDTH | 19.937" |
| DESCRIPTION | ESC. EXTENSION AL. | MANUF. DATE: | MAY - 99 | | |

|  |  | "B" RIGHT RAIL | "A" LEFT RAIL |
|---|---|---|---|
| III.- | HORIZONTAL BENDING TEST PRUEBA DE FLEXION: | | |
| 1) | UNLOADED HEIGHT FROM REF. AFTER (150) (169) (188) (225) LB ALT DE REF.DESPUES DE LA PRECARGA DE (68.0) (76.5) (85.2) (102.0) KG. | 66.187" | 66.125" |
| 2) | DISTANCE FROM REF. WITH (200) (225) (250) (300) LB ALT. DE REF. CON (90.7) (102.0) (113.6) (136) KG. | 75.687" | 75.625" |
| 3) | MAXIMUM DEFLEXION (2 MINUS 1) DEFLEXION MAXIMA  (2 MENOS 1) | 9.500" | 9.500" |
| 4) | MAXIMUM AVERAGE DEFLEXION DEFLEXION MAXIMA PROMEDIO | 9.500" | |
| 5) | MAXIMUM DEFLEXION ALLOWALBE DEFLEXION MAXIMA PERMISIBLE | 16.4" | |

*OK*

IV.-   ULTIMATE LOAD TEST
       PRUEBA DE CARGA ULTIMA:
       (250) (280) (310) (375) LB APPLIED
       (113.4) (127.0) (140.6) (170.1) KG. APLICADOS

| TEST LOAD No. 1 CARGA POS. No. 1  *OK* | TEST LOAD NO. 2 CARGA POS. No.2  *OK* | TEST LOAD No. 3 CARGA POS. No. 3  *OK* |
|---|---|---|



V.- INCLINE LOAD TEST:
    PRUEBA DE CARGA INCLINADA:
    (800) (900) (1000) (1000) LB. LOAD APPLIED TO FIRST RUNG ABOVE OVERLAP ON A FULLY EXTENDED LADDER.
    (362.8) (408.2) (453.6) (453.6) KG. APLICADOS AL PRIMER PELDAÑO SOBRE EL TRASLAPE DE UNA ESCALERA EXTENDIDA COMPLETAMENTE.

       RESULTS:
       RESULTADOS:          *OK*

VI.- COLUMN AND HARDWARE LOAD TEST :
     COLUMNA Y HERRAJES:
     (800) (800) (1000) (1200) LB.  LOAD APPLIED TO FIRST RUNG ABOVE OVERLAP.
     (362.8) 408.2) (453.6) (544.3) KG. APLICADOS AL 1ER. PELD. SOBRE EL TRASLAPE.
       RESULTS:
       RESULTADOS:          *OK*

FO-10-021

# ESCALERAS S. DE R. L. DE C.V.
# EXTENSION LADDER TEST SHEET

*Escaleras*

| DEPARMENT: | CALIDAD Y NORMAS | | DATE | *2 JULIO - 99* | |
|---|---|---|---|---|---|
| INSPECTED BY | *P. LOZANO I* | | SHEET | 4 | OF 5 |
| LADDER MODEL | *405* | LENGTH *26'* | DUTY RATING *225/6* | TYPE | *II* |
| OVER LAP | *3'* | EFECTIVE LENGTH *25'* | | OUTSIDE WIDTH | *16.977"* |
| DESCRIPTION | *ESC. EXTENSION AL.* | | MANUF. DATE: | *MAY-99* | |

**VII.- SINGLE LOCK LOAD TEST :**
   **PRUEBA DE TRAMPA SIMPLE:**

(800) (900) (1000) (1000) LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERLAP
(362.8) (408) (453.6) KG. APLICADA AL 1er. PELD. SOBRE TRASLAPE.

                              RIGHT RUNG
          RESULTS :           SET PELD. DER.        *OK*

          RESULTADOS:         LEFT RUNG SET
                              PELD. IZQ.            *OK*

**VIII.- LOCK TIP LOAD TEST**
   **LADEO DE TRAMPA**

(800) (900) (1000) (1200) LB LOAD APLIED TO THE FIRST RUNG ABOVE OVERLAP.
(362.8) (408.2) (453.6) (544,3) KG. APLICADOS AL PRIMER PELDAÑO SIN TRASLAPE

     RESULTS:
     RESULTADO:        *OK*

**IX.- RUNG LOCK CYCLING TEST:**
   **PRUEBA DE CICLAJE**

   MINIMUM 6,000 CYCLES              RESULTS:        *OK*
   MINIMO 6,000 CICLOS              RESULTADOS:

**X.     RUNG BENDIDNG STRENGTH TEST:**
   **FLEXION DE PELDAÑO:**

(800) (850) (900) (1000) LB APPLIED TO RUNG.
(362.8) (385.5) (408.2) (453.6) KG. APLICADOS AL
PELDAÑO

                         MAXIMUM DEFLEXION
                         DEFLEXION MAXIMA        *OK*          *0.042"*
     RESULTS:

                         MAXIMUM ALLOWABLE PERMANENT DEFORMATION   *0.219"*
                         MAXIMA DEFORMACION PERMANENTE PERMITIDA

   L/100    (L/75)    L/50    L/25        RUNG LENGTH    *16.437"*

**I.- RUNG TO SIDE RAIL SHEAR STRENGTH TEST:**
   **CORTE DE PELDAÑO:**

     RESULTS:
     RESULTADOS:        *OK*

**II.- RUNG TORQUE TEST:**
   **TORQUE DE PELDAÑO:**

600 IN. LB CLOCKWISE AND COUNTERCLOCKWISE IN 300 IN. LB. INCREMENTS FOR 10 CYCLES:

          *OK*

*Escaleras*

# ESCALERAS S. DE R. L. DE C.V.
# EXTENSION LADDER TEST SHEET

| | | | |
|---|---|---|---|
| DEPARMENT: | CALIDAD Y NORMAS | DATE | 2 - JUNIO - 99 |
| INSPECTED BY | D. LOZANO I. | SHEET | 5 OF 5 |
| LADDER MODEL | YAS | LENGTH 25' | DUTY RATING 225 lb  TYPE II |
| OVER LAP | 3' | EFECTIVE LENGTH 25' | OUTSIDE WIDTH 16.933" |
| DESCRIPTION | ESC. EXTENSION ALUM. | MANUF. DATE: | Mayo - 99 |

**XIII.- SIDE RAIL CANTILEVER TEST     CANTILIVER:**

1) DISTANCE BETWEEN RAILS BEFORE LOADING
   DISTANCIA ENTRE LAR. ANTES DE LA CARGA        OK        15"

2) (200) (300) (400) (500) LB APPLIED TO BOTTOM OF UPPER RAILS
   (90.7) (136) (181.4) (226.8) KG. APLICADA AL LAR. SUP.        14.812"

3) DISTANCE BETWEEN RAILS AFTER LOADING UPPER RAILS.
   DISTANCIA ENTRE LAR. DESPUES DE CARGAR EL LAR. SUP.        15'

4) (200) (300) (400) (500) LB APPLIED TO BOTTOM OF LOWER RAILS
   (90.7) (136) (181.4) (226.8) KG. APLICADA AL LAR. INF.        15.187"

5) DISTANCE BETWEEN RAILS AFTER LOADING LOWER RAILS.
   DIST. ENTRE LAR. DESPUES DE APLICAR CARGA AL LAR. INF.        15"

                    (3 - 1)     UPPER RAIL SET
                                DEF. PERMANENTE        0
   ALLOWABLE SET    ¼    (5 - 3)     LOWER RAIL SET
   TOLERANCIA PERMITIDA              DEF. PERMANENTE        0

**XIV.- SIDE RAIL CANTILEVER DROP TEST:** INITIAL SET 15"   RESULT:
     CAIDA LIBRE:                        FINAL SET 15"   RESULTADO: OK

| **XV.- LADDER SECTION TWIST TEST** | | PRELOAD PRECARGA | CARGA LOAD |
|---|---|---|---|
| TORSION A UNA SECCION: | | | |
| 600 IN. LB PRELOAD (PRECARGA) | TWIST ANGLE | | |
| 1200 IN. LB CLOCKWISE | ANGULO DE TORSION | 3° | 6° |
| 600 IN. LB PRELOAD (PRECARGA) | TWIST ANGLE | | |
| 1200 IN. LB COUNTERCLOCKWISE | ANGULO DE TORSION | 3° | 6° |

                    ALLOWANCE TWIST ANGLE (22) (20) (18) (14) DEGREE
                    TOL. DE TORSION       (22) (20) (18) (14) GRADOS
                    RESULTS:
                    RESULTADOS:        OK

**XVI.- FOOT SLIP TEST:**
     DESLIZAMIENTO DE TACONES:

(200) (225) (250) (300) LB LOAD APPLIED TO THIRD HIGHEST FLY RUNG OF A FULLY EXTENDED LADDER, 50 LB HORIZONTAL PULL, 1 IN. ABOVE SURFACE.

(90.7) (102.2) (113.4) (136.0) KG. CON CARGA APLICADA AL TERCER PELDAÑO MAS ALTO CON LA ESCALERA COMPLETAMENTE EXTENDIDA, Y ESTIRANDOLA CON UNA CARGA DE 22.7 KG. A UNA ALTURA DE 1 PULG.

             AMOUNT OF MOVEMENT (MOVIMIENTO)        N/A
             ALLOWABLE SLIP (TOLERANCIA)    1/4

| **II.- MULTISECTION EXTENSION TEST:** | TEST 1 PRUEBA 1 | TEST 2 PRUEBA 2 | TEST 3 PRUEBA 3 | AVERAGE PROMEDIO |
|---|---|---|---|---|
| EXTENSION DE UNA MULTISECCION: | | | | |
| FORCE TO EXTEND LADDER ONE RUNG FUERZA PARA EXTENDER UN PELDAÑO | 13.4 Kg. | 13.4 Kg. | 13.4 Kg. | 13.4 Kg. |
| WEIGHT OF FLY SECTION PESO DE LA SECCION MOVIL  OK | | | | 10.9 Kg. |

             MAXIMUM ALLOWABLE FORCE = 2X WEIGHT OF FLY
             MAXIMA FUERZA APLICABLE = 2X PESO DE LA SECCION

FO-10-021

# CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL     DATE 30-011-93
INSPECTED BY S.O-Z. J.A.S     SHEET_____1_____OF____5____
LADDER MODEL S-405   LENGTH  28'  DUTY RATING 225Lbs TYPE II
OVERLAP   3'     EFECTIVE LENGTH  25'   OUTSIDE WIDTH  17"
DESCRIPTION  Esc. de Extencion     MANUF. DATE: Julio.93
                        Muestra U.L

---

CONSTRUCTION DETAILS:
DETALLES DE CONSTRUCCION:

MARKING:
MARCADO O ETIQUETADO:

ANSI USE INSTRUCTIONS                          ( ✓)YES  ( )NO
INSTRUCTIVO DE USO ANSI

   LOCATION                 5'   1.5 uds
   LOCALIZACION

SEPARATION CAUTION MARKING                     ( ✓)YES  ( )NO
MARCA DE PRECAUCION AL SEPARAR SECC.

   IF NO, ARE STOPS PROVIDED?                  ( ✓)YES  ( )NO
   SI NO, ESTA PROVISTA DE TOPES?

   OR DOES FLY SECTION HAVE ALL RUNGS?         ( ✓)YES  ( )NO
   O TIENE LA SECC. MOVIL TODOS LOS PELDANOS?

   EFFECTIVE WORKING LENGTH                     ( ✓)YES  ( )NO
   LONG. EFECTIVA DE TRABAJO

   DUTY RATING                                 ( ✓)YES  ( )NO
   INDICA CARGA DE TRABAJO

RUNG SPACING            12"        MANUF.DATE CODE   ( ✓)YES  ( )NO
ESPACIO ENTRE PELD.                FECHA DE FABN.

