Stevens Inspection                    4/15/02
Univ of Cinn, OH

Model 405-28        28' Type I Aluminum Extension
Date of Mfg: 5/93        └ Type II !  (Yellow Caps, Shoes, Tops

Base Section

Right Rail :        Rung 4-5    Danger Label  (F-1676)
                              (Electrocution Hazard)

                    5-6      Caution Label  (F-1674)

                    6-7      Danger Label  (F-2695)
                              (Failure to read)

                    13-14    28' label  (F-2043-28)


Left Rail :         Rung 4-5    Date Label  (F-2872)
                              Month Mfg.:
                              J F M A M J J A S O N D
                              Year Mfg:
                              91  92  93  94  95  96  97

                    5-6      Label hand written

        ┌─────────────────────────────────────┐
        │ 28' Alum Ext Ladder Type I          │
        │   $190 ⁰⁰                            │
        │                    2032357          │
        └─────────────────────────────────────┘

Rung 6-7    Use Label (F-1671)

13-14    28' label

Shoes:    Tread intact
          Dirty with some wear

Rungs:    Wear from right RL on front edge of rungs
(Base →)  Minimal scrapes at left RL contact area

Rung 7 - impact dent from (R) RL tip

## Fly Section

### Right Rail

Rung 2-3    "Caution - This ladder section is not
            Designed for seperate use"

12-13       Danger label (F-1675)
            - Do not stand on or above

Top         Green dot

### Left Rail

Rung 2-3 ⟍  Brown transfer on top flange
& 3-4  ↘    "Caution - This ladder section ..."

5-6         Caution label (F-1717)
            Electrical shock ...

Rungs: 2 & 3 Scrapes with Brown transfer
4 Dented front aspect w/brown transfer

## Rung Locks

Right - intact and functional

Left - broken casting about 1" below pivot bolt