FILED
JAMES BONINI
CLERK
03 DEC -3 PM 2:36

# United States District Court
## Southern District of Ohio
### Western Division - Cincinnati

| | |
|---|---|
| Clifford Stevens, et al., <br><br> Plaintiffs <br><br> v. <br><br> Builders Square, Inc., <br> Davidson Ladders, Inc., <br> Davidson Ladders Tennessee, Inc., <br> Davidson Manufacturing Corporation, <br> Louisville Ladder Corp., <br> Louisville Ladder Group, LLC <br> Cuprum S.A. de C.V. and <br> Emerson Co. <br><br> Defendants | Civil Action No. C-1-00-901 <br><br> Judge S. Arthur Spiegel <br><br> Plaintiffs' Notice of Manual Filing of Exhibits to Accompany Plaintiffs' Motion for a Continuance of Trial |

Now come the Plaintiffs, and hereby give Notice of the manual filing of Exhibits One through Four to Accompany Plaintiffs' Motions for a Continuance of the above-styled action due to the bulkiness of these exhibits electronically filed

12/03/03

Respectfully submitted

(RHR) Raymond Becker (0041641)
Attorney for Plaintiffs
324 Reading Road
(513) 241-6748
(513) 241-9615