```
            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF OHIO
                  WESTERN DIVISION
```

CLIFFORD STEVENS, et al.,    :    NO. 1:00-CV-000901
        Plaintiffs,    :
                          :    **ORDER**
   v.    :
BUILDERS SQUARE, et al.,    :
        Defendants.    :

      The parties met before the Court on January 29, 2004, for a Status Conference. At such conference, the parties discussed the substitution of Plaintiffs' counsel, and Defendants' desire to acquire a new expert report to rebut Plaintiffs' failure-to-warn theory. The parties indicated that they could not complete trial preparation for all of Plaintiffs' theories of liability by the March 15, 2004 trial date.

      Having reviewed this matter, the Court finds it in the interests of justice to GRANT substitution of Plaintiff's counsel Raymond Becker, Esq., with Michael Todd McIntosh of McIntosh & McIntosh, to VACATE the March 15, 2004 trial date (doc. 57), and hereby CONTINUES this matter until June 2, 2004, at which time the Court SCHEDULES a Status Conference at 3:00 p.m. A new trial date shall be scheduled at the June 2, 2004 Status Conference.

      SO ORDERED.

Dated: January 30, 2004        <u>s/S. Arthur Spiegel</u>
                                        S. Arthur Spiegel
                                        United States Senior District Judge