AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Clifford Stevens, et al.,

          V.

Builders Square, Inc., et al.,

Case Number:  1:00-cv-00901

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>SEPTEMBER 8, 2004 at 2:00 PM |

SPECIAL INSTRUCTIONS:

1. **All parties must have available (either in person or by telephone) their client or a representative with full settlement authority.**

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Michael McIntosh, Esq.    Denise Smith, Esq.    Jamie Neal, Esq.    Jennifer Hageman, Esq.
    John Tate, Esq.    Joseph Thomas, Esq.