UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION-CINCINNATI

| | |
|---|---|
| CLIFFORD STEVENS and CYNTHIA L. STEVENS<br><br>PLAINTIFFS<br><br>v.<br><br>DAVIDSON LADDERS, INC., et al.<br><br>DEFENDANTS | CIVIL ACTION NO. C-1-00-901<br>(Spiegel, J.)<br><br>**MOTION FOR RELIEF FROM COURT'S ORDER REQUIRING LEAD COUNSEL TO APPEAR** |

Louisville Ladder Group, by and through the undersigned counsel, hereby moves the court for relief from the court's order requiring lead trial counsel to be present for a settlement conference scheduled to occur September 8, 2004, at 2:00 p.m.

As evidenced by the attached minute order, John L. Tate, Esq., is obligated to resume a jury trial before Hon. Jennifer B. Coffman, U. S. D. C., Western District of Kentucky, at Louisville, from September 7 through September 10, 2004. Mr. Tate is lead trial counsel for Louisville Ladder in the Kentucky federal court action.

/s/ Jamie K. Neal
John L. Tate
Jamie K. Neal
STITES & HARBISON
250 West Main Street
Suite 2300
Lexington, KY 40507-1758
Telephone: (859) 226-2300

AND

Joseph P. Thomas
Jennifer Jansen Bouchard
ULMER & BERNE, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
Telephone: 513/762-6200
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2004, I electronically filed the foregoing and attachment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce B. McIntosh
Michael Todd McIntosh
MCINTOSH & MCINTOSH PLLC
15 East Eighth Street, Suite 300W
Cincinnati, Ohio 45202
Telephone: 513/929-4040

/s/ Jamie K. Neal
Jamie K. Neal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION-CINCINNATI

| | |
|---|---|
| CLIFFORD STEVENS and CYNTHIA L. STEVENS<br><br>PLAINTIFFS<br><br>v.<br><br>DAVIDSON LADDERS, INC., et al.<br><br>DEFENDANTS | CIVIL ACTION NO. C-1-00-901<br>(Spiegel, J.)<br><br>**ORDER** |

Upon motion of counsel for Louisville Ladder Group LLC, and for good cause shown, John L. Tate, Esq., is hereby exempted from complying with this court's order setting a settlement conference on September 8, 2004, at 2:00 p.m. Substitute counsel will be permitted to attend in Mr. Tate's place.

_____
JUDGE

_____
DATE

TENDERED BY:

/s/ Jamie K. Neal
John L. Tate
Jamie K. Neal
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone: 502/587-3400
ATTORNEYS FOR DEFENDANTS