# Court Proceedings

3:02-cv-00558-JBC Louisville Ladder v. Federal Ins Co **CASREF**
- Jury Trial - Held



## U.S. District Court

## Western District of Kentucky

Notice of Electronic Filing

The following transaction was received from SDB entered on 9/2/2004 at 2:36 PM EDT and filed on 9/2/2004

**Case Name:** Louisville Ladder v. Federal Ins Co
**Case Number:** 3:02-cv-558
**Filer:**
**Document Number:** 114

**Docket Text:**
MINUTE ORDER for proceedings held before Jennifer B. Coffman : Jury Trial held on 8/20/2004; continued to 9/7/04 at 9:00 AM, to continue through 9/10/04. (Court Reporter Peggy Weber.) (SDB)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1036078947 [Date=9/2/2004] [FileNumber=194810-0]
[38a1ef3f8b825d51309a293736e852618309bf553cc1b7f50992b49c23c36fc940a18
7396a0665c8c87b22238c9296a8839bf5ec4485207cf71f6986eb2eff48]]

**3:02-cv-558 Notice will be electronically mailed to:**

Shawn E. Cantley    sec@mcattorneys.com,

John O. Sheller    jsheller@smithandsmithattorneys.com,

**3:02-cv-558 Notice will not be electronically mailed to:**

C. J. DeMichelis
McCaslin, Imbus & McCaslin
632 Vine Street
Suite 900 Provident Bank Bldg.
Cincinnati, OH 45202-2442

Brooke J. Egan
Stites & Harbison, PLLC
400 W. Market Street

Suite 1800
Louisville, KY 40202-3352

Barry MacEntee
Hinshaw & Culbertson
222 N LA SALLE ST STE 300
Chicago, IL 60601

Donald L. Mrozek
Hinshaw & Culbertson
222 N LA SALLE ST STE 300
Chicago, IL 60601

Peter D. Sullivan
Hinshaw & Culbertson
222 N LA SALLE ST STE 300
Chicago, IL 60601

John Lewis Tate
Stites & Harbison
400 W MARKET ST STE 1800
Louisville, KY 40202-3352

Jason P. Thomas
Stites & Harbison
400 W MARKET ST STE 1800
Louisville, KY 40202-3352

Elizabeth H. Turner
Smith & Smith
200 S. Fifth Street
Suite 300S, First Trust Centre
Louisville, KY 40202

R. Gary Winters
McCaslin, Imbus & McCaslin
632 Vine Street
Suite 900 Provident Bank Bldg.
Cincinnati, OH 45202-2442