AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

CLIFFORD STEVENS, et al.,

        Case Number:   1:00-cv-00901

    V.

BUILDERS SQUARE, INC., et al.,

        Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the SETTLEMENT CONFERENCE in this case has been RESET from 9/8/04 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
|  | DATE AND TIME |
|  | OCTOBER 13, 2004 at 11:00 AM |

SPECIAL INSTRUCTIONS:

1. **All parties must have available (either in person or by telephone) their client or a representative with full settlement authority.**

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Michael Todd McIntosh, Esq.   Jamie Neal, Esq.   Jennifer Hageman, Esq.   John Tate, Esq.
    Joseph Thomas, Esq.