AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

CLIFFORD STEVENS, et al.,

                 Case Number:   1:00-cv-00901

    V.

BUILDERS SQUARE, INC., et al.,        Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the SETTLEMENT CONFERENCE in this case has been RESET from 10/13/04 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>NOVEMBER 24, 2004 at 3:00 PM |

SPECIAL INSTRUCTIONS:

1.    **All parties must have available (either in person or by telephone) their client or a representative with full settlement authority.**

                            JAMES BONINI, CLERK

                            s/Kevin Moser
                            Kevin Moser
                            Courtroom Deputy
                            (513) 564-7620

cc: Michael McIntosh, Esq.    Jamie Neal, Esq.    Jennifer Hageman, Esq.    John Tate, Esq.
    Joseph Thomas, Esq.