```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


CLIFFORD STEVENS, et al.,       :
                                :   NO. 1:00-CV-00901
        Plaintiffs,             :
                                :
                                :   ORDER
    v.                          :
                                :
                                :
DAVIDSON LADDERS, INC., et      :
al.,                            :
                                :
        Defendants.
```

This matter is before the Court on the Plaintiffs' Motion for Extension of Time in Which to Respond to Defendants' Motion for Summary Judgment and Request for Further Settlement Conference (doc. 69). The Court finds the request of the Plaintiffs' well-taken. Additionally, the Court notes that Defendants have indicated their intention not to Respond to Plaintiffs' Motion. As such, the Court hereby CONVERTS the Final Pre-Trial Conference scheduled for 2:00 P.M. on January 6, 2006 into a Settlement Conference. The Court ORDERS that individuals with settlement authority be present at this Settlement Conference. Additionally, the Court EXTENDS the time permitted for Plaintiffs to respond to Defendants' Motion for Summary Judgment until Thursday, January 6, 2005. Furthermore, the Court requests that Plaintiffs' counsel, when submitting subsequent filings to this

Court, submit said filings with a larger font size than that used in the current Motion.

       SO ORDERED.

Dated: December 29, 2004      /s/ S. Arthur Spiegel
                                        S. Arthur Spiegel
                                        United States Senior District Judge