UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD STEVENS, et al | : | NO: C-1-00-901 |
| Plaintiff | : | |
| v. | : | |
| DAVIDSON LADDERS, INC., et al | : | |
| Defendant | : | |

**MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come Plaintiffs, by and through counsel, and respectfully request this Honorable Court to extend the time within which Plaintiffs have to respond to the Defendant's Motion to Exclude Opinion Testimony of L. D. Ryan and Motion for Summary Judgment for the reasons more fully set forth in the Memorandum below. below.

Respectfully submitted,

S/   Michael Todd McIntosh
     Reg. #0061523
     Attorney for Plaintiff
     McIntosh & McIntosh, PLLC
     15 E. Eighth Street, Suite 300 W
     Cincinnati, Ohio 45202
     513-929-4040 – Telephone
     513-929-4070 – Fax

1