**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| CLIFFORD STEVENS, et al., : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | Case No.: 1:00-cv-00901 |
| BUILDERS SQUARE, INC., et al., : | |
| Defendants. : | **NOTICE** |

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently **Trial Exhibits** on file for this case, filed by Counsel for Defendants, which are no longer needed by the Court. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be disposed as waste within 20 days of the date of this notice if arrangements are not made to retrieve them.

                              S. Arthur Spiegel
                              United States Senior District Judge


                              By: s/Kevin Moser
                                  Kevin Moser
                                  Case Manager
                                  (513) 564-7620