**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| CLIFFORD STEVENS, et al., | : | |
| Plaintiffs, | : | Case No.: 1:00-cv-00901 |
| | : | |
| v. | | |
| | : | |
| BUILDERS SQUARE, INC, et al., | : | **NOTICE** |
| Defendants. | : | |

    Pursuant to S.D. Ohio Civ. R. 79.2(b) and the previous Notice of this Court (doc. 76), Defendants' Trial Exhibits filed in the case are hereby disposed of as waste on this date.

Date: <u>October 3, 2005</u>

                                  S. Arthur Spiegel
                                  United States Senior District Judge

                                By: <u>s/Kevin Moser</u>
                                      Kevin Moser
                                      Case Manager
                                      (513) 564-7620