MANUF. ID LOCATION CODE      ( ✓)YES  ( )NO
LOCALIZACION DEL FABRICANTE

MINIMUM CLEAR WIDTH            14.250"   PULLEY DIAMETER      1.455"
ANCHO MINIMO (SECC. MOVIL)               DIAM. DE POLEA

SINGLE SECTION LENGTH         168"      BASE SECTION END CAPS   Si
LONG. SECCION RECTA                      TAPAS EN SECC. BASE

ROPE DIAMETER                 .310"
DIAM. DE CORDON

### RUNG AND RAIL DIMENSIONS,
### DIMENSIONES DE LARGUERO Y PELDANO:

| | RUNG | RAIL 10 42 |
|---|---|---|
| FLANGE WIDTH / ANCHO DEL PATIN | | .950" |
| FLANGE THICKNESS / ESPESOR DE PATIN | | .088" |
| WEB HEIGHT / ESPESOR DEL ALMA | | 3" |
| WEB THICKNESS / ESPESOR DEL ALMA | .053"-.054" | .077" |
| ALLOY / ALEACION | 6063-T6 | 6105-T6 |
| HARDNESS / DUREZA | 13° wr | 16° wr |

COMMENTS:
COMENTARIOS: _____

# CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

**CUPRUM**

| | |
|---|---|
| DEPARTMENT: QUALITY CONTROL | DATE 30 - 011 - 93 |
| INSPECTED BY G.T.T. - J.L.S. | SHEET 2 OF 5 |
| LADDER MODEL 6-405   LENGTH 28 | DUTY RATING 225 LBS TYPE II |
| OVERLAP 3'   EFFECTIVE LENGTH 25' | OUTSIDE WIDTH 17" |
| DESCRIPTION Esc. de Extension | MANUF. DATE: 011-93 |

**1.- DEFLEXION TEST:**
PRUEBA DE DEFLEXION:

| | "A" LOADED RAIL LAR. CARGADO | "B" UNLOADED RAIL LAR. DESCARGADO |
|---|---|---|
| 1) UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD RIGHT RAIL. ALT. EN LAR. DER. S/CARGA DESPUES DE LA PRECARGA DE 13.6 KG. | 65.812" | 65.500" |
| 2) WITH (50)(55)(60)(70)LB RIGHT RAIL. LAR. DER CON (22.6)(24.9)(27.2)(31.7) | 68.312" | 67.625" |
| 3) ACTUAL DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | 2.5" | 2.125" |
| 4) UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD LEFT RAIL ALT. DE LAR. 120. S/CARGA DESPUES DE LA PRECARGA DE 13.6 KG. | 65.500" | 65.875" |
| 5) WITH (50)(55)(60)(70)LB LEFT RAIL. LAR. 120. CON (22.6)(24.9)(27.2)(31.7) | 68" | 68" |
| 6) ACTUAL DEFLECTION (5 MINUS 4) DEFLEXION MAXIMA (5 MENOS 4) | 2.5" | 2.125" |

ALLOWABLE ACTUAL DEFLECTION LOADED RAIL
MAX. DEF. PERMISIBLE EN LARGUERO CARGADO   4.5

ALLOWABLE TWIST ANGLE "A"
ANG. DE TORSION "A" PERMITIDA   DEGREE GRADOS   4.3°   SIN A / SEN A   0.67498

$$SIN\ "A" = \frac{DIFF.\ IN\ DEFLECTION}{OUTSIDE\ WIDTH\ OF\ LADDER} = \frac{"A" - "B"}{OUTSIDE\ WIDTH}$$
DIF. EN DEFLEXION / ANCHO EXT. DE LA ESC. = / ANCHO EXTERIOR

.375 = .02205
17

**II.- SIDE SWAY TEST:**
PANDEO LATERAL:

| | BASE | FLY |
|---|---|---|
| 1) DISTANCE FROM REF. AFTER 30 LB PRELOAD ALT. DE REF. DESPUES DE 13.6 KG. PRECARGA | 87.125" | 86.937" |
| 2) DISTANCE FROM REF. WITH (50)(55)(60)(70)LB ALT. DE REF. CON (22.6)(24.9)(27.2)(31.7) | 88" | 87.812" |
| 3) MAXIMUM DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | .875" | .875" |
| 4) ALLOWABLE MAXIMUM DEFLECTION MAXIMA DEFLEXION PERMITIDA | 1.240" | 1.240" |
| 5) DISTANCE FROM REF. W/O WEIGHT DISTANCIA DE REF. SIN CARGA | 87.125" | 87" |
| 6) PERMANENT SET (5 MINUS 1) DEF. OBTENIDA. | — 0 — | .063" |
| 7) ALLOWABLE SET. DEF. PERMITIDA | | .156" |

IF THE CROSS SECTION OF THE BASE AND FLY SECTIONS ARE DIFFERENT,
BOTH SECTIONS ARE TO BE TESTED.
SI LA SECCION BASE ES DIFERENTE DE LA SECCION MOVIL, AMBAS SECCIONES
DEBERAN SER PROBADAS.

CUPRUM S.A. DE C.V.

**CUPRUM**

## EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL          DATE 30 - VII - 93
INSPECTED BY GUZ + JAS      SHEET ___3___ OF ___5___
LADDER MODEL G-405   LENGTH 28'   DUTY RATING 225 <3> TYPE II
OVERLAP 3'      EFFECTIVE LENGTH 25'   OUTSIDE WIDTH 17"
DESCRIPTION Esc. de Extension   MANUF. DATE: VII-93

| | | "B" RIGHT RAIL | "A" LEFT RAIL |
|---|---|---|---|
| III.- | HORIZONTAL BENDING TEST: PRUEBA DE FLEXION: | | |
| 1) | UNLOADED HEIGHT FROM REF. AFTER (150) (169) (188) (225)LB ALT.DE REF. DESPUES DE LA PRECARGA DE (68.0)(76.6)(85.2)(102.0) KG. | 65.625" | 65.562" |
| 2) | DISTANCE FROM REF. WITH (200) (225) (250) (300) LB ALT.DE REF. CON (90.7)(102.0)(113.6)(136) KG. | 75.562" | 75.312" |
| 3) | MAXIMUM DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | 9.937" | 9.750" |
| 4) | MAXIMUM AVERAGE DEFLECTION DEFLEXION MAXIMA PROMEDIO | 9.843" | |
| 5) | MAXIMUM DEFLECTION ALLOWABLE DEFLEXION MAXIMA PERMISIBLE | 16.400" | |

IV.-  ULTIMATE LOAD TEST: PRUEBA DE CARGA ULTIMA:

(250) (280) (310) (375) LB APPLIED
(113.4)(127.0)(140.6)(170.1)KG. APLICADOS

TEST LOAD No.1  OK    TEST LOAD No.2  OK    TEST LOAD No.3  OK
CARGA POS.No.1        CARGA POS.No.2        CARGA POS.No.3



V.-   INCLINE LOAD TEST: PRUEBA DE CARGA INCLINADA:

(800)(900)(1000)(1000)LB.LOAD APPLIED TO FIRST RUNG ABOVE OVERLAP ON A
FULLY EXTENDED LADDER.
(362.8) (408.2) (453.6) (453.6)KG. APLICADOS AL PRIMER PELDANO SOBRE EL
TRASLAPE DE UNA ESCALERA EXTENDIDA COMPLETAMENTE.

RESULTS:
RESULTADOS:    OK

VI.-  COLUMN AND HARDWARE LOAD TEST: COLUMNA Y HERRAJES:

(800) (900) (1000) (1200)LB.LOAD APPLIED TO FIRST RUNG ABOVE OVERLAP.
(362.8)(408.2)(453.6)(544.3)KG. APLICADOS AL 1er.PELD. SOBRE EL TRASLAPE

RESULTS:
RESULTADOS:    OK

10 279

# CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL    DATE 30 = Julio -93
INSPECTED BY: G.U.Z. JAS    SHEET 4 OF 5
LADDER MODEL 6-405   LENGTH 28   DUTY RATING 200 SS TYPE II
OVERLAP 2'   EFFECTIVE LENGTH 25'    OUTSIDE WIDTH 13"
DESCRIPTION Esc. de Extencion MANUF. DATE: Julio 93

**VII.- SINGLE LOCK LOAD TEST:**
**PRUEBA DE TRAMPA SIMPLE:**

(800)(900)(1000)(1000)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERLAP.
(362.8)(408.)(453.6)(453.6)KG. APLICADA AL 1er.PELD. SOBRE TRASLAPE

RESULTS;    RIGHT RUNG SET
RESULTADO:    PELD. DER.    OK

LEFT RUNG SET
PELD IZQ.    OK

**VIII.- LOCK TIP LOAD TEST**
**LADEO DE TRAMPA**

(800)(900)(1000)(1200)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERLAP
(362.8)(408.2)(453.6)(544.3)KG. APLICADOS AL 1er. PELD. S/TRASLAP

RESULTS:
RESULTADO:

**IX.- RUNG LOCK CYCLING TEST:**
**PRUEBA DE CICLAJE:**

MINIMUM 6,000 CYCLES    RESULTS:    OK
MINIMO 6,000 CICLOS    RESULTADO:

**X.- RUNG BENDING STRENGHT TEST:**
**FLEXION DE PELDANO:**

(800) (850) (900) (1000) LB APPLIED TO RUNG.
(362.8)(385.5)(408.2)(453.6)KG. APLICADOS AL PELDANO

RESULTS:    MAXIMUM DEFLECTION    .175"
DEFLEXION MAXIMA

MAXIMUM ALLOWABLE PERMANENT DEFORMATION    .220"
MAXIMA DEFORMACION PERMANENTE PERMITIDA

L/100    L/75    L/50    L/25    RUNG LENGTH 16.500
O.K.

**I.- RUNG TO SIDE RAIL SHEAR STRENGTH TEST:**
**CORTE DE PELDANO:**

RESULTS:    OK
RESULTADOS:

**II.- RUNG TORQUE TEST:**
**TORQUE DE PELDANO:**

600 IN. LB CLOCKWISE AND COUNTERCLOCKWISE IN 300 IN. LB. INCREMENTS
FOR 10 CYCLES:    OK

**10 280**

**CUPRUM**

## EXTENSION LADDER TEST SHEET

DEPARMENT: __QUALITY CONTROL__　　　　DATE __3 - VIII - 93__

INSPECTED BY. __JAS. - GOZ__　　SHEET __5__ OF __5__

LADDER MODEL __G-405__ LENGTH __28'__ DUTY RATING __225 Ces__ TYPE __II__

OVERLAP __3'__　　EFFECTIVE LENGTH __25'__　　OUTSIDE WIDTH __17"__

DESCRIPTION __Esc. de Extencion__　　MANUF. DATE: __Julio 93__

---

**XIII.- SIDE RAIL CANTILEVER TEST:**
CANTILEVER:

1) DISTANCE BETWEEN RAILS BEFORE LOADING
DIST. ENTRE LAR. ANTES DE LA CARGA　　　　__16.937"__

2) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF UPPER RAILS
(90.7)(136)(181.4)(226.8) KG. APLICADA AL LAR. SUP.　__16.750"__

3) DISTANCE BETWEEN RAILS AFTER LOADING UPPER RAILS.
DISTANCIA ENTRE LAR. DESPUES DE CARGAR EL LAR. SUP.　__16.937"__

4) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF LOWER RAILS
(90.7)(136)(181.4)(226.8) KG. APLICADA AL LAR. INF.　__17"__

5) DISTANCE BETWEEN RAILS AFTER LOADING LOWER RAILS. INF.　__16.937"__
DIST. ENTRE LAR. DESPUES DE APLICAR CARGA AL LAR. INF.

ALLOWABLE SET 1/4　　(5 - 1)　　UPPER RAIL SET
TOL. PERMITIDA　　　　(5 - 3)　　DEF. PERMANENTE　　— 0 —

LOWER RAIL SET
DEF. PERMANENTE　　— 0 —

**XIV.-** SIDE RAIL CANTILEVER DROP TEST: INITIAL SET __16.937"__ RESULT:
CAIDA LIBRE:　　　　　　　FINAL SET __16.93"__ RESULTADO: OK

**XV.-** LADDER SECTION TWIST TEST:
TORSION A UNA SECCION:

| | PRELOAD PRECARGA | LOAD CARGA |
|---|---|---|
| 600 IN. LB PRELOAD (PRECARGA) 1200 IN. LB CLOCKWISE　THIST ANGLE ANGULO DE TORSION | 2° | 5° |
| 600 IN. LB PRELOAD (PRECARGA) 1200 IN. LB COUNTERCLOCKWISE　THIST ANGLE ANGULO DE TORSION | 5° | 10° |

ALLOWABLE TWIST ANGLE (22) (20) (18) (14) DEGREE
TOL. DE TORSION　(22) (20) (18) (14) GRADOS

RESULTS:
RESULTADO: OK

**XVI.-** FOOT SLIP TEST:
DESLIZAMIENTO DE TACONES:

(200)(225)(250)　(300)LB LOAD APPLIED TO THIRD HIGHEST FLY RUNG OF
A FULLY EXTENDED LADDER, 50 LB HORIZONTAL PULL,1 IN. ABOVE SURFACE.

(90.7) (102.2) (113.4)(136.0)KG. CON CARGA APLICADA AL TERCER PELDANO
MAS ALTO CON LA ESCALERA COMPLETAMENTE EXTENDIDA,Y ESTIRANDOLA CON
UNA CARGA DE 22.7 KG. A UNA ALTURA DE 1 PULG.

AMOUNT OF MOVEMENT(MOVIMIENTO)
ALLOWABLE SLIP (TOLERANCIA):　　OK

**XVII.-** MULTISECTION EXTENSION TEST:　　TEST 1 TEST 2 TEST 3 AVERAGE
EXTENSION DE UNA MULTISECCION:　　PRUEBA1 PRUEBA2 PRUEBA3 PROMEDIO

FORCE TO EXTEND LADDER ONE RUNG
FUERZA PARA EXTENDER UN PELDANO　　__13 Kgs. 13Kg. 14Kgs. 13.5kgs__

WEIGHT OF FLY SECTION
PESO DE LA SECCION MOVIL　　　　__9.8 Kgs. Peso Teorico__

MAXIMUM ALLOWABLE FORCE ≡ 2X WEIGHT OF FLY
MAXIMA FUERZA APLICABLE ≡ 2X PESO DE LA SECCION MOVIL　　**10 281**

**CUPRUM S.A. DE C.V.**

## EXTENSION LADDER TEST SHEET

| | |
|---|---|
| DEPARMENT: QUALITY CONTROL | DATE 17- Mayo - 94 |
| INSPECTED BY: Gilberto Hdz | SHEET 1 OF 5 |
| LADDER MODEL: 6-405  LENGTH 28' | DUTY RATING 225 lbs TYPE II |
| OVERLAP 3' | EFECTIVE LENGTH 25'  OUTSIDE WIDTH 17'' |
| DESCRIPTION Esc. de Extension | MANUF. DATE: 16-Abril-94 |

CONSTRUCTION DETAILS:
DETALLES DE CONSTRUCCION:

MARKING:
MARCADO O ETIQUETADO:

ANSI USE INSTRUCTIONS
INSTRUCTIVO DE USO ANSI                          ( ✓ )YES  ( )NO

    LOCATION
    LOCALIZACION          1.8 mts

SEPARATION CAUTION MARKING
MARCA DE PRECAUCION AL SEPARAR SECC.            ( ✓ )YES  ( )NO

    IF NO, ARE STOPS PROVIDED?
    SI NO, ESTA PROVISTA DE TOPES?               ( ✓ )YES  ( )NO

    OR DOES FLY SECTION HAVE ALL RUNGS?
    O TIENE LA SECC. MOVIL TODOS LOS PELDANOS?   ( ✓ )YES  ( )NO

    EFFECTIVE WORKING LENGTH
    LONG. EFECTIVA DE TRABAJO                     ( ✓ )YES  ( )NO

    DUTY RATING
    INDICA CARGA DE TRABAJO                       ( ✓ )YES  ( )NO

RUNG SPACING                    MANUF.DATE CODE   ( ✓ )YES  ( )NO
ESPACIO ENTRE PELD. 12''        FECHA DE FABN.

MANUF. ID LOCATION CODE   ( ✓ )YES  ( )NO
LOCALIZACION DEL FABRICANTE

MINIMUM CLEAR WIDTH
ANCHO MINIMO (SECC. MOVIL) 14.250''    PULLEY DIAMETER
                                       DIAM. DE POLEA          1.410''

SINGLE SECTION LENGTH
LONG. SECCION RECTA  168.375''         BASE SECTION END CAPS
                                       TAPAS EN SECC. BASE     OK

ROPE DIAMETER
DIAM. DE CORDON  .325''

RUNG AND RAIL DIMENSIONS:
DIMENSIONES DE LARGUERO Y PELDANO:

| | RUNG 1186 | RAIL 1042 |
|---|---|---|
| FLANGE WIDTH<br>ANCHO DEL PATIN | | |
| FLANGE THICKNESS<br>ESPESOR DE PATIN | | .087'' |
| WEB HEIGHT<br>ESPESOR DEL ALMA | | |
| WEB THICKNESS<br>ESPESOR DEL ALMA | | .077'' |
| ALLOY<br>ALEACION | | 6105 t5 |
| HARDNESS<br>DUREZA | | 16° we |

COMMENTS:
COMENTARIOS: Dibujo de Peldaño Anexo

10 282

## CUPRUM S.A. DE C.V.

**.CUPRUM**

## EXTENSION LADDER TEST SHEET

| | |
|---|---|
| DEPTARMENT: QUALITY CONTROL | DATE 17- Mayo- 94 |
| INSPECTED BY. Gilberto Hdz. | SHEET 2 OF 5 |
| LADDER MODEL G-405 LENGTH 28' | DUTY RATING 225 LBS TYPE II |
| OVERLAP 3 EFFECTIVE LENGTH 25' | OUTSIDE WIDTH 17" |
| DESCRIPTION Esc. de Extension | MANUF.. DATE: 16-Abr.- |

---

**I.- DEFLEXION TEST:**
**PRUEBA DE DEFLEXION:**

| | "A" LOADED RAIL LAR.CARGADO | "B" UNLOADED RAIL LAR.DESCARGADO |
|---|---|---|
| 1) UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD RIGHT RAIL ALT EN LAR. DER. S/CARGA DESPUES DE LA PRECARGA DE 13.6 KG. | 66.437" | 66.437" |
| 2) WITH (50)(55)(60)(70)LB RIGHT RAIL LAR. DER CON (22.6)(24.9)(27.2)(31.7) | 68.750" | 68.375" |
| 3) ACTUAL DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | 2.313" | 1.938" |
| 4) UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD LEFT RAIL ALT. DE LAR. IZQ. S/CARGA DESPUES DE LA PRECARGA DE 13.6 KG. | 66.437" | 66.500" |
| 5) WITH (50)(55)(60)(70)LB LEFT RAIL LAR. IZQ. CON (22.6)(24.9)(27.2)(31.7) | 68.687" | 68.437" |
| 6) ACTUAL DEFLECTION (5 MINUS 4) DEFLEXION MAXIMA (5 MENOS 4) | 2.250" | 1.937" |

ALLOWABLE ACTUAL DEFLECTION LOADED RAIL
MAX. DEF. PERMISIBLE EN LARGUERO CARGADO 4.5"

ALLOWABLE TWIST ANGLE "A"
ANG. DE TORSION "A" PERMITIDA   DEGREE 4.30" SIN A 0.07498
                                       GRADOS          SEN A

$$SIN\ "A" = \frac{DIFF.\ IN\ DEFLECTION\ /\ DIF.\ EN\ DEFLEXION}{OUTSIDE\ WIDTH\ OF\ LADDER\ /\ ANCHO\ EXT.\ DE\ LA\ ESC.} = \frac{"A" - "B"}{OUTSIDE\ WIDTH\ /\ ANCHO\ EXTERIOR}$$

---

**II.-SIDE SWAY TEST:**
**PANDEO LATERAL:**

| | BASE | FLY |
|---|---|---|
| 1) DISTANCE FROM REF. AFTER 30 LB PRELOAD ALT. DE REF. DESPUES DE 13.6 KG.PRECARGA | 86.937" | 86.875" |
| 2) DISTANCE FROM REF. WITH (50)(55)(60)(70)LB ALT. DE REF. CON (22.6)(24.9)(27.2)(31.7) | 87.750" | 87.562" |
| 3) MAXIMUM DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | .813" | .687" |
| 4) ALLOWABLE MAXIMUM DEFLECTION MAXIMA DEFLEXION PERMITIDA | 1.24" | 1.24" |
| 5) DISTANCE FROM REF. W/O WEIGHT DISTANCIA DE REF. SIN CARGA | 87" | 86.906" |
| 6) PERMANENT SET (5 MINUS 1) DEF. OBTENIDA. | .062" | .031" |
| 7) ALLOWABLE SET. DEF. PERMITIDA. | .156" | |

IF THE CROSS SECTION OF THE BASE AND FLY SECTIONS ARE DIFFERENT,
BOTH SECTIONS ARE TO BE TESTED.
SI LA SECCION BASE ES DIFERENTE DE LA SECCION MOVIL, AMBAS SECCIONES
DEBERAN SER PROBADAS.

OK

LOU LADDER                    Fax:5026361014        Dec  1 2003  13:56    P.09
Case 1:00-cv-00901-SAS    Document 48-2    Filed 12/01/2003    Page 57 of 90

CUPRUM S.A. DE C.V.

CUPRUM

# EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL          DATE 17-Mayo-94
INSPECTED BY. Gilberto Hdz. J.      SHEET _____ 3 __ OF __ 5
LADDER MODEL G-405-  LENGTH 28      DUTY RATING 225 Los TYPE II
OVERLAP 3'  EFFECTIVE LENGTH 25     OUTSIDE WIDTH 17"
DESCRIPTION Esc. de Extension       MANUF. DATE: 16-Abril-94

| III.- HORIZONTAL BENDING TEST: PRUEBA DE FLEXION: | "B" RIGHT RAIL | "A" LEFT RAIL |
|---|---|---|
| 1) UNLOADED HEIGHT FROM REF. AFTER (150)(169)(188)(225)LB ALT.DE REF. DESPUES DE LA PRECARGA DE (68.0)(76.6)(85.2)(102.0) KG. | 66.562" | 66.500" |
| 2) DISTANCE FROM REF. WITH (200)(225)(250)(300) LB ALT. DE REF. CON (90.7)(102.0)(113.6)(136) KG. | 76.500" | 76.375" |
| 3) MAXIMUM DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | 9.938" | 9.875" |
| 4) MAXIMUM AVERAGE DEFLECTION DEFLEXION MAXIMA PROMEDIO | 9.906" | |
| 5) MAXIMUM DEFLECTION ALLOWABLE DEFLEXION MAXIMA PERMISIBLE | 16.4" | OK |

IV.- ULTIMATE LOAD TEST:
PRUEBA DE CARGA ULTIMA:

(250)(280)(310)(375) LB APPLIED
(113.4)(127.0)(140.6)(170.1)KG. APLICADOS
TEST LOAD No.1  OK  TEST LOAD No.2 OK  TEST LOAD No.3 OK
CARGA POS.No.1      CARGA POS.No.2      CARGA POS.No.3



V.- INCLINE LOAD TEST:
PRUEBA DE CARGA INCLINADA:

(800)(900)(1000)(1000)LB.LOAD APPLIED TO FIRST RUNG ABOVE OVERLAP ON A
FULLY EXTENDED LADDER.
(362.8)(408.2)(453.6)(453.6)KG. APLICADOS AL PRIMER PELDANO SOBRE EL
TRASLAPE DE UNA ESCALERA EXTENDIDA COMPLETAMENTE.

RESULTS:
RESULTADOS: OK

VI.- COLUMN AND HARDWARE LOAD TEST:
COLUMNA Y HERRAJES:

(800)(900)(1000)(1200)LB.LOAD APPLIED TO FIRST RUNG ABOVE OVERLAP.
(362.8)(408.2)(453.6)(544.3)KG. APLICADOS AL 1er.PELD. SOBRE EL TRASLAPE

RESULTS:
RESULTADOS: OK

10 284

# CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

**DEPARMENT:** QUALITY CONTROL    **DATE** 17 - Mayo - 94
**INSPECTED BY** Ricardo Hoz    **SHEET** 4 **OF** 5
**LADDER MODEL** G-405   **LENGTH** 28'   **DUTY RATING** 225 LBS **TYPE** II
**OVERLAP** 3'   **EFFECTIVE LENGTH** 25'   **OUTSIDE WIDTH** 17"
**DESCRIPTION** Esc. de Extension    **MANUF. DATE:** 16- Abril - 94

---

**VII.- SINGLE LOCK LOAD TEST:**
**PRUEBA DE TRAMPA SIMPLE:**

(800)(900)(1000)(1000)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERLAP.
(362.8)(408.)(453.6)(453.6)KG. APLICADA AL 1er. PELD. SOBRE TRASLAPE

RESULTS:    RIGHT RUNG SET
RESULTADO:   PELD. DER.    OK

           LEFT RUNG SET
           PELD. IZQ.    OK

**VIII.- LOCK TIP LOAD TEST**
**LADEO DE TRAMPA**

(800)(900)(1000)(1200)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERLAP.
(362.8)(408.2)(453.6)(544.3)KG. APLICADOS AL 1er. PELD. S/TRASLAP

RESULTS:    OK
RESULTADO:

**IX.- RUNG LOCK CYCLING TEST:**
**PRUEBA DE CICLAJE:**

MINIMUM 6,000 CYCLES    RESULTS:
MINIMO 6,000 CICLOS    RESULTADO: _____

**X.- RUNG BENDING STRENGHT TEST:**
**FLEXION DE PELDANO:**

(800) (850) (900) (1000) LB APPLIED TO RUNG.
(362.8)(385.5)(408.2)(453.6)KG. APLICADOS AL PELDANO

RESULTS:    OK         MAXIMUM DEFLECTION .015"
                   DEFLEXION MAXIMA

            MAXIMUM ALLOWABLE PERMANENT DEFORMATION .220"
            MAXIMA DEFORMACION PERMANENTE PERMITIDA

L/100    (L/75)    L/50    L/25      RUNG LENGTH 16.500"

**I.- RUNG TO SIDE RAIL SHEAR STRENGTH TEST:**
**CORTE DE PELDANO:**

RESULTS:    OK
RESULTADOS: _____

**II.- RUNG TORQUE TEST:**
**TORQUE DE PELDANO:**

600 IN. LB CLOCKWISE AND   COUNTERCLOCKWISE IN 300 IN. LB. INCREMENTS
FOR 10 CYCLES:

     OK                          **10 285**

ESC LADDER
Fax:5026361014                    Dec 29 2003 16:59    P. 11

# CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL
INSPECTED BY: Gilberto Hdz          DATE: 17 - Mayo - 94
LADDER MODEL: G-405    LENGTH: 28    SHEET: 5 of 5
OVERLAP: 3    EFFECTIVE LENGTH: 25    DUTY RATING: 225 Lbs TYPE II
DESCRIPTION: Esc. de Extension          OUTSIDE WIDTH: 17"
MANUF. DATE: 16-Abril

**XIII.- SIDE RAIL CANTILEVER TEST:**
CANTILIVER:

1) DISTANCE BETWEEN RAILS BEFORE LOADING
DIST. ENTRE LAR. ANTES DE LA CARGA

2) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF UPPER RAILS          16.937"
(90.7)(136)(181.4)(226.8)KG. APLICADA AL LAR. SUP.

3) DISTANCE BETWEEN RAILS AFTER LOADING UPPER RAILS          16.812"
DISTANCIA ENTRE LAR. DESPUES DE CARGAR EL LAR. SUP.

4) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF LOWER RAILS          16.937"
(90.7)(136)(181.4)(226.8) KG. APLICADA AL LAR. INF.

5) DISTANCE BETWEEN RAILS AFTER LOADING LOWER RAILS          17.062"
DIST. ENTRE LAR. DESPUES DE APLICAR CARGA AL LAR. INF.          16.937"

ALLOWABLE SET    1/4          (3 - 1)    UPPER RAIL SET
TOL. PERMITIDA                          DEF. PERMANENTE          No hubo

                          (5 - 3)    LOWER RAIL SET
                                    DEF. PERMANENTE          No hubo Def.

**XIV.- SIDE RAIL CANTILEVER DROP TEST:** INITIAL SET    17"
CAIDA LIBRE:                          RESULT:
                          FINAL SET    16.937"    RESULTADO: OK

**XV.- LADDER SECTION TWIST TEST:**
TORSION A UNA SECCION:

                                                        PRELOAD    LOAD
600 IN. LB PRELOAD (PRECARGA)                          PRECARGA   CARGA
1200 IN. LB CLOCKWISE

600 IN. LB PRELOAD (PRECARGA)    TWIST ANGLE
1200 IN. LB COUNTERCLOCKWISE    ANGULO DE TORSION    2°    5°

                          TWIST ANGLE
ALLOWABLE TWIST ANGLE (22)    ANGULO DE TORSION    3°    6°
TOL. DE TORSION    (22) (20) (18) (14) DEGREE
                   (22) (20) (18) (14) GRADOS

RESULTS:
RESULTADO:    OK

**XVI.- FOOT SLIP TEST:**
DESLIZAMIENTO DE TACONES:

(200)(225)(250)(300)LB LOAD APPLIED TO THIRD HIGHEST FLY RUNG OF
A FULLY EXTENDED LADDER, 50 LB HORIZONTAL PULL,1 IN. ABOVE SURFACE.
(90.7)(102.2)(113.4)(136.0)KG. CON CARGA APLICADA AL TERCER PELDANO
MAS ALTO CON LA ESCALERA COMPLETAMENTE EXTENDIDA,Y ESTIRANDOLA CON
UNA CARGA DE 22.7 KG. A UNA ALTURA DE 1 PULG.Y

AMOUNT OF MOVEMENT(MOVIMIENTO)
ALLOWABLE SLIP (TOLERANCIA):    1/4    OK

**XVII.- MULTISECTION EXTENSION TEST:**
EXTENSION DE UNA MULTISECCION:    TEST 1    TEST 2    TEST 3    AVERAGE
                                  PRUEBA1   PRUEBA2   PRUEBA3   PROMEDIO
FORCE TO EXTEND LADDER ONE RUNG
FUERZA PARA EXTENDER UN PELDANO    11.4    11.6          5

HEIGHT OF FLY SECTION
PESO DE LA SECCION MOVIL                                  10.6

MAXIMUM ALLOWABLE FORCE = 2X HEIGHT OF FLY
MAXIMA FUERZA APLICABLE = 2X PESO DE LA SECCION MOVIL

10 286



DETALLE "A"

R = 0.3
0.012"

ARMA
ENSAMBLA

| | | | | |
|---|---|---|---|---|
| | SE AGREGARON 2 ENTRAS A 15° | | | |
| | PESO | kg. m | 5.53 | |
| | PERIMETRO | cms. | 24 | |
| | AREA | cms.2 | 1.9 | |
| | CIRCULO | cms. | 4.1 | |
| | FACTOR | CAVIDADES | 26.3 | |

| | ALEACION 6063 | |
|---|---|---|
| TEMPLE | T6 | |
| FORJA DADO | | |
| ACERO | | |

Se aplican las tolerancias comerciales a menos
que se especifiquen otras.

DIBUJO MECANICO

NOMBRE DEL PRODUCTO  PELDAÑO TIPO "D" 225 LBS

CUPRUM

| | |
|---|---|
| CLIENTE | |
| DIBUJO | 2D / 1:1 |
| | ESCALA |
| APROBO | SR. MANUEL GUZMAN |
| LIC. PEDRO CASTILLO | 8/JUNIO/92 |
| ACEPTADO | FECHA |

37/JUN/92

PARTES DE LA _____ EXCEPTO LAS ESPECIFICADAS,
DONDE NO ESPECIFICADAS SON ± 0.8 MM. (.031")
UNTAS FINAS A .254 MM. (.010")

1.60
.063"

SUP. ANOD.
SUP. EXP.
12.2 CM

TIPO
CODIGO

DADO
11 864
PROYECTO
EX-171

10 287

**CUPRUM S.A. DE C.V.**

**EXTENSION LADDER TEST SHEET**

DEPANMENT: QUALITY CONTROL     DATE _28- Marzo - 95_
INSPECTED BY. _G.H.Z. - D.L.I._   SHEET ___1___ OF ___5___
LADDER MODEL _G-405_   LENGTH _28'_   DUTY RATING _225Los_ TYPE _II_
OVERLAP ___3'___   EFECTIVE LENGTH _25'_   OUTSIDE WIDTH _17"_
DESCRIPTION _Esc. EXTENSION Alum._   MANUF. DATE: _16- Feb -95_

---

CONSTRUCTION DETAILS:
DETALLES DE CONSTRUCCION:

MARKING:
MARCADO O ETIQUETADO:

ANSI USE INSTRUCTIONS
INSTRUCTIVO DE USO ANSI                        (/)YES  ( )NO

  LOCATION
  LOCALIZACION _A 1.80 MTS. PERF. IZQ._

SEPARATION CAUTION MARKING                     (/)YES  ( )NO
MARCA DE PRECAUCION AL SEPARAR SECC.

  IF NO, ARE STOPS PROVIDED?                   (/)YES  ( )NO
  SI NO, ESTA PROVISTA DE TOPES?

  OR DOES FLY SECTION HAVE ALL RUNGS?          (/)YES  ( )NO
  O TIENE LA SECC. MOVIL TODOS LOS PELDANOS?

  EFFECTIVE WORKING LENGTH                      (/)YES  ( )NO
  LONG. EFECTIVA DE TRABAJO

  DUTY RATING                                   (/)YES  ( )NO
  INDICA CARGA DE TRABAJO

RUNG SPACING              _12"_    MANUF.DATE CODE  (/)YES  ( )NO
ESPACIO ENTRE PELD.               FECHA DE FABN.

MANUF. ID LOCATION CODE       (/)YES  ( )NO
LOCALIZACION DEL FABRICANTE

MINIMUM CLEAR WIDTH     _14.125"_    PULLEY DIAMETER   _1.427"_
ANCHO MINIMO (SECC. MOVIL)           DIAM. DE POLEA

SINGLE SECTION LENGTH    _168"_     BASE SECTION END CAPS  _51_
LONG. SECCION RECTA                  TAPAS EN SECC. BASE

ROPE DIAMETER           _.325"_
DIAM. DE CORDON

RUNG AND RAIL DIMENSIONS:
DIMENSIONES DE LARGUERO Y PELDANO:

| | RUNG | RAIL |
|---|---|---|
| SHAPE (PERFIL No. ) | 11864 | 10421 |
| FLANGE WIDTH<br>ANCHO DEL PATIN | Dibujo | 0.960" |
| FLANGE THICKNESS<br>ESPESOR DE PATIN | o' Peldaño | .091" |
| WEB HEIGHT<br>ALTURA DEL ALMA | Anexo. | 3.000" |
| WEB THICKNESS<br>ESPESOR DEL ALMA | | 0.078" |
| ALLOY<br>ALEACION | | 6105 T6 |
| HARDNESS<br>DUREZA | | 15° WB |

COMMENTS:
COMENTARIOS: _____

**CUPRUM S.A. DE C.V.**

## CUPRUM

### EXTENSION LADDER TEST SHEET

DEPARTMENT: QUALITY CONTROL       DATE 28-Marzo-95
INSPECTED BY G.H.Z. D.L.I     SHEET 2 OF 5
LADDER MODEL G-405   LENGTH 28'   DUTY RATING 225 LBS TYPE II
OVERLAP 3'     EFFECTIVE LENGTH 25'     OUTSIDE WIDTH 17"
DESCRIPTION Esc. de Extension Al. MANUF.. DATE: 16-Feb. 95

| I.- DEFLEXION TEST:<br>PRUEBA DE DEFLEXION: | "A"<br>LOADED RAIL<br>LAR. CARGADO | "B"<br>UNLOADED RAIL<br>LAR. DESCARGADO |
|---|---|---|
| 1) UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD RIGHT RAIL<br>ALT EN LAR. DER. S/CARGA DESPUES DE LA PRECARGA DE | 65.875" | 65.812" |
| 2) WITH (50)(60)(70)LB RIGHT RAIL<br>LAR. DER CON (22.6)(27.2)(31.7) | 68.062" | 67.750 |
| 3) ACTUAL DEFLECTION (2 MINUS 1)<br>DEFLEXION MAXIMA (2 MENOS 1) | 2.187" | 1.938" |
| 4) UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD LEFT RAIL<br>ALT. DE LAR. IZQ. S/CARGA DESPUES DE LA PRECARGA DE 13.6 KG. | 65.812" | 65.875" |
| 5) WITH (50)(55)(60)(70)LB LEFT RAIL.<br>LAR. IZQ. CON (22.6)(24.9)(27.2)(31.7) | 68.062" | 67.750" |
| 6) ACTUAL DEFLECTION (5 MINUS 4)<br>DEFLEXION MAXIMA (5 MENOS 4) | 2.250" | 1.875" |

ALLOWABLE ACTUAL DEFLECTION LOADED RAIL 4.50
MAX. DEF. PERMISIBLE EN LARGUERO CARGADO

ALLOWABLE TWIST ANGLE "A"     DEGREE 4.30   SIN A .07498
ANG. DE TORSION "A" PERMITIDA   GRADOS

SIN "A"= DIFF. IN DEFLECTION / OUTSIDE WIDTH OF LADDER = "A" - "B" / OUTSIDE WIDTH = .02205 = 1.30
DIF. EN DEFLEXION / ANCHO EXT. DE LA ESC.   ANCHO EXTERIOR

OK

| II.-SIDE SWAY TEST:<br>PANDEO LATERAL: | BASE | FLY |
|---|---|---|
| 1) DISTANCE FROM REF. AFTER 30 LB PRELOAD<br>ALT. DE REF. DESPUES DE 13.6 KG. PRECARGA | 87.500" | 86.937" |
| 2) DISTANCE FROM REF. WITH (50)(55)(60)(70)LB<br>ALT. DE REF. CON (22.6)(24.9)(27.2)(31.7) | 87.750" | 87.562 |
| 3) MAXIMUM DEFLECTION (2 MINUS 1)<br>DEFLEXION MAXIMA (2 MENOS 1) | .750" | .625" |
| 4) ALLOWABLE MAXIMUM DEFLECTION<br>MAXIMA DEFLEXION PERMITIDA | 1.24" | 1.24" |
| 5) DISTANCE FROM REF. W/O WEIGHT<br>DISTANCIA DE REF. SIN CARGA | 87" | 86.937" |
| 6) PERMANENT SET (5 MINUS 1)<br>DEF. OBTENIDA. | — 0 — | — 0 — |
| 7) ALLOWABLE SET.<br>DEF. PERMITIDA | .156" | |

IF THE CROSS SECTION OF THE BASE AND FLY SECTIONS ARE DIFFERENT, BOTH SECTIONS ARE TO BE TESTED.

SI LA SECCION BASE ES DIFERENTE DE LA SECCION MOVIL, AMBAS SECCIONES DEBERAN SER PROBADAS.

10 289

**CUPRUM**

# EXTENSION LADDER TEST SHEET

| | |
|---|---|
| DEPARMENT: QUALITY CONTROL | DATE 28·MARZO·95 |
| INSPECTED BY: C.H.Z. - D.L.I. | SHEET 3 OF 5 |
| LADDER MODEL 9.405 | LENGTH 28' | DUTY RATING 225 LBS. TYPE II |
| OVERLAP 3' | EFFECTIVE LENGTH 25' | OUTSIDE WIDTH 17" |
| DESCRIPTION Esc. Extension Alum. | MANUF. DATE: 16·FEB·95 |

|  |  | "B" RIGHT RAIL | "A" LEFT RAIL |
|---|---|---|---|
| III.- | HORIZONTAL BENDING TEST: PRUEBA DE FLEXION: | | |
| 1) | UNLOADED HEIGHT FROM REF. AFTER (150) (169) (188) (225)LB ALT. DE REF. DESPUES DE LA PRECARGA DE (68.0)(76.6)(85.2)(102.0) KG. | 65.937" | 65.937" |
| 2) | DISTANCE FROM REF. WITH (200)(225) (250) (300) LB ALT. DE REF. CON (90.7)(102.0)(113.6)(136) KG. | 75.750" | 75.750" |
| 3) | MAXIMUM DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | 9.813" | 9.813" |
| 4) | MAXIMUM AVERAGE DEFLECTION DEFLEXION MAXIMA PROMEDIO | 9.813" | |
| 5) | MAXIMUM DEFLECTION ALLOWABLE DEFLEXION MAXIMA PERMISIBLE | 16.4" | OK |

IV.- ULTIMATE LOAD TEST:
PRUEBA DE CARGA ULTIMA:

(250) (280) (310) (375) LB APPLIED
(113.4)(127.0)(140.6)(170.1)KG. APLICADOS

TEST LOAD No.1  OK   TEST LOAD No.2  OK   TEST LOAD No.3  OK
CARGA POS.No.1       CARGA POS.No.2       CARGA POS.No.3



V.- INCLINE LOAD TEST:
PRUEBA DE CARGA INCLINADA:

(800)(900)(1000)(1000)LB.LOAD APPLIED TO FIRST RUNG ABOVE OVERLAP ON A
FULLY EXTENDED LADDER.
(362.8) (408.2) (453.6) (453.6)KG. APLICADOS AL PRIMER PELDANO SOBRE EL
TRASLAPE DE UNA ESCALERA EXTENDIDA COMPLETAMENTE.

RESULTS:
RESULTADOS:  OK

VI.- COLUMN AND HARDWARE LOAD TEST:
COLUMNA Y HERRAJES:

(800) (900) (1000) (1200)LB.LOAD APPLIED TO FIRST RUNG ABOVE OVERLAP.
(362.8)(408.2)(453.6)(544.3)KG. APLICADOS AL 1er.PELD. SOBRE EL TRASLAPE

RESULTS:
RESULTADOS:  OK

10 290

CUPRUM S.A. DE C.V.

## EXTENSION LADDER TEST SHEET

DEPARMENT: QUALITY CONTROL        DATE 28-Marzo-95
INSPECTED BY C.H.J. D.L.T        SHEET____4___OF___5
LADDER MODEL E-405   LENGTH 28    DUTY RATING 225489. TYPE II
OVERLAP 3'      EFFECTIVE LENGTH 25'    OUTSIDE WIDTH 13"
DESCRIPTION Esc. EXTENSION ALUM.      MANUF. DATE: 16-Feb-95

---

VII.- SINGLE LOCK LOAD TEST:
      PRUEBA DE TRAMPA SIMPLE:

      (800)(900)(1000)(1000)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERLAP.
      (362.8)(408.)(453.6)(453.6)KG. APLICADA AL 1er.PELD. SOBRE TRASLAPE

                    RESULTS;        RIGHT RUNG SET
                    RESULTADO;      PELD. DER.        OK

                                    LEFT RUNG SET
                                    PELD IZQ.         OK

VIII.- LOCK TIP LOAD TEST
       LADEO DE TRAMPA

      (800)(900)(1000)(1200)LB. LOAD APPLIED TO THE FIRST RUNG ABOVE OVERLAP.
      (362.8)(408.2)(453.6)(544.3)KG. APLICADOS AL 1er. PELD. S/TRASLAP
                    RESULTS;
                    RESULTADO;      OK

IX.- RUNG LOCK CYCLING TEST:
     PRUEBA DE CICLAJE:

     MINIMUM 6,000 CYCLES            RESULTS;      OK
     MINIMO  6,000 CICLOS            RESULTADO;

X.- RUNG BENDING STRENGHT TEST:
    FLEXION DE PELDANO:

    (800)(850)(900)(1000) LB APPLIED TO RUNG.
    (362.8)(385.5)(408.2)(453.6)KG. APLICADOS AL PELDANO

                  RESULTS;    OK        MAXIMUM DEFLECTION
                                        DEFLEXION MAXIMA        .050"

                              MAXIMUM ALLOWABLE PERMANENT DEFORMATION
                              MAXIMA DEFORMACION PERMANENTE PERMITIDA   .218"

        L/100      L/75      L/50      L/25      RUNG LENGTH  16.375

I.- RUNG TO SIDE RAIL SHEAR STRENGTH TEST:
    CORTE DE PELDANO:

    RESULTS;        OK
    RESULTADOS;

II.- RUNG TORQUE TEST:
     TORQUE DE PELDANO:

    600 IN. LB CLOCKWISE AND  COUNTERCLOCKWISE IN 300 IN. LB. INCREMENTS
    FOR 10 CYCLES:              .900 Lbs/in        OK

                                            10 291

**CUPRUM**

**CUPRUM S.A. DE C.V.**

# EXTENSION LADDER TEST SHEET

DEPARMENT:  QUALITY CONTROL          DATE 28 - Marzo - 95
INSPECTED BY O.R.J.  D.L.J    SHEET _____ 5 _____ OF _____ 5
LADDER MODEL 6-40J LENGTH 38'   DUTY RATING 225 LBS TYPE II
OVERLAP  3'        EFFECTIVE LENGTH  25'      OUTSIDE WIDTH 13"
DESCRIPTION Esc. de Extension          MANUF. DATE: 25-Feb-95

---

**XIII.- SIDE RAIL CANTILEVER TEST:**
**CANTILIVER:**

1) DISTANCE BETWEEN RAILS BEFORE LOADING
   DIST. ENTRE LAR. ANTES DE LA CARGA                                 17"

2) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF UPPER RAILS
   (90.7)(136)(181.4)(226.8)KG. APLICADA AL LAR. SUP.              16.950"

3) DISTANCE BETWEEN RAILS AFTER LOADING UPPER RAILS.
   DISTANCIA ENTRE LAR. DESPUES DE CARGAR EL LAR. SUP.               17"

4) (200)(300)(400)(500)LB APPLIED TO BOTTOM OF LOWER RAILS
   (90.7)(136)(181.4)(226.8) KG. APLICADA AL LAR. INF.             17.187"

5) DISTANCE BETWEEN RAILS AFTER LOADING LOWER RAILS.
   DIST. ENTRE LAR. DESPUES DE APLICAR CARGA AL LAR. INF.            17"

ALLOWABLE SET  (1/4)        (3 - 1)   UPPER RAIL SET       — 0 —
TOL. PERMITIDA             (5 - 3)   DEF. PERMANENTE
                                      LOWER RAIL SET       — 0 —
                                      DEF. PERMANENTE

**XIV.- SIDE RAIL CANTILEVER DROP TEST:** INITIAL SET 16.625" RESULT:
**CAIDA LIBRE:**
                            FINAL SET  16.562" RESULTADO:  OK

**XV.- LADDER SECTION TWIST TEST:**
**TORSION A UNA SECCION:**

   600 IN. LB PRELOAD (PRECARGA)                    PRELOAD      LOAD
   1200 IN. LB CLOCKWISE                             PRECARGA     CARGA
                                    TWIST ANGLE
                                    ANGULO DE TORSION   3°          6°
   600 IN. LB PRELOAD (PRECARGA)
   1200 IN. LB COUNTERCLOCKWISE     TWIST ANGLE
                                    ANGULO DE TORSION   3°          6°

   ALLOWABLE TWIST ANGLE (22)   (20) (18) (14) DEGREE
   TOL. DE TORSION       (22)   (20) (18) (14) GRADOS

   RESULTS:
   RESULTADO:

**XVI.- FOOT SLIP TEST:**
**DESLIZAMIENTO DE TACONES:**

(200)(225) (250)  (300)LB LOAD  APPLIED TO THIRD HIGHEST FLY RUNG OF
A FULLY  EXTENDED LADDER, 50 LB HORIZONTAL PULL,1 IN. ABOVE SURFACE.
(90.7) (102.2) (113.4)(136.0)KG. CON CARGA APLICADA AL TERCER PELDANO
MAS ALTO CON LA ESCALERA COMPLETAMENTE EXTENDIDA,Y ESTIRANDOLA CON
UNA CARGA DE 22.7 KG. A UNA ALTURA DE 1 PULG.

        AMOUNT OF MOVEMENT(MOVIMIENTO)
        ALLOWABLE SLIP (TOLERANCIA):        1/4

**XVII.- MULTISECTION EXTENSION TEST:**       TEST 1  TEST 2  TEST 3  AVERAGE
**EXTENSION DE UNA MULTISECCION:**            PRUEBA1 PRUEBA2 PRUEBA3 PROMEDIO
FORCE TO EXTEND LADDER ONE RUNG
FUERZA PARA EXTENDER UN PELDANO               12 Kg  12 Kg  12.5 Kg  12 Kgs
WEIGHT OF FLY SECTION
PESO DE LA SECCION MOVIL                      10 Kgs

MAXIMUM FORCE NOT EXCEED = 2X WEIGHT OF FLY
                           2X PESO DE LA SECCION MOVIL

**10 292**



DETALLE "A"

DIBUJO MECANICO

CUPRUM

PELDAÑO TIPO "D" 225 LBS

# EXTENSION LADDER TEST SHEET

**DEPARMENT:** QUALITY CONTROL     **DATE** 31-Oct-96
**INSPECTED BY.** G.d.I.D.I.  **SHEET** 1 **OF** 5
**LADDER MODEL** G-405-28 **LENGTH** 28' **DUTY RATING** 225Lbs **TYPE** II
**OVERLAP** 3'   **EFECTIVE LENGTH** 25   **OUTSIDE WIDTH** 17'
**DESCRIPTION** Esc. de Extension Al **MANUF. DATE:** 16-Oct-96

## CONSTRUCTION DETAILS:
## DETALLES DE CONSTRUCCION:

MARKING:
MARCADO O ETIQUETADO:                    ( )YES ( )NO
ANSI USE INSTRUCTIONS
INSTRUCTIVO DE USO ANSI

    LOCATION
    LOCALIZACION _____ 1.8 m (5')

SEPARATION CAUTION MARKING              ( )YES ( )NO
MARCA DE PRECAUCION AL SEPARAR SECC.

    IF NO: ARE STOPS PROVIDED?           ( )YES ( )NO
    SI NO: ESTA PROVISTA DE TOPES?

    OR DOES FLY SECTION HAVE ALL RUNGS?  ( )YES ( )NO
    O TIENE LA SECC. MOVIL TODOS LOS PELDANOS?

    EFFECTIVE WORKING LENGTH             ( )YES ( )NO
    LONG. EFECTIVA DE TRABAJO

    DUTY RATING                          ( )YES ( )NO
    INDICA CARGA DE TRABAJO

RUNG SPACING _____ 12"    MANUF.DATE CODE
ESPACIO ENTRE PELD.       FECHA DE FABN.

MANUF. ID LOCATION CODE      ( )YES ( )NO
LOCALIZACION DEL FABRICANTE

MINIMUM CLEAR WIDTH  14.250"   PULLEY DIAMETER  1.430"
ANCHO MINIMO (SECC. MOVIL)     DIAM. DE POLEA

SINGLE SECTION LENGTH  168"   BASE SECTION END CAPS  OK
LONG. SECCION RECTA           TAPAS EN SECC. BASE

ROPE DIAMETER  .330"
DIAM. DE CORDON

## RUNG AND RAIL DIMENSIONS:
## DIMENSIONES DE LARGUERO Y PELDANO:

|  | RUNG | RAIL |
|---|---|---|
| SHAPE (PERFIL No. ) | 1186? | 1092? |
| FLANGE WIDTH / ANCHO DEL PATIN |  | .944" |
| FLANGE THICKNESS / ESPESOR DE PATIN | .06"/.06" | .090" |
| WEB HEIGHT / ALTURA DEL ALMA |  | 3" |
| WEB THICKNESS / ESPESOR DEL ALMA |  | .083" |
| ALLOY / ALEACION | 6063 t6 | 6105 t6 |
| HARDNESS / DUREZA | 13°WB | 14°WB |

COMMENTS:
COMENTARIOS: _____

10 294

CUPRUM

## EXTENSION LADDER TEST SHEET

DEPTARMENT: QUALITY CONTROL        DATE 31· Oct· 96
INSPECTED BY. G.R.J. D.H.J        SHEET ___2__ OF _5_
LADDER MODEL G-905-·  LENGTH 28'   DUTY RATING 225 Lb TYPE II
OVERLAP 3'    EFFECTIVE LENGTH 25'   OUTSIDE WIDTH 17"
DESCRIPTION Esc. de Ext.          MANUF.. DATE: 16· Oct. 96

|  |  | "A" LOADED RAIL LAR.CARGADO | "B" UNLOADED RAIL LAR.DESCARGADO |
|---|---|---|---|
| I.- | DEFLEXION TEST; PRUEBA DE DEFLEXION: |  |  |
| 1) | UNLOADED HEIGHT FROM REF.AFTER 30 LB PRELOAD RIGHT RAIL ALT EN LAR. DER. S/CARGA DESPUES DE LA PRECARGA DE 13.6 KG. | 65·750" | 65·812" |
| 2) | WITH (50)(55)(60)(70)LB RIGHT RAIL LAR. DER CON (22.6)(24.9)(27.2)(31.7) | 68" | 67·750" |
| 3) | ACTUAL DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | 2.250" | 1.938" |
| 4) | UNLOADED HEIGHT FROM REF. AFTER 30 LB PRELOAD LEFT RAIL ALT. DE LAR. IZQ. S/CARGA DESPUES DE LA PRECARGA DE 13.6 KG. | 65·750" | 65·750" |
| 5) | WITH (50)(55)(60)(70)LB LEFT RAIL LAR. IZQ. CON (22.6)(24.9)(27.2)(31.7) | 68.125" | 67·750" |
| 6) | ACTUAL DEFLECTION (5 MINUS 4) DEFLEXION MAXIMA (5 MENOS 4) | 2.375" | 2" |
|  | ALLOWABLE ACTUAL DEFLECTION LOADED RAIL MAX. DEF. PERMISIBLE EN LARGUERO CARGADO | 4.5" |  |
|  | ALLOWABLE TWIST ANGLE "A" ANG. DE TORSION "A" PERMITIDA | DEGREE GRADOS 4.3° | SIN A .07498 SEN A |

SIN "A" = DIFF. IN DEFLECTION / DIF. EN DEFLEXION / OUTSIDE WIDTH OF LADDER ANCHO EXT. DE LA ESC. = "A" − "B" / OUTSIDE WIDTH ANCHO EXTERIOR

| II.- | SIDE SWAY TEST: PANDEO LATERAL: | BASE | FLY |
|---|---|---|---|
| 1) | DISTANCE FROM REF. AFTER 30 LB PRELOAD ALT. DE REF. DESPUES DE 13.6 KG. PRECARGA | 86·875" | 86·937" |
| 2) | DISTANCE FROM REF. WITH (50)(55)(60)(70)LB ALT. DE REF. CON (22.6)(24.9)(27.2)(31.7) | 87·500' | 87·500" |
| 3) | MAXIMUM DEFLECTION (2 MINUS 1) DEFLEXION MAXIMA (2 MENOS 1) | .625" | .563" |
| 4) | ALLOWABLE MAXIMUM DEFLECTION MAXIMA DEFLEXION PERMITIDA | 1.24" | 1.24" |
| 5) | DISTANCE FROM REF. W/O WEIGHT DISTANCIA DE REF. SIN CARGA | 86·875" | 86·937" |
| 6) | PERMANENT SET (5 MINUS 1) DEF. OBTENIDA. | 0" | 0" |
| 7) | ALLOWABLE SET. DEF. PERMITIDA | .156" |  |

IF THE CROSS SECTION OF THE BASE AND FLY SECTIONS ARE DIFFERENT, BOTH SECTIONS ARE TO BE TESTED.
SI LA SECCION BASE ES DIFERENTE DE LA SECCION MOVIL, AMBAS SECCIONES DEBERAN SER PROBADAS.

10 295

CUPRUM

# EXTENSION LADDER TEST SHEET

**DEPARMENT:** QUALITY CONTROL     **DATE** 31- Oct- 96
**INSPECTED BY.** G.H.Z. D.L.I     **SHEET** 3 **OF** 5
**LADDER MODEL** G 405   **LENGTH** 28' **DUTY RATING** 225Lbs **TYPE** II
**OVERLAP** 3'   **EFFECTIVE LENGTH** 25'   **OUTSIDE WIDTH** 17"
**DESCRIPTION** Esc. de EA.     **MANUF. DATE:** 16- Oct 96

|  | "B" RIGHT RAIL | "A" LEFT RAIL |
|---|---|---|
| **III.- HORIZONTAL BENDING TEST:** PRUEBA DE FLEXION: | | |
| 1) UNLOADED HEIGHT FROM REF. AFTER (150) (169) (188) (225)LB ALT. DE REF. DESPUES DE LA PRECARGA DE (68.0) (76.6) (85.2)(102.0) KG. | 65.750" | 65.750" |
| 2) DISTANCE FROM REF. WITH (200) (225) (250) (300) LB ALT. DE REF. CON (90.7)(102.0)(113.6)(136) KG. | 74.562" | 74.562" |
| 3) MAXIMUM DEFLECTION (2 MINUS 1 DEFLEXION MAXIMA (2 MENOS 1 | 8.812" | 8.812" |
| 4) MAXIMUM AVERAGE DEFLECTION DEFLEXION MAXIMA PROMEDIO | 8.812" | |
| 5) MAXIMUM DEFLECTION ALLOWABLE DEFLEXION MAXIMA PERMISIBLE | 16.4" | |

**IV.- ULTIMATE LOAD TEST:**
PRUEBA DE CARGA ULTIMA:

(250) (280) (310) (375) LB APPLIED
(113.4)(127.0)(140.6)(170.1)KG. APLICADOS

TEST LOAD No.1     TEST LOAD No.2     TEST LOAD No.3
CARGA POS.No.1    CARGA POS.No.2    CARGA POS.No.3



**V.- INCLINE LOAD TEST:**
PRUEBA DE CARGA INCLINADA:

(800) (900) (1000) (1000)LB.LOAD APPLIED TO FIRST RUNG ABOVE OVERLAP ON A
FULLY EXTENDED LADDER.
(362.8) (408.2) (453.6) (453.6)KG. APLICADOS AL PRIMER PELDANO SOBRE EL
TRASLAPE DE UNA ESCALERA EXTENDIDA COMPLETAMENTE.

RESULTS:
RESULTADOS:

**VI.- COLUMN AND HARDWARE LOAD TEST:**
COLUMNA Y HERRAJES:

(800) (900) (1000) (1200)LB.LOAD APPLIED TO FIRST RUNG ABOVE OVERLAP.
(362.8)(408.2)(453.6)(544.8)KG. APLICADOS AL 1er.PELD. SOBRE EL TRASLAPE

RESULTS:
RESULTADOS:

10 296

REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR(ES) _Francisco J. Reyes_   HOJA __1 DE 4__
FECHA ___26-IX-90___   CARGA DE TRABAJO _225 LBS_
CLAVE ___G 405-28___   LONGITUD __28'__

## PRUEBA DE RESISTENCIA A LA FLEXION

|                                              | RIEL DERECHO | RIEL IZQUIERDO |
|----------------------------------------------|--------------|----------------|
| 1) ALTURA DESPUES DE LA PRECARGA DE 76.6 KG. | 116.6 cm     | 166.5 cm       |
| 2) ALTURA CON LA CARGA DE 102. KG            | 141.8 cm     | 191.2 cm       |
| 3) MAX. DEFLEXION (2-1)                      | 25.2 cm      | 24.7 cm        |
| 4) MAX. DEFLEXION PROMEDIO                   |              | 24.95 cm       |
| 5) MAX. DEFLEXION PERMISIBLE                 |              | 41.6 cm        |

ULTIMA CARGA DE PRUEBA 127. KG.

POSICION N° 1 ___OK___
POSICION N° 2 ___OK___
POSICION N° 3 ___OK___



CARGA DE
PRUEBA

OK



## PRUEBA DE CARGA INCLINADA

CARGA DE 405.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DE LA SECCION MOVIL DESPUES DEL TRASLAPE CON LA ESCALERA EXTENDIDA COMPLETAMENTE.
RESULTADO: OK

## PRUEBA DE CARGA A COLUMNA Y HERRAJES

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO: OK

## PRUEBA DE TRAMPA SIMPLE

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO: OK   PRUEBA RIEL DERECHO ___OK___
                PRUEBA RIEL IZQUIERDO ___OK___

## PRUEBA CICLICA DE TRAMPAS

6,000 CICLOS
RESULTADO:

10 257

## REPORTE DE PRUEBAS
### ESCALERA DE EXTENSION

INSPECTOR (ES) _Francisco J. Reyes_

FECHA _26-IX-90_      HOJA _2 de 4_

CLAVE _9405-28_      TRASLAPE _2'_

CARGA DE TRABAJO _225 LBS_      ANCHO EXTERIOR _43.1 cm_

LONGITUD _28'_      LONGITUD EFECTIVA _25'_

### PRUEBA DE DEFLEXION

|  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL DERECHO) | 167.1 cm | 66.3 cm |
| 2) CON 24.9 KG (EN RIEL DERECHO) | 173.4 cm | 71.6 cm |
| 3) MAX. DEFLEXION EN RIEL DERECHO (2-1) | 6.3 cm | |
| 4) DEFLEXION DEL RIEL IZQUIERDO CON EL RIEL DERECHO CARGADO (2-1) | | 5.3 cm |
| 5) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG. (EN RIEL IZQUIERDO) | 166.3 cm | 65.1 cm |
| 6) CON 24.9 KG. (EN RIEL IZQUIERDO) | 171.6 cm | 53.4 cm |
| 7) MAXIMA DEFLEXION EN RIEL IZQUIERDO (6-5) | | 6.3 cm |
| 8) DEFLEXION DE RIEL DERECHO CON EL RIEL IZQUIERDO CARGADO (6-5) | 5.3 cm | |

MAX. DEFLEXION ADMISIBLE DEL RIEL CARGADO _11.4 cm_

ANGULO A DE TORSION ADMISIBLE GRADOS _4.3°_    SEN DE A _0.07495_

$$SEN\ A = \frac{DIFERENCIA\ EN\ DEFLEXION}{ANCHO\ EXTERIOR\ DE\ LA\ ESCALERA} = \frac{(7-6)\ o\ (3-4)}{ANCHO\ EXTERIOR} = \frac{1}{43.1} = 0.2$$

OK

### PRUEBA DE PANDEO LATERAL

|  | SECC. BASE | SECC. MOVIL |
|---|---|---|
| 1) ALTURA DESPUES DE LA PRECARGA DE 13.6 KG | 119.6 cm | 147.1 cm |
| 2) ALTURA CON LA CARGA DE 24.9 KG | 121.8 cm | 149.3 cm |
| 3) DEFLEXION VISIBLE (2-1) | 2.2 cm | 2.2 cm |
| 4) MAX. DEFLEXION ADMISIBLE | | 3.4 cm |
| 5) ALTURA AL REMOVER LA CARGA | 119.6 cm | 147.2 cm |
| 6) DEFORMACION PERMANENTE (5-1) | 0 | 0.1 cm |
| 7) MAX. DEFORMACION PERMANENTE ADMISIBLE | | .308 cm |

OK

SI LA SECCION TRANSVERSAL DE LAS SECCIONES BASE Y MOVIL SON DIFERENTES
AMBAS SECCIONES DEBERAN SER PROBADAS.

## REPORTE DE PRUEBAS
### ESCALERA DE EXTENSION

INSPECTOR(ES) _Francisco Reyes_    HOJA _3 DE 4_
FECHA _26-IX-90_    CARGA DE TRABAJO _225 LBS_
CLAVE _0.405-28_    LONGITUD _28'_

PRUEBA DE RESISTENCIA DEL PELDAÑO

CARGA DE 385.5 KG. APLICADA AL CENTRO DEL PELDAÑO

MAX. DEFLEXION PERMANENTE ADMISIBLE = $\frac{L}{75} = \frac{41.9}{75} = 0.558 = 0.017''$

RESULTADO:    DEFORMACION PERMANENTE = 0.162''

OK

PRUEBA DE RESISTENCIA AL CORTE PELDAÑO-LARGUERO

CARGA DE 408.8 KG.
RESULTADO: OK

PRUEBA DE TORSION DE PELDAÑO

800 lb.in EN INCREMENTOS DE 300 lb.in 10 CICLOS DE CARGA Y DESCARGA
RESULTADO:

PRUEBA DE PANDEO DE LARGUERO EN VOLADIZO

1) DISTANCIA ENTRE RIELES ANTES DE LA CARGA    43 cm
2) CARGA DE 196 KG APLICADA AL EXTREMO DEL RIEL SUPERIOR
3) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA    43 cm
   DEFORMACION PERMANENTE (1-3)    0
4) CARGA DE 136 KG APLICADA AL EXTREMO DEL RIEL INFERIOR
5) DISTANCIA ENTRE RIELES AL REMOVER LA CARGA    43 cm
   DEFORMACION PERMANENTE (5-3)    OK    0
   DEFORMACION PERMANENTE ADMISIBLE    1/4''=0.635

RESULTADO: OK

PRUEBA DE CAIDA DE LARGUERO, EN VOLADIZO

DISTANCIA ENTRE LARGUEROS ANTES DE LA CAIDA    43 cm
DISTANCIA ENTRE LARGUEROS DESPUES DE LA CAIDA    43 cm
   DEFORMACION PERMANENTE    OK    0
MAXIMA DEFORMACION PERMANENTE ADMISIBLE    1/4''

10 259

REPORTE DE PRUEBAS
ESCALERA DE EXTENSION

INSPECTOR _Francisco Reyes_          HOJA _4 DE 4_
FECHA _26-IX-90_                     CARGA DE TRABAJO _225 LBS_
CLAVE _0405-28_                      LONGITUD _28_

## PRUEBA DE TORSION A UNA SECCION DE LA ESCALERA

1,200 Lb-in EN EL SENTIDO DE LAS MANECILLAS DEL RELOJ     ANGULO DE TORSION _9_
1,200 Lb-in EN EL SENTIDO CONTRARIO A LAS MANECILLAS DEL RELOJ   ANGULO DE TORSION _7_

MAXIMO ANGULO DE TORSION ADMISIBLE 20°
RESULTADO: OK

## PRUEBA DE DESLIZAMIENTO

CARGA DE 453 KG. APLICADA AL TERCER PELDAÑO, DESPUES DE TRABAJAR CON LA ESCALERA
EXTENDIDA CON RESPALDO 3°, FUERZA DE DESLIZAMIENTO HORIZONTAL DE 1/2 KG/ADA 5½
PULGADAS DEL PISO.

DESPLAZAMIENTO TOTAL         _____
DESPLAZAMIENTO ADMISIBLE     _____
RESULTADO:

## PRUEBA DE EXTENSION DE UNA MULTISECCION

FUERZA PARA EXTENDER LA ESCALERA UN PELDAÑO           _13 Kg._
PESO DE LA SECCION MOVIL                              _10 Kg_
MAXIMA FUERZA ADMISIBLE; 2 VECES EL PESO DE LA SECCION MOVIL   _20 Kg_

OK

## PRUEBA DE LADEO DE TRAMPA

CARGA DE 408.2 KG. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLA

RESULTADO: OK

**CONTROL DE CALIDAD.**
**REPORTE DE PRUEBAS.**
**ESCALERA DE EXTENSION.**



**CUPRUM**
ENSAMBLE

| | | | | | |
|---|---|---|---|---|---|
| INSPECTOR | *Jesus A Reyes G.* | | FECHA | *14 , VII , 91* | |
| CARGA DE | *225 LCS* | CLAVE *9405-28* | | LONGITUD | *28'* |

**PRUEBA DE RESISTENCIA A LA FLEXION**

| | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1.-ALTURA DESPUES DE LA PRECARGA DE *766* KGS. | *32.437"* | *32.70"* |
| 2.-ALTURA CON LA CARGA DE *102* KGS. | *42.937"* | *43.062"* |
| 3.-MAXIMA DEFLEXION ( 2 - 1 ) | *9.500"* | *10.562"* |
| 4.-MAXIMA DEFLEXION PROMEDIO | | *10.531"* |
| 5.-MAXIMA DEFLEXION PERMISIBLE | | *16.4"* |

ULTIMA CARGA DE PRUEBA *1270* KGS.

| | |
|---|---|
| POSICION No. 1 | *OK* |
| POSICION No. 2 | *OK* |
| POSICION No. 3 | *OK* |

*OK*



carga de prueba          barra soporte          No. 3  No.2  No.1          barra soporte de
                                                 carga de prueba           1" de radio

lado de ascenso          seccion movil
                         seccion base

PAG 1 DE 7

**10 261**

CONTROL DE CALIDAD.

REPORTE DE PRUEBAS.
ESCALERA DE EXTENSION.



**CUPRUM**

ENSAMBLE

---

INSPECTOR (ES) _Jesus A Reyes G._ _____ FECHA _14_ / _VII_ / _91_

CLAVE _G405_      LONGITUD _28'_      LONGITUD EFECTIVA _25'_

CARGA DE TRABAJO _225 LBS_ TRASLAPE _3'_   ANCHO EXTERIOR _17"_

---

PRUEBA DE DEFLEXION

|   | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|
| 1.- ALTURA DESPUES DE LA PRECARGA DE _13.6_ KGS. ( EN RIEL DERECHO ) | _25.000"_ | _25.375"_ |
| 2.- CON _24.9_ KGS. ( EN RIEL DERECHO ) | _25.437"_ | _25.375"_ |
| 3.- MAXIMA DEFLEXION EN EL RIEL DERECHO | _2.937"_ |  |
| 4.- DEFLEXION DEL RIEL IZQUIERDO CON EL RIEL DERECHO CARGADO (2 - 1) |  | _2.5"_ |
| 5.- ALTURA DESPUES DE LA PRECARGA DE _13.6_ KGS. ( EN RIEL IZQUIERDO ) | _25.437"_ | _25.375"_ |
| 6.- CON _24.9_ KGS. ( EN RIEL IZQUIERDO ) | _28"_ | _25.312"_ |
| 7.- MAXIMA DEFLEXION EN RIEL IZQUIERDO ( 6 - 5 ) |  | _2.937"_ |
| 8.- DEFLEXION DEL RIEL DERECHO CON EL RIEL IZQUIERDO CARGADO ( 6 - 5 ) | _2.562"_ |  |

MAXIMA DEFLEXION ADMISIBLE DEL RIEL CARGADO _4.5"_
ANGULO A DE TORSION ADMISIBLE   GRADOS _4.3°_   SEN DE A _0.07493_   OK

$$SEN\ A = \frac{DIFERENCIA\ EN\ DEFLEXION}{ANCHO\ EXTERIOR\ DE\ LA\ ESCALERA} = \frac{(7-8)\ O\ (3-4)}{ANCHO\ EXTERIOR} = \frac{.374}{17"} = 0.022$$

---

PRUEBA DE CARGA INCLINADA

CARGA DE _408.7_ KGS. APLICADA AL PRIMER PELDAÑO LIBRE DE LA SECCION MOVIL  DESPUES DEL TRASLAPE CON LA ESCALERA EXTENDIDA COMPLETAEMTE.
RESULTADO :     OK

PAG 2 DE 7

CONTROL DE CALIDAD.

REPORTE DE PRUEBAS.

ESCALERA DE EXTENSION.

**CUPRUM**

ENSAMBLE

INSPECTOR _Jesus A. Reyes G._    FECHA _14 | VII | 91_

CARGA DE _225 LOS._   CLAVE _405_    LONGITUD _28'_

---

**PRUEBA DE CARGA A COLUMNAS Y HERRAJES**

CARGA DE 408.2 KGS. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.

RESULTADO : _____ OK

---

**PRUEBA DE TRAMPA SIMPLE.**

CARGA DE 408.2 KGS. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.

RESULTADO DE LA PRUEBA AL RIEL DERECHO _____ OK

RESULTADO DE LA PRUEBA AL RIEL IZQUIERDO _____ OK        OK

---

**PRUEBA DE LADEO DE TRAMPA**

CARGA DE 408.2 KGS. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE REMOVIENDO UNA TRAMPA Y LUEGO REMOVIENDO LA OTRA.

RESULTADO : _____ OK

10 263

Efectuado por *J. A. Reyes*

DESCRIPCION *Esc Extension*    MODELO *9405-28*    DUTY RATING    *225 LBS.*



133

PRUEBA DE PANDEO DE LARGUERO EN VOLADIZO
Y PRUEBA DE PANDEO ESTATICO EN VOLADIZO.

Ver nota A.
C. Mordaza

Cuerda
Espaciador

C. Mordazas

Carga aplicada al
larguero superior

Sujetador

Pesos de Carga

Bloque Ver nota A

Mordaza

C. Mordazas

A. Dimensiones de bloque:    Carga aplicada al
sor= 1 Plg. (6.4 mm.)        larguero inferior
ltitud 2 Plgs. (51 mm.) medido a lo largo del
larguero.

Sujetador

Pesos de Carga

1o= Distancia entre bordes.

TABLA 13.4
CARGAS DE PRUEBA PARA LA FLEXION DEL LARGUERO EN VOLADIZO

| acidad de Trabajo de la Escalera | | Cargas de Prueba para Flexión en Voladizo | |
|---|---|---|---|
| Libras | (Kg.) | Libras | (Kg.) |
| 200 | ( 90.7) | 200 | ( 90.7) |
| 225 | (102.1) | 300 | (136.1) |
| 250 | (113.4) | 400 | (181.4) |
| 300 | (136.1) | 500 | (226.8) |

136.1 Kg.

| | | |
|---|---|---|
| LECTURA INICIAL | 16.875" | |
| LECTURA FINAL | 16.875" | |
| DEFORMACION | 0 | |
| TOLERANCIA | 1/4 | |
| DIFERENCIA | 0 | |

10 264

CONFORME A NORMA UL-184

FECHA : 17-VII-91

Efectuado por : J.A. Reys

DESCRIPCION *Esc. Extension*   MODELO G.405-28 DUTY RATING 225 LBS.

### 13.5
## PRUEBA DE RESISTENCIA DEL PELDAÑO Y PRUEBA
## DE RESISTENCIA AL CORTE PELDAÑO—LARGUERO



Carga de prueba para la prueba de resistencia al corte.

Carga de prueba para probar la resistencia del peldaño.

Bloque de carga

Vertical

34 ±¼ Pulg. (864 ± 6,4 mm.)

6 Pulg. (152 mm.)

Horizontal

### Table 11
**Step Bending, Rung Bending, Side-Rail Bending, Compression, and Shear Strength Tests**

| Duty Rating and Type | Test Load (pounds) | | Maximum Allowable Permanent Deformation (Set) |
| --- | --- | --- | --- |
| | Compression, Side-Rail Bending, and Shear Strength Tests | Rung and Step Bending Tests | L/K† (inches) |
| Extra heavy duty - Type IA | 1200 | 1000 | L/25 |
| Heavy duty - Type I | 1000 | 900 | L/50 |
| Medium duty - Type II | 900 | 850 | L/75 ← |
| Light duty - Type III | 800 | 800 | L/100 |

| CARGA | DEFORMA. | OBSERVACIONES | | |
| --- | --- | --- | --- | --- |
| 385.9 Kg | .082" | L/75 = $\frac{16.437}{75}$ = 0.219" TOLERABLE | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OK

10 265

CONFORME A NORMAS U.L. 184                                 Fecha :

Efectuado por : *J. A. Reyes*

DESCRIPCION *Esc Extension* MODELO *6405-28* DUTY RATING *225 LBS.*

**13.9**
## PRUEBA DE CAIDA EN VOLADIZO DE LARGUERO (ESCALERAS SENCILLAS Y DE EXTENSION)



1 Pie.(305 mm.) para escaleras de extensión.

Guías para mantener los largueros en plano vertical durante la caída.

6 Plgs. (152 mm.)

Soporte Superior

36 Plgs. (0.91 M.) Altura de Caida

| | | | |
|---|---|---|---|
| LECTURA INICIAL | 16.937" | | |
| LECTURA FINAL | 16.937 | | |
| DEFORMACION | 0 | | |
| | | | |
| TOLERANCIA | .250" | | |
| DIFERENCIA | | | |

OK

CONFORME A NORMA U.L. 184                                Fecha: 17-VII-91

Efectuado por : J.A. Reyes

DESCRIPCION Esc. Extension MODELO G 405-28 DUTY RATING 225 LBS.

PRUEBA DE PANDEO LATERAL



6 Plgs. (127 mm.)          6 Plgs. (127 mm.)

Sección Flexionada    Sujetador
Pesos

Carga de Prueba

TABLA 13.3

MAXIMA DEFLECCION PERMISIBLE PARA LA PRUEBA DE PANDEO LATERAL

| Longitud de la sección de prueba Pies (M) | | Deflección medida del larguero más bajo pulgadas (mm.) | |
|---|---|---|---|
| | | Escaleras Rectas y de Extensión | Escaleras de Combinación |
| 4 | (1.22) | - | 0.84 (21.3) |
| 5 | (1.52) | - | 0.88 (22.4) |
| 6 | (1.83) | - | 0.92 (23.4) |
| 7 | (2.13) | - | 0.96 (24.4) |
| 8 | (2.44) | 1.00 (25.4) | 1.00 (25.4) |
| 9 | (2.74) | 1.04 (26.4) | 1.04 (26.4) |
| 10 | (3.05) | 1.08 (27.4) | 1.08 (27.4) |
| 12 | (3.66) | 1.16 (29.5) | - |
| 14 | (4.27) | 1.24 (31.5) | - |
| 16 | (4.88) | 1.32 (33.5) | - |
| 18 | (5.49) | 1.40 (35.6) | - |
| 20 | (6.10) | 1.48 (37.6) | - |
| 22 | (6.71) | 1.56 (39.6) | - |
| 24 | (7.32) | 1.64 (41.7) | - |
| 26 | (7.92) | 1.72 (43.7) | - |
| 28 | (8.53) | 1.80 (45.7) | - |
| 30 | (9.14) | 1.38 (47.8) | - |

| JUTY RATING | PRE-CARGA | CARGA |
|---|---|---|
| 200 LBS. (90.7 Kg.) | 30 LBS. (13.6 Kg.) | 50 LBS. (22.7 Kg.) |
| 225 LBS. (102.1 Kg.) | 30 LBS. (13.6 Kg.) | 55 LBS. (24.9 Kg.) |
| 250 LBS. (113.4 Kg.) | 30 LBS. (13.6 Kg.) | 60 LBS. (27.2 Kg.) |
| 300 LBS. (136.1 Kg.) | 30 LBS. (13.6 Kg.) | 70 LBS. (31.7 Kg.) |

| | SECCION ANCHA | SECCION ANGOSTA |
|---|---|---|
| LECTURA INICIAL | 46.062" | 46.312" |
| LECTURA FINAL | 46.062" | 46.312" |
| DEFORMACION | 0 | 0 |
| TOLERANCIA | 0.156" | 0.156" |
| DIFERENCIA | | |

10 267

Fecha : 17-VII  11

Efectuado por : L.A. Reyes

DESCRIPCION  Esc. Extension  MODELO  G405-28  DUTY RATING  225 lbs.

FIG._12.3

PRUEBA DE CARGA INCLINADA



Barra Igualadora

3½"    3½

90°

Carga
de
Prueba

7½"

Plataforma de prueba para seguir
la carga de prueba conforme la –
escalera se deflexione hacia la
pared.

**TABLA 12.4**
**CARGAS PARA LA PRUEBA DE CARGA INCLINADA**

| Capacidad de Trabajo de la escalera Lb. (Kg.) | Carga de Prueba Lb. (Kg.) |
|---|---|
| 300  (136.3) | 1200  (554.3) |
| 250  (113.4) | 1000  (453.6) |
| 225  (102.1) | 900  (408.2) |
| 200  ( 90.7) | 800  (362.9) |

12.12  DEBERA SOPORTAR LA CARGA SIN FALLA ULTIMA

DEFORMACION PERMANENTE (SET) ES ACEPTABLE

COMO RESULTADO DE ESTA PRUEBA.

OBSERVACIONES:  OK

10 268

HOJA DE PRUEBAS PARA ESCALERAS DE EXTENSION Y ESCALERAS RECTAS

CONFORME A NORMAS U.L. 184

Fecha : 14-VII-91

Efectuado por : J. A. REYES

DESCRIPCION _Esc. Extension_  MODELO 9405-28 DUTY RATING 225 LBS

### PRUEBA DE TORSION DE UNA SECCION DE ESCALERA
(SECCION TOMADA)

$A_1 = 600$ LBS-PLG. $= P_1 = 15.1$ KG. A $18½$ (RECARGA)

$A_2 = 1200$ LBS-PLG. $= P_2 = 30.2$ KG. A $18½$ (CARGA)



Soporte Pivote

Soporte Estacionario

7 vias (2.1 m.) Largo de Prueba

Soporte

o de Aplicación para rato de torsión de la Prueba Metodo "A"Carga de Prueba

Prueba Metodo "A" = Torsión aplicada por brazo de torsión.

Prueba Metodo "B" = Torsión aplicada por aplicación alternada cargas de prueba a cada extremo del soporte pi-

### TABLA 13.5

### SECCION DE ESCALERA - ANGULOS DE TORSION

| Capacidad de Trabajo de la Escalera | | Máximo Angulo de Torsión Permisible | |
|---|---|---|---|
| Libras | (Kg.) | Grados | (Radianes) |
| 300 | (136.1) | 14 | (0.24) |
| 250 | (113.4) | 18 | (0.31) |
| 225 | (102.1) | 20 | (0.35) |
| 200 | ( 90.7) | 22 | (0.38) |

| | $P_1$ | DEFORMACION | $P_2$ | DEFORMACION |
|---|---|---|---|---|
| IZQ. | | 3° | | 8° |
| DER. | | 3° | | 7° |
| IZQ. | | | | |
| DER. | | | | OK |
| IZQ. | | | | |
| DER. | | | | |

10-269

CONTROL DE CALIDAD.
REPORTE DE PRUEBAS.
ESCALERA DE EXTENSION.

**CUPRUM**
ENSAMBLE

INSPECTOR Jesus Reyes-Gil HDZ FECHA 27,0CT,92
CARGA DE 225 LBS CLAVE G40S LONGITUD 28'

PRUEBAS EFECTUADAS EN LA VISITA DEL INSPECTOR
DE U.L. TIMOTHY CREW

PRUEBA DE RESISTENCIA A LA FLEXION

|  |  | RIEL DERECHO | RIEL IZQUIERDO |
|---|---|---|---|
| 1.- ALTURA DESPUES DE LA PRECARGA DE 68 KGS. |  | 25.062 | 25.375" |
| 2.- ALTURA CON LA CARGA DE 127 KGS. |  | 35,625" | 36.183" |
| 3.- MAXIMA DEFLEXION ( 2 - 1 ) |  | 10.563' | 10.808" |
| 4.- MAXIMA DEFLEXION PROMEDIO |  |  | 10.685" |
| 5.- MAXIMA DEFLEXION PERMISIBLE |  |  | 16.4' |

OK

ULTIMA CARGA DE PRUEBA 127 KGS.

MAX. FLEXION   PERMISIBLE

24' = 33.5 CM
32' = 44.2 CM
36' = 52.4 CM
40' = 66.0 CM

POSICION No. 1   OK
POSICION No. 2   OK
POSICION No. 3   OK

(vertical left margin: 137.521/75 = 1.521 DEFL = 10.6)



3 1/2"

carga de prueba



6"

lado de ascenso
seccion movil
seccion base
A'
A'
barra soporte   No.3   No.2   No.1   barra soporte de
carga de prueba   1" de radio

2

CONTROL DE CALIDAD.

REPORTE DE PRUEBAS.
ESCALERA DE EXTENSION.

**CUPRUM**

ENSAMBLE

INSPECTOR (ES) Jesús Reyes - Gil Hdz    FECHA 27, Oct, 92

CLAVE G405    LONGITUD 28'    LONGITUD EFECTIVA 25'

4.- DEFLEXION DEL RIEL IZQUIERDO
    CON EL RIEL DERECHO CARGADO (2 - 1)   13.6      25.125"    2.500"
5.- ALTURA DESPUES DE LA PRECARGA DE 13.6 KGS.              25.500"
          ( EN RIEL IZQUIERDO )
6.- CON 24.9 KGS.  ( EN RIEL IZQUIERDO )       27.687"    28.500"
7.- MAXIMA DEFLEXION EN RIEL IZQUIERDO ( 6 - 5 )           3 "
8.- DEFLEXION DEL RIEL DERECHO
      CON EL RIEL IZQUIERDO CARGADO ( 6 - 5 )      2.562"

MAXIMA DEFLEXION ADMISIBLE DEL RIEL CARGADO   4.5
ANGULO A DE TORSION ADMISIBLE   GRADOS  4.3°      SEN DE A _____

$$\text{SEN A} = \frac{\text{DIFERENCIA EN DEFLEXION}}{\text{ANCHO EXTERIOR DE LA ESCALERA}} = \frac{(7-8) \text{ O } (3-4)}{\text{ANCHO EXTERIOR}} = \frac{.562"}{17"} = .0330 \text{ S}$$

OK

PRUEBA DE CARGA INCLINADA

CARGA DE 108.2 KGS, APLICADA AL PRIMER PELDAÑO LIBRE DE LA SECCION MOVIL, DESPUES
DEL TRASLAPE CON LA ESCALERA EXTENDIDA COMPLETAEMTE.
RESULTADO : _____

OK

CONTROL DE CALIDAD.
REPORTE DE PRUEBAS.
ESCALERA DE EXTENSION.

**CUPRUM**

ENSAMBLE

---

INSPECTOR _Jesús Reyes - Gil. Hdz._ FECHA _27 Oct, 92_

CARGA DE _225 Lbs_ CLAVE _G405_ LONGITUD _28'_

---

PRUEBA DE CARGA A COLUMNAS Y HERRAJES

CARGA DE _408.2_ KGS. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO : _____

---

PRUEBA DE TRAMPA SIMPLE.

CARGA DE _408.2_ KGS. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE.
RESULTADO DE LA PRUEBA AL RIEL DERECHO _____
RESULTADO DE LA PRUEBA AL RIEL IZQUIERDO _____

---

PRUEBA DE LADEO DE TRAMPA

CARGA DE _408.2_ KGS. APLICADA AL PRIMER PELDAÑO LIBRE DESPUES DEL TRASLAPE REMOVIENDO
UNA TRAMPA Y LUEGO REMOVIENDO LA OTRA.

RESULTADO : _____

**10 272**

CONTROL DE CALIDAD.

REPORTE DE PRUEBAS.
ESCALERA DE EXTENSION.

**CUPRUM**

ENSAMBLE

| | |
|---|---|
| INSPECTOR _Jesus Reyes_ Gil HDZ | FECHA 09 OCT 92 |
| CARGA DE 225 LBS CLAVE C3 405 | LONGITUD 28' |

---

**PRUEBA DE PANDEO LATERAL**

| | SECC. BASE | SECC. MOVIL |
|---|---|---|
| 1.- ALTURA DESPUES DE LA PRECARGA ___ KGS. | 46.750" | 46.937" |
| 2.- ALTURA CON LA CARGA DE ___ KGS. | 47.937" | 47.937" |
| 3.- A DEFLEXION VISIBLE | 1.187" | 1.000" |
| 4.- MAXIMA DEFLEXION ADMISIBLE | 1.240" | |
| 5.- ALTURA AL REMOVER LA CARGA | 46.750" | 47.000" |
| 6.- DEFORMACION PERMANENTE ( 5 - 1 ) | —0" | .062" |
| 7.- MAXIMA DEFORMACION PERMANENTE ADMISIBLE | 0.156" | |

$$\frac{1}{1000} = \frac{156}{1000} = 0.156$$

SI LA SECCION TRANSVERSAL DE LAS SECCIONES BASE Y MOVIL SON DIFERENTES
AMBAS SECCIONES DEBERAN SER PROBADAS.

OK

---

**PRUEBA DE RESISTENCIA DEL PELDAÑO**

$$\frac{L}{7S} = \frac{16.500"}{7S} = .220"$$

CARGA DE ___ KGS. APLICADA AL CENTRO DEL PELDAÑO
MAXIMA DEFLEXION PERMANENTE ADMISIBLE
RESULTADO : DEFORMACION PERMANENTE        .035"

OK

PAG 1 DE 7

10 273

CONTROL DE CALIDAD.

REPORTE DE PRUEBAS.

ESCALERA DE EXTENSION.



CUPRUM

ENSAMBLE

INSPECTOR ~~Jesús Reyes~~ Gil Hdz FECHA 27, Oct, 92

CARGA DE 125 LBs. CLAVE GAOS      LONGITUD 28'

---

PRUEBA DE RESISTENCIA AL CORTE PELDAÑO-LARGUERO

CARGA DE 408.2 KGS.

RESULTADO : _____

OK

---

PRUEBA DE TORSION DE PELDAÑO

600 Lbs-in EN INCREMENTOS DE 300 Lbs-in 10 CICLOS DE CARGA ALTERNADA

RESULTADO : _____

---

PRUEBA DE PANDEO DE LARGUERO EN VOLADIZO

1.- DISTANCIA ENTRE RIELES ANTES DE LA CARGA                                    16 $^{15}/_{16}$

2.- CARGA DE 136 KGS. APLICADA AL EXTREMO DEL RIEL SUPERIOR                     16 $^{3}/_{4}$"

3.- DISTANCIA ENTRE RIELES AL REMOVER LA CARGA                                  16 $^{15}/_{16}$

        DEFORMACION PERMANENTE ( 1 - 3 )                                        - 0 -

4.- CARGA DE 136 KGS. APLICADA AL EXTREMO DEL RIEL INFERIOR                     17. $^{1}/_{8}$"

5.- DISTANCIA ENTRE RIELES AL REMOVER LA CARGA                                  16 $^{5}/_{16}$"

        DEFORMACION PERMANENTE ( 5 - 3 )                                        - 0 -

        DEFORMACION PERMANENTE  ADMISIBLE                                       $^{1}/_{4}$'

RESULTADO : _____

OK

10 274

CONTROL DE CALIDAD.

REPORTE DE PRUEBAS.
ESCALERA DE EXTENSION.

CUPRUM

ENSAMBLE

INSPECTOR Jesús Reyes - G. HD2. FECHA 27 OCT 92

CARGA DE 225 Lbs CLAVE G405 LONGITUD 28'

---

PRUEBA DE TORSION A UNA SECCION DE LA ESCALERA

1200 Lb-in EN EL SENTIDO DE LAS MANECILLAS DEL RELOJ. 6° 4° ÁNGULO DE TORSION 12°

1200 Lb-in EN EL SENTIDO CONTRARIO A LAS MANECILLAS DEL RELOJ. ANGULO DE TORSION 10°

MÁXIMO ÁNGULO DE TORSION ADMISIBLE 20°

RESULTADO : _____

---

PRUEBA DE DESLIZAMIENTO

CARGA DE 102 KGS. APLICADA AL TERCER PELDAÑO DESPUES DEL TRASLAPE CON LA ESCALERA EXTENDIDA COMPLETAMENTE, FUERZA DE ESTIRAMIENTO HORIZONTAL DE 22.7 A UNA PULGADA DEL PISO.

DESPLAZAMIENTO TOTAL —6— DESPLAZAMIENTO ADMISIBLE 1/4"

RESULTADO : _____

---

PRUEBA DE CAIDA DE LARGUERO EN VOLADIZO

DISTANCIA ENTRE LARGUEROS ANTES DE LA CAIDA 16 3/8"
DISTANCIA ENTRE LARGUEROS DESPUES DE LA CAIDA 16 3/16"
DEFORMACION PERMANENTE 1/16"
MAXIMA DEFORMACION PERMANENTE ADMISIBLE 1/4"

PÁG 6 DE 7

10 275

CONTROL DE CALIDAD.

REPORTE DE PRUEBAS.
ESCALERA DE EXTENSION.

**CUPRUM**
ENSAMBLE

---

INSPECTOR _____     FECHA ____/____/____

CARGA DE _____   CLAVE _____   LONGITUD _____

---

**PRUEBA DE EXTENSION DE UNA MULTISECCION**

FUERZA PARA EXTENDER LA ESCALERA UN PELDAÑO          _____
PESO DE LA SECCION MOVIL                             _____
MAXIMA FUERZA ADMISIBLE; 2 VECES EL PESO DE LA SECCIOM MOVIL   _____

---

**PRUEBA CICLICA DE TRAMPAS**

6000 CICLOS.    RESULTADO : _____